# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DELTA SYNTHETIC CO., LTD.,<br><br>Defendant. | Adv. Proc. No. 25-50247 (KBO) |

## CERTIFICATION OF COUNSEL REGARDING
## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The undersigned counsel to Plaintiff, George L. Miller, Chapter 7 Trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC (collectively, the "Debtors") hereby certifies that:

1. On February 13, 2025, Plaintiff filed its complaint against the above-captioned defendant (the "Complaint") [Adv. D.I. 1] in the United States Bankruptcy Court for the District of Delaware.

2. On August 22, 2025, the Court issued the summons to the Complaint [Adv. D.I. 3]. Defendant is a foreign entity. The foreign jurisdiction is not a signatory to the Hague service convention and therefore, letter rogatory service is required to effectuate service.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Accordingly, attached hereto as **Exhibit A** is a *Request for International Judicial Assistance* (the "Request"). The Request has been prepared by Crowe Foreign Services, which is assisting Plaintiff with service on foreign defendants.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter the Request at its earliest convenience.

| | |
|---|---|
| Dated: November 19, 2025 | **SAUL EWING LLP** |
| | |
| | */s/ Paige N. Topper* |
| | Evan T. Miller (DE Bar No. 5364) |
| | Paige N. Topper (DE Bar No. 6470) |
| | 1201 N. Market Street, Suite 2300 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 421-6800 |
| | evan.miller@saul.com |
| | paige.topper@saul.com |
| | |
| | and |
| | |
| | Michelle G. Novick (admitted *pro hac vice*) |
| | 161 North Clark Street, Suite 4200 |
| | Chicago, IL 60601 |
| | Telephone: (312) 876-7899 |
| | michelle.novick@saul.com |
| | |
| | and |
| | |
| | Turner N. Falk (admitted *pro hac vice*) |
| | 1735 Market Street, Suite 3400 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 972-7777 |
| | turner.falk@saul.com |
| | |
| | *Counsel to Plaintiff* |