# **EXHIBIT A**

**Request for International Judicial Assistance**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, et al.,<br><br>　　　　Debtors. | Case No.: 23-10253 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELTA SYNTHETIC CO., LTD.,<br><br>　　　　Defendant. | Adv. Proc. No. 25-50247 (KBO) |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States Bankruptcy Court, District of Delaware, presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named Defendant in the above captioned adversary proceeding currently pending before this Court.

Plaintiff commenced the above-captioned adversary proceeding to, among other things, recover certain preferential transfers made on or within 90 days before the date of filing the chapter 7 cases of the above-captioned debtors. The complaint filed in this adversary proceeding seeks recovery of the avoidable transfers and such further relief as this Court deems just and proper.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that Defendant, **Delta Synthetic Co., Ltd.** can presently be served at the following address:

Request for International Judicial Assistance
Service upon Delta Synthetic Co., Ltd.

Page 1 of 2

**15, Minsheng St., Tucheng District**
**New Taipei City, 23679**
**TAIWAN**

This Court respectfully requests that you cause one copy of the enclosed Summons, Notice of Dispute Resolution Alternatives, Complaint for Avoidance and Recovery of Transfers, with Exhibit A, and Chinese translations thereof, to be served upon **Delta Synthetic Co., Ltd.**, at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Delta Synthetic Co., Ltd.** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff stands ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.