# EXHIBIT 1

Transaction Summary Between Akorn and Delta

(November 2021 – February 2023)

Delta Synthetic Co., Ltd.

Case 25-50247-KBO    Doc 8-1    Filed 03/26/26    Page 2 of 71

| Akorn Purchase Orders | | | | | | Delta Shipments and Invoices[1] | | | | | | Akorn Payment | | | |
| Akorn PO number | Product | Quanity (kg) | US$/kg | Total Cost | PO Amount | Shipment Cost | Delta Invoice Number | ETD | ETA | Arrival Date | Invoice Amount[2] | Payment Amount[3] | Payment - Invoice | Payment Date | Days Past Due from Arrival Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO 212108 | Lidocaine HCl | 4,500 | $ 33.00 | $ 148,500.00 | US$148,500.00 | US$19,800.00 | DT21102601 | 2021/11/10 | 2021/12/18 | 2021/12/18 | US$268,925.00 | US$281,515.00 | -US$10.00 | 2022/4/1 | 74 |
| PO 213958 | Lidocaine | 1,250 | $ 34.50 | $ 43,125.00 | US$43,125.00 | | | | | | | | | | |
| PO 214140 | Guaifenesin | 5,000 | $ 11.50 | $ 57,500.00 | US$57,500.00 | US$5,700.00 | DT21121101 | 2021/12/11 | 2021/12/12 | 2021/12/12 | US$12,600.00 | | | | 80 |
| PO 216774 | Lidocaine | 200 | $ 34.50 | $ 6,900.00 | US$6,900.00 | | | | | | | | | | |
| PO 219662 | Guaifenesin | 3,500 | $ 11.50 | $ 40,250.00 | US$92,000.00 | US$16,500.00 | DT22031601 | 2022/3/26 | 2022/4/26 | 2022/5/8 | US$108,500.00 | US$108,490.00 | -US$10.00 | 2022/6/24 | 17 |
| | Lidocaine | 1,500 | $ 34.50 | $ 51,750.00 | | | | | | | | | | | |
| PO 222547 | Guaifenesin | 5,000 | $ 11.50 | $ 57,500.00 | US$57,500.00 | US$10,000.00 | DT22071201 | 2022/7/22 | 2022/8/23 | 2022/9/12 | US$67,500.00 | US$275,055.72 | -US$10.00 | 2023/2/15 | 126 |
| PO 225009 | Lidocaine | 200 | $ 34.50 | $ 6,900.00 | US$6,900.00 | US$2,800.00 | DT22111601 | 2022/11/16 | 2022/11/16 | 2022/11/16 | US$9,700.00 | | | | 61 |
| PO 225021 | Guaifenesin | 5,000 | $ 11.50 | $ 57,500.00 | US$57,500.00 | US$6,500.00 | DT22112301 | 2022/11/29 | 2023/1/4 | 2023/1/7 | US$232,750.00 | | | | 9 |
| PO 223128 | Lidocaine HCl | 2,500 | $ 33.00 | $ 82,500.00 | US$82,500.00 | | | | | | | | | | |
| PO 223129 | Lidocaine | 2,500 | $ 34.50 | $ 86,250.00 | US$86,250.00 | | | | | | | | | | |
| PO 241362 (return of 850 kg LCB) | Lidocaine | 857.37 | -40.6875 | -34884.28256 | -US$34,884.28 | NA | CN-22001 | 2022/11/15 | 2023/1/30 | | -US$34,884.28 | | | | |

Note:

[1] Delta and Akorn have mutually agreed to consolidate multiple purchase orders into a single shipment to mitigate the rising and unpredictable shipping costs during the pandemic

[2] Invoice Amount = PO Amount + Shipment Cost

[3] Bank charge US$10.00 for each wire transfer. Therefore the payment received was US$10.00 less than the invoice amount

# EXHIBIT 2

Purchase Orders, Invoices, and Shipping Documents

Relating to Transactions Between Akorn and Delta

Delta Synthetic Co., Ltd.

Exhibit 2. Purchase Orders, Invoices, and Shipping Documents.

# Orders and Consolidated Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 212108

(Date: 6/8/21)

**Lidocaine HCl 4,500 kg**

PO # 213958

(Date: 8/6/21)

**Lidocaine 1,250 kg**

PO # 214140

(Date: 8/13/21)

**Guaifenesin 5,000 kg**

Delta

Invoice DT21102601

(Date: 10/26/2021)

Akorn will only accept palletized shipments
on heat treated wooden or plastic pallets.   **Bill to:**

# ⚫AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
USD
Send Invoice by email to
accounts.payable@akorn.com

**Purchase Order**

| PO #: 212108    Doc Type: OP |
| Order Date:  06/08/21 |
| Page:  **1** of **2** |
| Branch Plant:        810 |

To:   DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:     HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
| | Akorn Item # | Mfg # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 | LIDOCAINE HCL, USP 2000477 | Delta Synthetic | 4,500.00 | KG | 33.0000 | 148,500.00 | USD | 1/14/22 | | |

NOTES / SPECIAL INSTRUCTIONS
Mfr: Delta Syntetica, Taiwan Packed 50 kgs/drum, 1 lot required.
This must be mfrd to the process submitted to FDA for approval, not the
modified process.
2/8/2017 Emailed Hi-Tech specs, Rev 7.  Material must meet current
specs.
·Lidocaine HCl: US$ 33.00/kg

**Order Total:**    148,500.00

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**



# ◐AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 212108 | Doc Type: OP |
|---|---|
| Order Date: 06/08/21 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To:   DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:   HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.
Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee. The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:   Advance          FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED
IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS
NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND
EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND
PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY
DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ *L.H* _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

shipping cost TBD will be added

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 213958 | Doc Type: OP |
|---|---|
| Order Date: 08/06/21 | |
| Page: **1** of **1** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:    HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 1,250.00 | KG | 34.5000 | 43,125.00 | USD | 1/4/22 | | |

NOTES / SPECIAL INSTRUCTIONS
Lidocaine, USP (base)
Mfr: Delta Synthetic, Taiwan
Lidocaine: US$ 34.50/kg

**Order Total:** 43,125.00

**Expiration Dating less than 12 months will be rejected.
Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS            FREIGHT TERMS:                    SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ *L.H* _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

shipping cost TBD will be added

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⟲AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| | |
|---|---|
| **PO #: 214140** | **Doc Type: OP** |
| Order Date: 08/13/21 | |
| Page: **1** of **1** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:   HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | GUAIFENESIN, USP 2000453 | | 5.000.00 | KG | 11.5000 | 57,500.00 | USD | 1/7/22 | | |

NOTES / SPECIAL INSTRUCTIONS
Delta API
Rev 12

**Order Total:**  57,500.00

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee. The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn, and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn

PAYMENT TERMS:    NET 30 DAYS          FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED
IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS
NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND
EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND
PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY
DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ *L.H.* _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

shipping cost TBD will be added



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## INVOICE

**No.:** DT21102601
**Date:** 10/26/2021

| **Order No.:** |
|---|
| PO 212108 |
| PO 213958 |
| PO 214140 |

| **Ship-to:** | **Vessel:** | EVER FORWARD V.1122-006E |
|---|---|---|
| **HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **From:** | TAIWAN, KEELUNG |

| **Invoice to:** | **To:** | USA, NY | | |
|---|---|---|---|---|
| **Akorn**<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **ETD:** | 11/10/2021 | **ETA:** | 12/18/2021 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin | 5,000 KG | USD 11.50 | USD 57,500.00 |
| Lidocaine Base | 1,250 KG | USD 34.50 | USD 43,125.00 |
| Lidocaine HCl | 4,500 KG | USD 33.00 | USD 148,500.00 |
| Shipping | | | USD 19,800.00 |
| Total: | | | USD 268,925.00 |

### Marks

AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL
PO #: 214140, 213958, 212108
ITEM #: 2000453, 2005634, 2000477
LOT NO: SEE DETAILS
DRUM NO.: SEE DETAILS
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by:

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | **HUA NAN COMMERCIAL BANK LTD.**<br>**PANCHIAO BRANCH**<br>**NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,**<br>**NEW TAIPEI CITY, TAIWAN, R.O.C.**<br>**A/C NO.: 160510000080**<br>**SWIFT CODE: HNBKTWTP160** |



# DELTA SYNTHETIC CO., LTD.

15. MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT21102601
**Date:** 10/26/2021

| **Order No.:** | | |
|---|---|---|
| PO 212108 | | |
| PO 213958 | | |
| PO 214140 | | |

**Ship-to:**

**HITECH PHARMACAL**
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Vessel:**   EVER FORWARD V.1122-006E

**From:**   TAIWAN, KEELUNG

**Invoice to:**

**Akorn**
1925 West Field Court
Suite 300, Lake Forest, IL 60045

**To:**   USA, NY

**ETD:**   11/10/2021   **ETA:**   12/18/2021

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Guaifenesin | 2909.49.0500 | 5000 KG | 5000 KG | 5500 KG |
| | Lidocaine Base | 2924.29.5700 | 1250 KG | 1250 KG | 1350 KG |
| | Lidocaine HCl | 2924.29.5700 | 4500 KG | 4500 KG | 4950 KG |

Guaifenesin, Lidocaine HCl
DRUM SIZE: 47CM(D) x 67.5CM(H)
N.W.: 50KGS
G.W.: 55KGS

Lidocaine Base
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|---|
| **Products** | Drums | Lot. No. | | Tare WT. | Net WT. | Gross WT. |
| Guaifenesin | 22 Drums | 211-21067 | | 110 KG | 1100 KG | 1210 KG |
| | 78 Drums | 211-21068 | | 390 KG | 3900 KG | 4290 KG |
| Lidocaine Base | 5 Drums | 811-21108 | | 20 KG | 250 KG | 270 KG |
| | 20 Drums | 811-21127 | | 80 KG | 1000 KG | 1080 KG |
| Lidocaine HCl | 26 Drums | 812-21052 | | 130 KG | 1300 KG | 1430 KG |
| | 26 Drums | 812-21053 | | 130 KG | 1300 KG | 1430 KG |
| | 26 Drums | 812-21054 | | 130 KG | 1300 KG | 1430 KG |
| | 12 Drums | 812-21055 | | 60 KG | 600 KG | 660 KG |
| **Subtotal** | | | | 1050 KG | 10750 KG | 11800 KG |
| 24 Pallets | | | | 11 KG | | 264 KG |
| **Total** | | | | | | 12064 KG |

| **Marks** |
|---|

AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL
PO #: 214140, 213958, 212108
ITEM #: 2000453, 2005634, 2000477
LOT NO: SEE DETAILS
DRUM NO.: SEE DETAILS
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by:

| **Condition Of Sale(Including Payment terms):** | **Banking Details:** |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

| Shipper | | BILL OF LADING |
|---|---|---|
| DELTA SYNTHETIC CO., LTD.<br>15 MINSHENG ST., TUCHENG DISTRICT,<br>NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)<br>TEL: +886-2-22686357 FAX: +886-2-22680895 | | B.L. NO. TPTPENYC2111001 |

**CASTLE INTERNATIONAL CO., LTD.**

| Consignee |
|---|
| HITECH PHARMACAL<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 |

| Notify address |
|---|
| ARIES GLOBAL LOGISTICS, INC - PHL<br>800 CALCON HOOK RD. ALEXANDER COURT TWO<br>BAYS 203-205A, SHARON HILL, PA 19079<br>EMAIL: (IMPORTS): PHL.IMPORT@ARIESGL.COM * |

4F.1, NO. 81, SEC. 2, CHANG AN E. RD
TAIPEI, TAIWAN
TEL:02-25152868(REP)   FAX:02-25093591/2
0914

| Pre-carriage by * | Place of receipt by pre-carrier<br>TAIPEI, TAIWAN | For delivery please apply to:<br>OCEANIC TRANSPORT LLC |
|---|---|---|
| Vessel<br>EVER FORWARD   V-1122-006E | Port of loading<br>KAOHSIUNG, TAIWAN | 14906 S. FIGUEROA ST GARDENA, CA 90248<br>TEL:310-817-8028 FAX:310-817-8029 |
| Port of discharge<br>NEW YORK, NY | Place of delivery by on carrier<br>NEW YORK, USA | ATTN:MR. JOHN CELL:626-786-7728 |

| Marks and Nos.<br>SEE ATTACHED | Number and Kind of packages: description of goods | Gross weight | Measurement |
|---|---|---|---|
| | 1X40'HC<br>VVVVVVV | SAID TO CONTAIN 215 DRUMS<br>SHIPPER'S LOAD, COUNT & SEAL | 12,064.00(KGS)<br>VVVVVVVVVVVVV | 65.0000(CBM)<br>VVVVVVVVVVVV |

TGBU4016546/40'HC/EMCJJS2881/12,064.00KGS/65.000CBM/215 DRUMS/FCL-FCL

SEE ATTACHED

**\*\*SURRENDERED BILL OF LADING\*\***

M/V VSL:
EVER FORWARD
M/V VOY:  V-1122-006E
ON BOARD:    NOV. 10,2021
PORT OF LOADING:
KAOHSIUNG, TAIWAN

'FREIGHT PREPAID'   SVC TYPE:FCL-FCL
SAY TOTAL ONE (1) FORTY FEET HIGH CUBE CONTAINER ONLY

| Freight details, charges etc<br>OCEAN FREIGHT          AS ARRANGED | Excess Value Declaration: Refer to Clause 6(4)(B+(C) on reverse side |
|---|---|

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.

The particulars given above as stated by the shipper the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

In WITNESS whereof one (1) original Bill of Lading has been signed if not otherwise stated above, the same being accomplished the other(s) if any to be void.

**JURISDICTION AND LAW CLAUSE**

The contract evidenced by or contained in this Bill of Lading is governed by the law of R.O.C. and any claim or dispute arising hereunder or in connection herewith shall be determined by the Courts in R.O.C. and no other Court.
* All business is transacted only in accordance with the Taiwan Freight Forwarders Association Standard Trading Conditions.
Copy will be furnished upon request or may be inspected at our office 9Fl, No. 54 Sung Chiang Rd, Taipei, Taiwan, R.O.C.

| * Applicable only when document used as<br>Through Bill of Lading | Freight payable at<br>TAIPEI, TAIWAN | Place and date of issue<br>TAIPEI, TAIWAN  NOV. 10,2021 |
|---|---|---|
| **COPY** | Number of Original Bs L NIL(0) | Castle Int'l Co., Ltd.<br><br>By<br>As Carrier |

## ATTACHMENT

**VSL/VOY:** EVER FORWARD V-1122-006E

**SO:** 0914                                      **B/L No :** TPTPENYC2111001

| MARKS AND NUMBER | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL PO #: 214140, 213958, 212108 ITEM #: 2000453, 2005634, 2000477 LOT NO: SEE DETAILS DRUM NO.: SEE DETAILS GROSS WT.: 55.0 KGS/ 54.0 KGS TARE WT.: 5.0 KGS/ 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING | (215 DRUMS=24PLTS) GUAIFENESIN / LIDOCAINE BASE / LIDOCAINE HCL C.C.CODE: 2909.49. / 2924.29. * ZAINAH NUNNALLY O: (610)461-7500   F: (610)461-7505   DIRECT: (610)345-2127,   EMAIL:ZAINAH.NUNNALLY@ARIESGL.COM |

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 216774

(Date: 11/10/2021)

**Lidocaine 200 kg**

Air Shipping

Delta

Invoice DT21121101

(Date: 12/11/2021)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**



**○AKORN**

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

**Purchase Order**

D>1191

| PO #: 216774 | Doc Type: OP |
|---|---|
| Order Date: 11/10/21 | |
| Page: 1 of 1 | |
| Branch Plant: 810 | |

To:    DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:    HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 200.00 | KG | 34.5000 | 6,900.00 | USD | 12/17/21 | | |

NOTES / SPECIAL INSTRUCTIONS
Lidocaine base
Ship Air Freight
Lidocaine Base: EXW Price USD 34.50/kg
Air shipping cost for 200kg  USD 5700

Order Total:    6,900.00

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn, and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS    NET 30 DAYS          FREIGHT TERMS                    SHIP VIA

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ L.H _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**



# DELTA SYNTHETIC CO., LTD.

15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604    FAX: +886-2-2268-0895

## INVOICE

**No.: DT21121101**
**Date: 12/11/2021**

| **Order No.:** PO 216774 | | |
|---|---|---|

| **Ship-to:** HITECH PHARMACAL 10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701 | **Vessel:** | JL804/ TPE-NRT DEC. 11 15:55-20:00 JL8006/ NRT-JFK DEC. 12 11:05-09:50 |
|---|---|---|
| | **From:** | TAIWAN, TAIPEI |
| **Invoice to:** | **To:** | USA, NY |
| **Akorn** 1925 West Field Court Suite 300, Lake Forest, IL 60045 | **ETD:** 12/11/2021 **ETA:** 12/12/2021 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Lidocaine Base | 200 KG | USD 34.50 | USD 6,900.00 |
| Shipping | | | USD 5,700.00 |
| Total: | | | USD 12,600.00 |

### Marks

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 216774
ITEM #: 2005634
LOT NO: 811-21182
DRUM NO.: 1-4
GROSS WT.: 54.0 KGS
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days CIP Air NY | HUA NAN COMMERCIAL BANK LTD. PANCHIAO BRANCH NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., NEW TAIPEI CITY, TAIWAN, R.O.C. A/C NO.: 160510000080 SWIFT CODE: HNBKTWTP160 |



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT21121101
**Date:** 12/11/2021

| Order No.: PO 216774 | | |
|---|---|---|

| Ship-to: **HITECH PHARMACAL** 10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701 | **Vessel:** | JL804/ TPE-NRT DEC. 11 15:55-20:00 JL8006/ NRT-JFK DEC. 12 11:05-09:50 |
|---|---|---|
| | **From:** | TAIWAN, TAIPEI |
| Invoice to: **Akorn** 1925 West Field Court Suite 300, Lake Forest, IL 60045 | **To:** | USA, NY |
| | **ETD:** 12/11/2021   **ETA:** 12/12/2021 | |

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Lidocaine Base | 2924.29.5700 | 200 KG | 200 KG | 220 KG |

Lidocaine Base
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | Unit(KGS) Tare WT. | Unit(KGS) Net WT. | Unit(KGS) Gross WT. |
|---|---|---|---|---|---|
| Products | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Lidocaine Base | 4 Drums | 211-21182 | 20 KG | 200 KG | 220 KG |
| **Subtotal** | | | 20 KG | 200 KG | 220 KG |
| 1 Pallets | | | 5 KG | | 5 KG |
| **Total** | | | | | 225 KG |

### Marks

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 216774
ITEM #: 2005634
LOT NO: 811-21182
DRUM NO.: 1-4
GROSS WT.: 54.0 KGS
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| **Payment term: T/T 30 days** **CIP Air NY** | **HUA NAN COMMERCIAL BANK LTD.** **PANCHIAO BRANCH** **NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., NEW TAIPEI CITY, TAIWAN, R.O.C.** **A/C NO.: 160510000080** **SWIFT CODE: HNBKTWTP160** |

**OPL-086260**

| 131 | TPE | 85202401 |
|---|---|---|

**Shipper's Name and Address**

DELTA SYNTHETIC CO., LTD.
15,MINSHEN ST.,TUCHENG DIST.,NEW TAIPEI CITY 23679,
TAIWAN
TEL:886-2-22685604 FAX:886-2-22680895

**Shipper's account Number**

Not negotiable
**Air Waybill\***
(Air Consignment note)
Issued by

曜 捷 運 通 有 限 公 司
**ORIENTAL POWER LOGISTICS CO., LTD.**
台 北 市 南 京 東 路 二 段 90 號 20F
20F., NO.90, SEC. 2, NANJING E. RD., TAIPEI, TAIWAN
T E L : (02)25235168  F A X : (02)25618021
航 空 貨 運 承 攬 業 許 可 証 管 字 第 2257 號

**Consignee's Name and Address**

HITECH PHARMACAL
10 EDISON ST. AMITYVILLE TPF. AMITYVILLE NY 11701
ATTN:LISA HUPP TEL:6317898228ext4745

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required

**Issuing Carrier's Agent Name and City**

**ORIENTAL POWER LOGISTICS CO., LTD.**

| Agent's IATA Code | Account No. |
|---|---|

Accounting Information
"FREIGHT PREPAID"

**Airport of Departure (Addr. of first Carrier) and requested Routing**
TPE, TAIWAN

| to | By first Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL | | Other | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NRT | JL 804/DEC. 11,2021 | JFK | JL | | | TWD | | PP | PP | | PP | N.V.D. | N.C.V. |

| Airport of Destination | Flight Date/for Carrier Use only/Flight Date | Amount of Insurance | INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance |
|---|---|---|---|
| NEW YORK NY. | JL 8006/12 | NIL | |

**Handling Information**
"NOT RESTRICTED"

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 PLT | | | | | | AS ARRANGED | LIDOCAINE BASE |
| | AKORN (HITECH PHARMACAL) LIDOCAINE BASE PO #: 216774 ITEM #: 2005634 LOT NO: 811-21182 DRUM NO.: 1-4 GROSS WT.: 54.0 KGS TARE WT.: 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING. PROCESSING OR REPACKING | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | |

Valuation Charge

Tax

Total other Charges Due Agent

Total other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations.

ORIENTAL POWER LOGISTICS CO., LTD.
AS AGENT FOR THE CARRIER OF JAPAN AIRLINES

Signature of Shipper or his Agent

| Total prepaid | Total collect |
|---|---|
| AS ARRANGED | |

| Currency Conversion Rates | cc charges in Dest. Currency |
|---|---|

DEC.11.2021          TAIPEI          MAYHSIAO

| Executed on | (Date) | at | (Place) | Signature of Issuing Carrier or its Agent |

| For Carrier's Use only at Destination | Charges at Destination | Total collect Charges |
|---|---|---|

**OPL-086260**

COPY 6  INVOICE  DUPLATE

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn
PO # 219662
(Date: 2/28/2022)
**Guaifenesin, 3,500 kg**
**Lidocaine, 1,500 kg**

Delta
Invoice DT22031601
(Date: 3/16/2022)

Akorn will only accept palletized shipments **Bill to:**
on heat treated wooden or plastic pallets.

# ⬭AKORN

**Purchase Order**

1925 West Field Court
Suite 300
Lake Forest, IL 60045
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 219662 | Doc Type: OP |
|---|---|
| Order Date: 02/28/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To:   DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:   HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | GUAIFENESIN, USP 2000453 | | 3,500.00 | KG | 11.5000 | 40,250.00 | USD | 5/31/22 | | |
| 2.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 1,500.00 | KG | 34.5000 | 51,750.00 | USD | 5/31/22 | | |

NOTES / SPECIAL INSTRUCTIONS
Delta Synthetic Taiwan
Bringing these two API's on a 20ft Container from TAIWAN

Guaifenesin (Akorn item # 2000453)  US$11.50/kg (70 drums) - 1 lot
Lidocaine Base (Akorn item #2005634)  US$ 34.50/kg (30 drums) - 2
lots

------------------------------------------

Please send CoA's in advance
Please send packing list and invoice directly
to the broker, Aries at Zainah Nunnally <zainah.nunnally@ariesgl.com>

**Order Total:**   92,000.00

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 219662 | Doc Type: OP |
|---|---|
| Order Date: 02/28/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To:   DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:   HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.
Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee  The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications  The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf  The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn: and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS   NET 30 DAYS        FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED
IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS
NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND
EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND
PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY
DIFFERENT OR ADDITIONAL TERMS

Authorized Signature: _____ *L.H* _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

 shipping cost TBD will be added

 **DELTA SYNTHETIC CO., LTD.**
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604    FAX: +886-2-2268-0895

## INVOICE

**No.:** DT22031601
**Date:** 03/16/2022

| Order No.: PO 219662 | | | |
|---|---|---|---|

| **Ship-to:** HITECH PHARMACAL 10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701 | **Vessel:** | YM WIND V.021E | |
|---|---|---|---|
| | **From:** | TAIWAN, KEELUNG | |

| **Invoice to:** Akorn 1925 West Field Court Suite 300, Lake Forest, IL 60045 | **To:** | USA, NY | |
|---|---|---|---|
| | **ETD:** 3/26/2022 | **ETA:** | 4/26/2022 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin | 3,500 KG | USD 11.50 | USD 40,250.00 |
| Lidocaine Base | 1,500 KG | USD 34.50 | USD 51,750.00 |
| Shipping | | | USD 16,500.00 |
| Total: | | | USD 108,500.00 |

### Marks

AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE
PO #: 219662
ITEM #: 2000453, 2005634
LOT NO: SEE PACKING LIST
DRUM NO.: SEE PACKING LIST
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days  CIF NY | HUA NAN COMMERCIAL BANK LTD. PANCHIAO BRANCH NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., NEW TAIPEI CITY, TAIWAN, R.O.C. A/C NO.: 160510000080 SWIFT CODE: HNBKTWTP160 |



# DELTA SYNTHETIC CO., LTD.

15. MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604    FAX: +886-2-2268-0895

# PACKING LIST

**No.:** DT22031601
**Date:** 03/16/2022

| Order No.: PO 219662 | Vessel: | YM WIND V.021E |
|---|---|---|

**Ship-to:**

**HITECH PHARMACAL**
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**From:** TAIWAN, KEELUNG

**Invoice to:**

**Akorn**
1925 West Field Court
Suite 300, Lake Forest, IL 60045

**To:** USA, NY

**ETD:** 3/26/2022    **ETA:** 4/26/2022

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Guaifenesin | 2909.49.0500 | 3500 KG | 3500 KG | 3850 KG |
|  | Lidocaine Base | 2924.29.5700 | 1500 KG | 1500 KG | 1620 KG |

Guaifenesin
DRUM SIZE: 47CM(D) x 67.5CM(H)
N.W.: 50KGS
G.W.: 55KGS

Lidocaine Base
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|---|
| Products | | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Guaifenesin | | 70 Drums | 211-22019 | 350 KG | 3500 KG | 3850 KG |
| Lidocaine Base | | 20 Drums | 811-22001 | 80 KG | 1000 KG | 1080 KG |
|  | | 10 Drums | 811-22002 | 40 KG | 500 KG | 540 KG |
| **Subtotal** | | | | 470 KG | 5000 KG | 5470 KG |
| | 10 Pallets | | | 11 KG | | 110 KG |
| **Total** | | | | | | 5580 KG |

| Marks | |
|---|---|

AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE
PO #: 219662
ITEM #: 2000453, 2005634
LOT NO: SEE PACKING LIST
DRUM NO.: SEE PACKING LIST
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by:

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

See website for large version of reverse⏐提单背面的放大版请看网站⏐提單背面的放大版請看網站⏐

 **ORIENT EXPRESS CONTAINER CO., LTD.**

WEBSITE : WWW.OECGROUP.COM

**BILL OF LADING        COPY**

**B/L Number: OERT101702L00818**

**SO Number** : 0022

**SHIPPER**
DELTA SYNTHETIC CO., LTD.
NO.15, MINSHENG ST., TUCHENG DIST., NEW TAIPEI CITY
23679, TAIWAN

**FOR DELIVERY OF GOODS PLEASE APPLY TO**
OEC FREIGHT (NY) INC.
133-33 BROOKVILLE BLVD, SUITE 306, ROSEDALE, NEW YORK 11422
UNITED STATES TEL:7185277171 FAX:7185277077

**CONSIGNEE** ( This B/L is not negotiable unless marked "To Order" or "To Order of  " here )
HITECH PHARMACAL
10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701

OEC FREIGHT WORLDWIDE CO., LTD
**TELEX RELEASE CARGO**
SURRENDERED FULL SET ORI B/L TO OUR OFFICE ALREADY



**NOTIFY PARTY** ( No responsibility shall attach to Carrier or to his Agent for failure to notify )
ARIES GLOBAL LOGISTICS, INC - PHL
800 CALCON HOOK RD. ALEXANDER COURT TWO BAYS
203-205A, SHARON HILL, PA 19079 ZAINAH NUNNALLY  ***

| VESSEL AND VOYAGE NO. (see Clause 13 & 14) | PLACE OF RECEIPT (Through Transportation ONLY - see Clause 1 & 5) | PORT OF LOADING |
|---|---|---|
| YM WIND V.021E | KEELUNG, TAIWAN | KAOHSIUNG, TAIWAN |

| PORT OF DISCHARGE | PLACE OF DELIVERY (Through Transportation ONLY  see Clause 1 & 5) | NUMBER OF ORIGINAL B/L |
|---|---|---|
| NEW YORK, NY | NEW YORK, NY | ZERO(0) |

**PARTICULARS FURNISHED BY THE SHIPPER   - NOT CHECKED BY CARRIER   - CARRIER NOT RESPONSIBLE** ( see Clause 7 )

| Container Numbers. Seal Numbers and Marks | No of Packages or Shipping Units | Description of Goods | Gross Cargo Weight | Measurement |
|---|---|---|---|---|
| SEE ATTACHED | 1X20ST | SHIPPER'S LOAD & COUNT<br>10 PALLETS<br>SEE ATTACHED<br><br><br>100 DRUMS ON 10 PALLETS<br><br>"FREIGHT PREPAID"<br>SVC TYPE: CY/CY<br>SAY TOTAL:  ONE 20ST CONTAINER ONLY. | Total : 5580.000 KGS | 18.500  CBM |

**TOTAL NUMBER OF PACKAGES** :    1 x 20ST
limitation of liability ( if applicable ) :
( See Clause 20 )

**CARRIER'S RECEIPT** : Total No. of packages received and acknowledged by carrier for the purpose of calculation of package

Charges including Freight : Cargo shall not be delivered unless Charges are paid (see Clause 17)

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | | | AS ARRANGED | |

RECEIVED for shipment as specified above in apparent good order and condition unless otherwise stated. The Goods to be delivered at above mentioned Port of Discharge or Place of Delivery, whichever applies, SUBJECT TO Terms and Conditions contained on reverse side hereof, to which Merchant agrees by accepting this Bill of Lading.

IN WITNESS WHERE OF the number of original Bills of Lading on this side have been signed, one of which being accomplished. The other to stand void, unless applicable law provides otherwise.

**ORIENT EXPRESS CONTAINER CO., LTD.**

| DECLARED VALUE FOR OCEAN TRANSPORTATION ( Only applicable if declared value charges paid  see Clause 20 ) | DECLARED VALUE FOR INLAND TRANSPORTATION ( Only applicable if declared value charges paid  see Clause 21 ) | AS AGENTS FOR THE CARRIER OEC FREIGHT WORLDWIDE CO., LTD. |
|---|---|---|
| NONE | NONE | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| TAIPEI, TAIWAN / MAR.26.2022 | MAR.26.2022 | |

BL NO  :   OERT101702L00818

VESSEL :   YM WIND

VOY   :    021E

CONTAINER:

SEGU2057489 / TW287523A/20ST/CY/CY/10 PALLETS/5,580.000K/18.500CBM

MARKS:
AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE
PO #: 219662
ITEM #: 2000453, 2005634
LOT NO: 211-22019
811-22001, 811-22002
DRUM NO.: 1-70, 1-30
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

DESCRIPTION:
GUAIFENESIN
LIDOCAINE BASE

HS CODE:
2909.49.0500
2924.29.5700

***EMAIL: ZAINAH.NUNNALLY@ARIESGL.COM
TEL: (610)345-2127

<<END OF ATTACH OF HBL OERT101702L00818>>

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 222547

(Date: 6/23/2022)

**Guaifenesin 5,000 kg**

Delta

Invoice DT22071201

(Date: 7/12/2022)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

 **OAKORN**

**Purchase Order**

1925 West Field Court
Suite 300
Lake Forest, IL 60045
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 222547 | Doc Type: OP |
|---|---|
| Order Date: 06/23/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:    HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | GUAIFENESIN, USP 2000453 | | 5000.0000 | KG | 11.5000 | 57,500.00 | USD | 9/23/22 | | |

NOTES / SPECIAL INSTRUCTIONS

**Order Total:** 57,500.00

Please send CoA's in advance

Please send packing list and invoice directly

to the broker, Aries at Zainah Nunnally

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments
on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 222547 | Doc Type: OP |
|---|---|
| Order Date: 06/23/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee. The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf  The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS          FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED
IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS
NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND
EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND
PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY
DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____*LH*_____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added



# DELTA SYNTHETIC CO., LTD.

15. MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## INVOICE

**No.:** DT22071201
**Date:** 07/12/2022

| **Order No.:** PO 222547 | |
|---|---|
| **Ship-to:**<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:**  EVER LEGION V.0005-047E |
| | **From:**  TAIWAN, KEELUNG |
| **Invoice to:**<br><br>**Akorn**<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **To:**  USA, NY |
| | **ETD:**  7/22/2022    **ETA:**   8/23/2022 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin | 5,000 KG | USD 11.50 | USD 57,500.00 |
| Shipping | | | USD 10,000.00 |
| Total: | | | USD 67,500.00 |

### Marks

AKORN (HITECH PHARMACAL)
GUAIFENESIN
PO #: 222547
ITEM #: 2000453
LOT NO: 211-22124, 211-22125
DRUM NO.: 1-33, 34-100
GROSS WT.: 55.0 KGS
TARE WT.: 5.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., |
| Payment term: T/T 30 days | NEW TAIPEI CITY, TAIWAN, R.O.C. |
| | A/C NO.: 160510000080 |
| CIF NY | SWIFT CODE: HNBKTWTP160 |



# DELTA SYNTHETIC CO., LTD.

15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604     FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT22071201
**Date:** 07/12/2022

| **Order No.:**<br>PO 222547 | |
|---|---|
| **Ship-to:**<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:**   EVER LEGION V.0005-047E<br><br>**From:**   TAIWAN, KEELUNG |
| **Invoice to:**<br><br>**Akorn**<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **To:**   USA, NY<br><br>**ETD:**   7/22/2022   **ETA:**   8/23/2022 |

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Guaifenesin | 2909.49.0500 | 5000 KG | 5000 KG | 5500 KG |

| Details | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|
| Products | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Guaifenesin | 33 Drums | 211-22124 | 165 KG | 1650 KG | 1815 KG |
| | 67 Drums | 211-22125 | 335 KG | 3350 KG | 3685 KG |
| **Subtotal** | | | 500 KG | 5000 KG | 5500 KG |
| 10 Pallets | | | 11 KG | | 110 KG |
| **Total** | | | | | 5610 KG |

Guaifenesin
DRUM SIZE: 47CM(D) x 67.5CM(H)
N.W.: 50KGS
G.W.: 55KGS

**Marks**

AKORN (HITECH PHARMACAL)
GUAIFENESIN
PO #: 222547
ITEM #: 2000453
LOT NO: 211-22124, 211-22125
DRUM NO.: 1-33, 34-100
GROSS WT.: 55.0 KGS
TARE WT.: 5.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by:

| **Condition Of Sale(Including Payment terms):** | **Banking Details:** |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

Shipper
DELTA SYNTHETIC CO., LTD.
NO.15, MIN-SHEN ST., TUCHENG DIST., NEW
TAIPEI CITY 236, TAIWAN (R.O.C.)



LOGISTICS

**SALEM**

SALEM LOGISTICS CO.,LTD

1216

Consignee
HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

Notify Party (Complete name and address)
ARIES GLOBAL LOGISTICS, INC - PHL
800 CALCON HOOK RD. ALEXANDER COURT TWO BAYS
203-205A SHARON HILL, PA 19079 DIRECT:
(610)345-2127, EMAIL: ZAINAH.NUNNALLY@ARIESGL.COM

| Place of Receipt | Precarriage By | Excess Value Declaration Refer to Clause 6.4 in Bill of Lading on reverse side |
|---|---|---|
| TAIPEI, TAIWAN | | |

| Vessel & Voy. No. | Port of Loading | Inland Routing for the Merchant's reference only |
|---|---|---|
| EVER LEGION V.0005-047E | KAOHSIUNG, TAIWAN | |

| Port of Discharge | Place of Delivery | Final Destination for the Merchant's reference only |
|---|---|---|
| NEW YORK, NY | NEW YORK, NY | |

Particulars furnished by the Merchant

| Container No. And Seal No. Marks & Nos. | Quantity And Kind of Packages | Description of Goods | Measurement CBM Gross Weight KGS. |
|---|---|---|---|
| SEE ATTACHED | 1X20' VVVVV | SAID TO CONTAIN 100 DRUMS SHIPPER'S LOAD, COUNT & SEAL<br><br>SEE ATTACHED | 5,610.00(KGS)<br><br>25.0000(CBM) |

TRHU3709663/20' EMCLPF5361/5,610.00KGS/25.000CBM/100 DRUMS/FCL-FCL

| TOTAL NUMBER OF CONTAINERS OR PACKAGES IN WORDS | 'FREIGHT PREPAID' SVC TYPE:FCL-FCL SAY TOTAL ONE (1) TWENTY FEET CONTAINER ONLY |
|---|---|

| FREIGHT & CHARGES | Revenue Tons | Rate | Prepaid | Collect |
|---|---|---|---|---|
| OCEAN FREIGHT | | | AS ARRANGED | |

**SURRENDERED  IN  TAIWAN**

| Service Type | Exchange Rate | Prepaid at | Payable at |
|---|---|---|---|
| FCL-FCL | US$1=NT$30.1900 | TAIPEI, TAIWAN | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.

The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the carrier.

In WITNESS whereof three original Bills of Lading has been signed if not otherwise stated before, one of which to be completed the others to be void. In case that the shipment is not collected, abandoned or the consignee does not return the empty container to the Carrier, the Shipper shall be responsible for storage fee, demurrage, detention and all losses, costs, expenses incurred by the carrier as per the current ocean carrier's tariff.

| Number of Original B(s)/L | Place of B(s)/L Issue/Date | SALEM LOGISTICS CO., LTD |
|---|---|---|
| THREE (3) | TAIPEI, TAIWAN  JUL. 27,2022 | |

| B/L No. | Laden on Board the Vessel |
|---|---|
| TPENYCN7355 | JUL. 27,2022 |

For delivery of goods please apply to:
BINEX LINE CORP. NEW YORK BRANCH
2 EXECUTIVE DR.SUITE #755 FORT LEE, NJ07047
T:201-662-7600 F:201-662-9088 PIC:MS.MIMI JI

**COPY NON-NEGOTIABLE**

By _____
as CARRIER

## ATTACHMENT

VSL/VOY:   EVER LEGION V.0005-047E

SO:  1216                                          B/L No :   TPENYCN7355

| MARKS AND NUMBER | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN PO #: 222547 ITEM #: 2000453 LOT NO: 211-22124, 211-22125 DRUM NO.: 1-33, 34-100 GROSS WT.: 55.0 KGS TARE WT.: 5.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING | GUAIFENESIN HS CODE: 2909.49 100 DRUMS S.T.C. 10 PLTS "SHIPPER'S PALLET LOAD & COUNT" AMS NO:SLCT TPENYCN7355 MBL NO:EGLV 003201881417 |

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 225009

(Date: 11/01/2022)

**Lidocaine 200 kg**

(Air Shipment)

Delta

Invoice DT22111601

(Date: 11/16/2022)

Akorn will only accept palletized shipments  **Bill to:**
on heat treated wooden or plastic pallets.

# ⟡AKORN

**Purchase Order**

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 225009 | Doc Type: OP |
|---|---|
| Order Date: 11/01/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:    HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 200.0000 | KG | 34.5000 | 6,900.00 | USD | 12/2/22 | | |

NOTES / SPECIAL INSTRUCTIONS

Order Total:    6,900.00

Mfr. Delta Syntetica. Taiwan Packed 50 kgs/drum. 1 lot
required
This must be mfrd to the process submitted to FDA for
approval: not the modified process.
Material must meet current specs.

Please ship via AIR freight ASAP

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◗AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| | |
|---|---|
| **PO #: 225009** | **Doc Type: OP** |
| Order Date: 11/01/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

Expiration Dating less than 12 months will be rejected.
**Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee  The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications.  The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf  The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location without prior written notice of intent to Akorn, and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received.  This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:   NET 30 DAYS          FREIGHT TERMS:          SHIP VIA.

### TERMS AND CONDITIONS

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf  BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS

Authorized Signature: _____Lisa Hupp_____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added



# DELTA SYNTHETIC CO., LTD.

15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604     FAX: +886-2-2268-0895

## INVOICE

**No.:** DT22111601
**Date:** 11/16/2022

| **Order No.:** | |
|---|---|
| PO 225009 | |

| **Ship-to:** | **Vessel:** | CI 5322 TPE 16Nov 02:30-JFK 16Nov 05:40 |
|---|---|---|
| **HITECH PHARMACAL** 10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701 | **From:** | TAIWAN, TAIPEI |
| **Invoice to:** | **To:** | USA, NY |
| **Akorn** 5605 Centerpoint Court Gurnee, IL 60031 | **ETD:** 11/16/2022 **ETA:** 11/16/2022 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Lidocaine | 200 KG | USD 34.50 | USD 6,900.00 |
| Shipping | | | USD 2,800.00 |
| | Total: | | USD 9,700.00 |

| **Marks** |
|---|
| AKORN (HITECH PHARMACAL) LIDOCAINE BASE PO #: 225009 ITEM #: 2005634 LOT NO: 811-22180 DRUM NO.: 1-4 GROSS WT.: 54.0 KGS TARE WT.: 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING |

Signed by:

| **Condition Of Sale(Including Payment terms):** | **Banking Details:** |
|---|---|
| Payment term: T/T 30 days CIP Air NY | HUA NAN COMMERCIAL BANK LTD. PANCHIAO BRANCH NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., NEW TAIPEI CITY, TAIWAN, R.O.C. A/C NO.: 160510000080 SWIFT CODE: HNBKTWTP160 |



# DELTA SYNTHETIC CO., LTD.

15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604      FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT22111601
**Date:** 11/16/2022

| Order No.: | | |
|---|---|---|
| PO 225009 | | |

**Ship-to:**

**HITECH PHARMACAL**
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Vessel:** CI 5322 TPE 16Nov 02:30-JFK 16Nov 05:40

**From:** TAIWAN, TAIPEI

**Invoice to:**

**Akorn**
5605 Centerpoint Court
Gurnee, IL 60031

**To:** USA, NY

**ETD:** 11/16/2022   **ETA:** 11/16/2022

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Lidocaine | 2924.29.5700 | 200 KG | 200 KG | 216 KG |

Lidocaine
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|
| Products | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Lidocaine | 4 Drums | 811-22180 | 16 KG | 200 KG | 216 KG |
| **Subtotal** | | | 16 KG | 200 KG | 216 KG |
| 1 Pallets | | | 6 KG | | 6 KG |
| **Total** | | | | | 222 KG |

### Marks

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 225009
ITEM #: 2005634
LOT NO: 811-22180
DRUM NO.: 1-4
GROSS WT.: 54.0 KGS
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| **Payment term: T/T 30 days**<br><br>**CIP Air NY** | HUA NAN COMMERCIAL BANK LTD.<br>**PANCHIAO BRANCH**<br>**NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,**<br>**NEW TAIPEI CITY, TAIWAN, R.O.C.**<br>A/C NO.: 160510000080<br>**SWIFT CODE: HNBKTWTP160** |

**OPL-**089647

297 TPE 85448915

| Shipper's Name and Address | Shipper's account Number | |
|---|---|---|
| DELTA SYNTHETIC CO., LTD. NO.15, MINSHEN ST., TUCHENG DIST., NEW TAIPEI CITY 23679, TAIWAN TEL:886-2-22685604 FAX:886-2-22680895 | | **Not negotiable** **Air Waybill\*** (Air Consignment note) Issued by |

**曜捷運通股份有限公司**
**ORIENTAL POWER LOGISTICS CO., LTD.**
台北市中正區衡陽路 51 號 3 樓
**3F., NO. 51, HENGYANG RD., TAIPEI CITY, TAIWAN**
TEL: (02)25235168  FAX: (02)25618021
航空貨運承攬業許可證貨字第 2257 號

Consignee's Name and Address | Consignee's account number

HITECH PHARMACAL
10 EDISON ST, AMITYVILLE TFF, AMITYVILLE NY 11701
ATTN:LISA HUPP TEL:6317898228ext4745

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN OF THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

**ORIENTAL POWER LOGISTICS CO., LTD.**

| Agent's IATA Code | Account No. | Accounting Information |
|---|---|---|
| | | "FREIGHT PREPAID" |

Airport of Departure (Addr. of first Carrier) and requested Routing
TPE, TAIWAN

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | CI 5322/NOV. 16,2022 | | | | | | TWD | PP | PPD PP | PPD PP COLL | N.V.D. | N.C.V. |

| Airport of Destination | Flight/Date | For Carrier Use only | Flight/Date | Amount of Insurance | INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance. |
|---|---|---|---|---|---|
| NEW YORK NY. | | | | NIL | |

Handling Information
NOTIFY: ARIES GLOBAL LOGISTICS, INC - PHL
800 CALCON HOOK RD. ALEXANDER COURT TWO BAYS 203-205A, SHARON HILL, PA 19079
ATTN:ZAINAH NUNNALLY DIRECT: (610)345-2127 EMAIL: ZAINAH.NUNNALLY@ARIESGL.COM

| No. of Pieces RCP | Gross Weight | Kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 PLT | 225 | K | N | 225K | | AS ARRANGED | LIDOCAINE BASE |
| | | | | | | | DIM: L:82xW:82xH:83CM/1 |

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 225009
ITEM #: 2005634
LOT NO: 811-221BO
DRUM NO.: 1-4
GROSS WT.: 54.0 K
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN RO
FOR MANUFACTURING PROCESSING OR REPACKING

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | Insurance Charge | Cartage Charge | Disbursement Fee |

| Valuation Charge |
|---|

| Tax |
|---|

| Total other Charges Due Agent |
|---|

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations.

| Total other Charges Due Carrier |
|---|

ORIENTAL POWER LOGISTICS CO., LTD.
AS AGENT FOR THE CARRIER OF CHINA AIRLINES

Signature of Shipper or his Agent

| Total prepaid | Total collect |
|---|---|
| AS ARRANGED | |

| Currency Conversion Rates | cc charges in Dest. Currency | NOV.16.2022 | TAIPEI | ERICCHIANG |
|---|---|---|---|---|
| | | Executed on (Date) | at (Place) | Signature of Issuing Carrier or its Agent |

| For Carriers Use only at Destination | Charges at Destination | Total collect Charges |
|---|---|---|

**OPL-** 089647

3    ORIGINAL - FOR  THE  SHIPPER

# Orders and Consolidated Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 223128

(Date: 7/25/2022)

## Lidocaine HCl 2,500 kg

PO # 223129

(Date: 7/25/2022)

## Lidocaine 2,500 kg

PO # 225021

(Date: 11/01/2022)

## Guaifenesin 5,000 kg

Delta

Invoice DT22112301

(Date: 11/23/2022)

Akorn will only accept palletized shipments
on heat treated wooden or plastic pallets.

**Bill to:**



**Purchase Order**

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 223128 | Doc Type: OP |
|---|---|
| Order Date: 07/25/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | LIDOCAINE HCL, USP 2000477 | Delta Synthetic | 2500.0000 | KG | 33.0000 | 82,500.00 | USD | 2/3/23 | | |

NOTES / SPECIAL INSTRUCTIONS

**Order Total:** 82,500.00

Mfr: Delta Syntetica, Taiwan Packed 50 kgs/drum, 1 lot
required
This must be mfrd to the process submitted to FDA for
approval; not the modified process
Material must meet current specs

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬭ AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 223128 | Doc Type: OP |
|---|---|
| Order Date: 07/25/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:   HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee  The vendor/supplier  by shipment against this purchase order  guarantees on a continuing basis  that the subject material is manufactured to and meets associated Akorn specifications  The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf   The vendor/supplier agrees not to make changes in the material formulation  or manufacturing process or manufacturing location  without prior written notice of intent to Akorn  and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received  This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn

PAYMENT TERMS    NET 30 DAYS          FREIGHT TERMS           SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED
IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS
NOTIFIED BY SELLER IN WRITING  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO  AND
EXPRESSLY CONDITIONAL ON  SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND
PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf  BUYER OBJECTS TO ANY
DIFFERENT OR ADDITIONAL TERMS

Authorized Signature: ___Lisa Hupp_____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added

Akorn will only accept palletized shipments **Bill to:**
on heat treated wooden or plastic pallets.



**Purchase Order**

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 223129    Doc Type: OP |
| Order Date: 07/25/22 |
| Page: **1** of **2** |
| Branch Plant:        810 |

To:  DELTA SYNTHETIC CO LTD
     15 MINSHENG ST
     TUCHENG DISTRICT
     23679 NEW TAIPEI CITY
     Taiwan

Ship To:   HITECH PHARMACAL
           10 EDISON ST
           AMITYVILLE TFF
           AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 2500.0000 | KG | 34.5000 | 86,250.00 | USD | 2/3/23 | | |

NOTES / SPECIAL INSTRUCTIONS

Order Total:    86,250.00

Mfr: Delta Syntetica, Taiwan Packed 50 kgs/drum, 1 lot
required
    This must be mfrd to the process submitted to FDA for
approval; not the modified process.
    Material must meet current specs.

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬭AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 223129 | Doc Type: OP |
|---|---|
| Order Date: 07/25/22 | |
| Page: 2 of 2 | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

Expiration Dating less than 12 months will be rejected.
Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.

Continuing Guarantee  The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications  The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf   The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn, and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received  This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:   NET 30 DAYS          FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: __Lisa Hupp_____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added

Akorn will only accept palletized shipments    **Bill to:**
on heat treated wooden or plastic pallets.



5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

**Purchase Order**

| PO #: **225021**    Doc Type: **OP** |
| Order Date:  11/01/22 |
| Page: **1** of **2** |
| Branch Plant:        810 |

To:    DELTA SYNTHETIC CO LTD
      15 MINSHENG ST
      TUCHENG DISTRICT
      23679 NEW TAIPEI CITY
      Taiwan

Ship To:    HITECH PHARMACAL
      10 EDISON ST
      AMITYVILLE TFF
      AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | GUAIFENESIN, USP 2000453 | | 5000.0000 | KG | 11.5000 | 57,500.00 | USD | 2/10/23 | | |

NOTES / SPECIAL INSTRUCTIONS

Order Total:    57,500.00

Delta Synthetic Taiwan

1 lot is preferred

Please send CoA's in advance

Please send packing list and invoice directly

to the broker, Aries at Zainah Nunnally

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◖AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 225021 | Doc Type: OP |
|---|---|
| Order Date: 11/01/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

Expiration Dating less than 12 months will be rejected.
**Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee  The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications  The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf  The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn  and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received  This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS.    NET 30 DAYS

FREIGHT TERMS.

SHIP VIA.

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED
IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS
NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO. AND
EXPRESSLY CONDITIONAL ON. SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND
PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf  BUYER OBJECTS TO ANY
DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604    FAX: +886-2-2268-0895

## INVOICE

No.: DT22112301
Date: 11/23/2022

| **Order No.:** | | | |
|---|---|---|---|
| PO 225021 | | | |
| PO 223129 | | | |
| PO 223128 | | | |

| **Ship-to:** | **Vessel:** | CALANDRA V.4E |
|---|---|---|
| **HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **From:** | TAIWAN, KEELUNG |
| **Invoice to:** | **To:** | USA, NY |
| **Akorn**<br>5605 Centerpoint Court<br>Gurnee, IL 60031 | **ETD:** 11/29/2022   **ETA:** 1/4/2023 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin | 5,000 KG | USD 11.50 | USD 57,500.00 |
| Lidocaine Base | 2,500 KG | USD 34.50 | USD 86,250.00 |
| Lidocaine HCl | 2,500 KG | USD 33.00 | USD 82,500.00 |
| Shipping | | | USD 6,500.00 |
| Total: | | | USD 232,750.00 |

### Marks

AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL
PO #: 225021, 223129, 223128
ITEM #: 2000453, 2005634, 2000477
LOT NO: SEE PACKING LIST
DRUM NO.: SEE PACKING LIST
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| **Condition Of Sale(Including Payment terms):** | **Banking Details:** |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604    FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT22112301
**Date:** 11/23/2022

| Order No.: | |
|---|---|
| PO 225021 | |
| PO 223129 | |
| PO 223128 | |

| Ship-to: | Vessel: | CALANDRA V.4E |
|---|---|---|
| **HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **From:** | TAIWAN, KEELUNG |

| Invoice to: | To: | USA, NY | | |
|---|---|---|---|---|
| **Akorn**<br>5605 Centerpoint Court<br>Gurnee, IL 60031 | **ETD:** | 11/29/2022 | **ETA:** | 1/4/2023 |

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Guaifenesin | 2909.49.0500 | 5000 KG | 5000 KG | 5500 KG |
| | Lidocaine Base | 2924.29.5700 | 2500 KG | 2500 KG | 2700 KG |
| | Lidocaine HCl | 2924.29.5700 | 2500 KG | 2500 KG | 2750 KG |

| | | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|---|
| Guaifenesin/Lidocaine HCl<br>DRUM SIZE: 47CM(D) x 67.5CM(H)<br>N.W.: 50KGS<br>G.W.: 55KGS | **Details** | | | Tare WT. | Net WT. | Gross WT. |
| | **Products** | **Drums** | **Lot. No.** | | | |
| | Guaifenesin | 8 Drums | 211-22187 | 40 KG | 400 KG | 440 KG |
| | | 92 Drums | 211-22188 | 460 KG | 4600 KG | 5060 KG |
| | Lidocaine Base | 20 Drums | 811-22178 | 80 KG | 1000 KG | 1080 KG |
| | | 20 Drums | 811-22179 | 80 KG | 1000 KG | 1080 KG |
| Lidocaine Base<br>DRUM SIZE: 41CM(D) x 71CM(H)<br>N.W.: 50KGS<br>G.W.: 54KGS | | 10 Drums | 811-22180 | 40 KG | 500 KG | 540 KG |
| | Lidocaine HCl | 26 Drums | 812-22058 | 130 KG | 1300 KG | 1430 KG |
| | | 24 Drums | 812-22059 | 120 KG | 1200 KG | 1320 KG |
| | **Subtotal** | | | 950 KG | 10000 KG | 10950 KG |
| | 20 Pallets | | | 11 KG | | 220 KG |
| **Marks** | **Total** | | | | | 11170 KG |

AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL
PO #: 225021, 223129, 223128
ITEM #: 2000453, 2005634, 2000477
LOT NO: SEE PACKING LIST
DRUM NO.: SEE PACKING LIST
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

2001

**LOGISTICS**
**SALEM**
*SALEM LOGISTICS CO.,LTD*

| | |
|---|---|
| **Shipper:**<br>DELTA SYNTHETIC CO., LTD.<br>NO.15, MIN-SHEN ST., TUCHENG DIST., NEW<br>TAIPEI CITY 236, TAIWAN (R.O.C.) | |
| **Consignee:**<br>HITECH PHARMACAL<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | |
| **Notify Party: (Complete name and address)**<br>NTG AGL AIR & OCEAN<br>ALEXANDER COURT TWO 800 CALCON HOOK ROAD BAYS<br>203-205A SHARON HILL, PA 19079<br>ZAINAH NUNNALLY EMAIL: ZNU@NTGAIROCEAN.COM** | |

| Place of Receipt | Precarriage By | Excess Value Declaration Refer to Clause 6(4)(B)(C) on reverse side |
|---|---|---|
| KEELUNG, TAIWAN | | |
| **Vessel & Voy. No.**<br>CALANDRA V.4E | **Port of Loading**<br>KAOHSIUNG, TAIWAN | Inland Routing (for the Merchant's reference only) |
| **Port of Discharge**<br>NEW YORK, NY | **Place of Delivery**<br>NEW YORK, NY | Final Destination (for the Merchant's reference only) |

### Particulars furnished by the Merchant

| Container No. And Seal No.<br>Marks & Nos. | Quantity And<br>Kind of Packages | Description of Goods | Measurement (CBM)<br>Gross Weight (KGS) |
|---|---|---|---|
| SEE ATTACHED | 1X40'HQ<br>VVVVVVV | SAID TO CONTAIN 200 DRU<br>SHIPPER'S LOAD, COUNT & SEAL<br><br>SEE ATTACHED | 11,170.00(KGS)<br><br>65.0000(CBM) |

TGBU5934905/40'HQ/ZGLT352679/11,170.00KGS/65.000CBM/200 DRU/FCL-FCL

| TOTAL NUMBER OF<br>CONTAINERS OR PACKAGES<br>(IN WORDS) | 'FREIGHT PREPAID'  SVC TYPE:FCL-FCL<br>SAY TOTAL ONE (1) FORTY FEET HIGH CUBE CONTAINER ONLY |
|---|---|

| FREIGHT & CHARGES | Revenue Tons | Rate | Prepaid | Collect |
|---|---|---|---|---|
| OCEAN FREIGHT | | | AS ARRANGED | |
| | | | **ORIGINAL B/L SURRENDERED** | |

| Service Type | Exchange Rate | Prepaid at | Payable at |
|---|---|---|---|
| FCL-FCL | US$1=NT$31.3950 | TAIPEI, TAIWAN | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading, to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.

The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

IN WITNESS whereof the original Bills of Lading has been signed, if not otherwise stated before, one of which to be completed the others to be void. In case of the shipment is uncollected, abandoned in the consignee does not return the empty container to the Carrier, the Shipper shall be responsible for storage fee, demurrage, detention and all losses, costs, expenses incurred by the carrier as per the carrier Ocean Carriers tariff.

| Number of Original B(s)/L | Place of B(s)/L Issue/Date | *SALEM LOGISTICS CO., LTD* |
|---|---|---|
| THREE (3) | TAIPEI, TAIWAN  NOV. 29,2022 | |
| **B/L No.**<br>KELNYCNB347 | **Laden on Board the Vessel**<br>NOV. 29,2022 | |

| For delivery of goods please apply to: | **COPY NON-NEGOTIABLE** |
|---|---|
| BINEX LINE CORP. NEW YORK BRANCH<br>2 EXECUTIVE DR.SUITE #755 FORT LEE, NJ07047<br>T:201-662-7600 F:201-662-9088 PIC:MS.MIMI JI | By: _____<br>As CARRIER |

## ATTACHMENT

VSL/VOY:   CALANDRA V.4E

SO:  2001                                          B/L No :    KELNYCNB347

| MARKS AND NUMBER | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL PO #: 225021, 223129, 223128 ITEM #: 2000453, 2005634, 2000477 LOT NO: SEE PACKING LIST DRUM NO.: SEE PACKING LIST GROSS WT.: 55.0 KGS/ 54.0 KGS TARE WT.: 5.0 KGS/ 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING | GUAIFENESIN LIDOCAINE BASE LIDOCAINE HCL

HS CODE: 2909.49 HS CODE: 2924.29

200 DRUMS S.T.C. 20 PLTS "SHIPPER'S PALLET LOAD & COUNT"

AMS NO:SLCT KELNYCNB347 MBL NO:ZIMU TPE8219190

**DIRECT: (610)345-2127 O: (610)461-7500 |



華南銀行
HUA NAN BANK

第二聯

匯入匯款通知書
Inward Remittance Advice
JB1>101782
DATE **MM112**

☐ 國際金融部
　台北市重慶南路1段38號　　☐ 分 行：

01APR22　08:41:25　　　　HUA-NAN Commercial Bank　　　　Ffrc PR1ont
RT-S1** 　　　　　　　　Single Customer Credit Transfer　　　P*ns #M#M1

Basic Header　　　　　- R1 HNBKTWTP0AXX 0009-528495
Application Header　D 103-1212 228331 BOFAUS6SGXXX 1402 928048 228481 @@@@ *
　　　　　　　　　　　　　　　　*BANK OF AMERICA, N.A.
　　　　　　　　　　　　　　　　*SAN FRANCISCO,CA
User Header　　　　　Service Code　　108:
　　　　　　　　　　　Bank. Priority　113:
　　　　　　　　　　　Msg User Ref　　108:2283318632597-04
　　　　　　　　　　　Info. from CI　　115:
　　　　　　　　　　　Service Type　　111.001
　　　　　　　　　　　UETR　　　　　　121:0c48eee2-1d89-4684-9166-9acba715 188

Sender's Reference　*20　　: 2022032196632597
Bank Operation Code　*23 B : CRED
Value Date/Currency: *32 A : Date:228321 Currency:USD Amount:281.515.00
Currency Instructed　 33 B :　　　　　Cur-Code:USD Amount:281.525.00
Ordering Customer　*50 K : 1375516603
　　　　　　　　　　　　　　　AKORN OPERATING COMPANY LLC
　　　　　　　　　　　　　　　1925 W. FIELD COURT, STE 300
　　　　　　　　　　　　　　　LAKE FOREST
　　　　　　　　　　　　　　　60045 US IL
Ordering Institution　52 A : BOFAUS3N
　　　　　　　　　　　　　　　*BANK OF AMERICA, N.A.
　　　　　　　　　　　　　　　*NEW YORK,NY
Account With Instite　57 A : HNBKTWTP158
　　　　　　　　　　　　　　　*HUA NAN COMMERCIAL BANK, LTD.
　　　　　　　　　　　　　　　*TAIPEI
　　　　　　　　　　　　　　　*PANCHIAO BRANCH
Beneficiary Customer *59　: 158531040008R
　　　　　　　　　　　　　　　DELTA SYNTHETIC CO., LTD.

　　　　　　　　　　　　　　　. TW
Remittance Informati　70　: /RFB/223VB64S3POx2V41 /Invoices DT2
　　　　　　　　　　　　　　　1182601 DT 21121101
Details of Charges　*71 A : SHA
Sender's Charges　　 71 F : USDAmount:0.00
Sender's Charges　　 71 F : USDAmount:10.00
Trailer　　　　　　　　　 : MAC:00000000
　　　　　　　　　　　　　　　CHK:B/5BR/L35A**
　　　　　　　　　　　　　　　DIM:

SYSMSG> Auth OK, Key DIGEST, HNBKTWTP BOFAUS3S record

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收電行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中間行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收電銀行費用 |
| 32A | 生效日/幣別/ | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間附註 |
|  | 銀行間清算金額 | 53a | 送訊行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號請攜帶與本行約定之印鑑章，私人請親自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報辦法」規定，收款人結售外匯金額達等值新臺幣五十萬元以上，應先填寫
　「外匯收支或交易申報書」辦理申報。

掛牌行兌換折付新臺幣
PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE
敬請台端憑總提前來本行洽領本匯款，倘款時請提示證明文件，必要時仍須具，台端亦得
經由台端往來之銀行領取此匯款，惟屬台端往來之銀行能擔保台端之簽章無誤。
Kindly call at this bank bringing with your positive means of identification for payment
at your earliest convenience. Guaranty might be required if deemed necessary.
Alternatively, collect this remittance through your bank, provided your signature is
confirmed by banker.

華南商業銀行　　　　　　　　　　　　 謹 啓

For HUA NAN COMMERCIAL BANK, LTD.

110.12.3×500×1,000箱(弘業)　　　　　　　　　　　　　　　FR-03- 043495



華 南 銀 行
HUA NAN BANK

第二聯

匯入匯款通知書
Inward Remittance Advice

DATE  **0002117**

□ 國際金融部
  台北市重慶南路1段38號

□ 分 行：

```
24JUN22  08:50:02        HUA-NAN Commercial Bank        Func PR1606
MT S103              Single Customer Credit Transfer     Page 000001
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Basic Header      F 01 HNBKTWTPBXXX 0243 010803
Application Header O 103 1137 220623 BOFAUS6SGXXX 1594 537069 220624 0655 N
                           *BANK OF AMERICA, N.A.
                           *SAN FRANCISCO,CA
User Header            Service Code    103:
                       Bank. Priority  113:
                       Msg User Ref.   108:2206230430416-05
                       Info. from CI   115:
                       Service Type    111:001
                       UETR            121:3ec23806-4c30-4407-8103-822c4b798317
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Sender's Reference    *20   : 2022062300430416
Bank Operation Code   *23 B : CRED
Value Date/Currency/  *32 A : Date:220623 Currency:USD Amount:108,490.00
Currency/Instructed    33 B :          Cur/Code:USD Amount:108,500.00
Ordering Customer     *50 K : /8765616603
                              AKORN OPERATING COMPANY LLC
                              1925 W. FIELD COURT, STE 300
                              LAKE FOREST
                              60045 US IL
Ordering Institution   52 A : BOFAUS3N
                              *BANK OF AMERICA, N.A.
                              *NEW YORK,NY
Account With Institu   57 A : HNBKTWTP160
                              *HUA NAN COMMERCIAL BANK, LTD.
                              *TAIPEI
                              *PANCHIAO BRANCH
Beneficiary Customer  *59   : /16051000008Q
                              DELTA SYNTHETIC CO., LTD.
                              .
                              . TW
Remittance Informati   70   : /RFB/226NAS129QT52468///Invoice DT22
                              031601
Details of Charges    *71 A : SHA
Sender's Charges       71 F : USDAmount:0.00
Sender's Charges       71 F : USDAmount:10.00
Trailer                     : MAC:00000000
                            : CHK:940BA481D853
                            : DLM:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SYSMSG>  Auth OK, key DIGEST, HNBKTWTP BOFAUS6S record
```

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收電行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中間行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收電銀行費用 |
| 32A | 生效日/幣別/ | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間備註 |
|  | 銀行間清算金額 | 53a | 送訊行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號請攜帶與本行約定之印鑑章，私人請親自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報辦法」規定，收款人結售外匯金額等值新台幣五十萬元以上，應先填寫「外匯收支或交易申報書」辦理申報。

**PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE**

敬請台端儘速前來本行洽領本匯款，領款時請提示證明文件，必要時仍須具保，台端亦得經由台端往來之銀行領取此匯款，惟需台端往來之銀行能擔保台端之簽章無誤。
Kindly call at this bank bringing with your positive means of identification for payment at your earliest convenience. Guaranty might be required if deemed necessary. Alternatively, collect this remittance through your bank, provided your signature is confirmed by banker.

華南商業銀行                          謹 啟

For **HUA NAN COMMERCIAL BANK, LTD.**

110.12.3×500×1,000箱（弘業）

FR-03- 032996

**Payment Received on Delta Invoices (DT22071201, DT22111601, and DT22112301) on February 15, 2023**

華南銀行
HUA NAN BANK

第二聯

匯入匯款通知書
Inward Remittance Advice

☐ 國際金融部
台北市重慶南路1段38號     ☐ 分 行：

DATE  **0000431**

```
15FEB23  08:31:46           HUA-NAN Commercial Bank              Func PR160C
MT S103                   Single Customer Credit Transfer           Page 000001
- - - - - - - - +- - - - - - - - +- - - - - - - - +- - - - - - - - +- - - - - - - - +- - - - - - - - +- - - - - - - - +
Basic Header       F 01 HNBKTWTPBXXX 0903 343859
Application Header  O 103 1143 230214 BOFAUS6SGXXX 1960 182653 230215 0655 N
                         *BANK OF AMERICA, N.A.
                         *SAN FRANCISCO,CA
User Header              Service Code      103:
                        Bank. Priority    113:
                        Msg User Ref.     108:2302140386377-04
                        Info. from CI     115:
                        Service Type      111:001
                        UETR              121:4cc46a72-c149-4377-985f-59b5eb184534
Sender's Reference    *20  : 2023021400386377
Bank Operation Code   *23 B : CRED
Value Date/Currency/  *32 A : Date:230214 Currency:USD Amount:275,055.72
Currency/Instructed    33 B :             Cur/Code:USD Amount:275,065.72
Ordering Customer     *50 K : /8765616603
                             AKORN OPERATING COMPANY LLC
                             1925 W. FIELD COURT, STE 300
                             LAKE FOREST
                             60045 US IL
Ordering Institution   52 A : BOFAUS3N
                             *BANK OF AMERICA, N.A.
                             *NEW YORK,NY
Account With Institu   57 A : HNBKTWTP160
                             *HUA NAN COMMERCIAL BANK, LTD.
                             *TAIPEI
                             *PANCHIAO BRANCH
Beneficiary Customer  *59  : /160510000080
                             DELTA SYNTHETIC CO., LTD.

                             . TW
Remittance Informati   70  : /RFB/232EC4526D3M2850//Invoice DT22
                             111601 D122112301 D122071201
Details of Charges    *71 A : SHA
Sender's Charges       71 F : USDAmount:0.00
Sender's Charges       71 F : USDAmount:10.00
Trailer                      : MAC:00000000
                             : CHK:68C402C631b6
                             : DLM:

SYSMSG>  Auth OK, key DIGEST, HNBKTWTP BOFAUS6S record
```

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收付行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中間行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收款銀行費用 |
| 32A | 生效日／幣別／銀行間清算金額 | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間備註 |
| | | 53a | 送訊行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號請攜帶與本行約定之印鑑章、私人請親自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報辦法」規定，收款人結售外匯金額達等值新臺幣五十萬元以上，應先填寫「外匯收支或交易申報書」辦理申報。

按銀行牌價折付新臺幣
PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE

敬請台端儘速前來本行各領本匯款，領款時需攜提示證明文件，必要時仍須具保。台端亦得經由台端往來之銀行領取此匯款，惟需台端往來之銀行能擔保台端之簽章無誤。
Kindly call at this bank bringing with you positive means of identification for payment at your earliest convenience. Guaranty might be required if deemed necessary. Alternatively, collect this remittance through your bank, provided your signature is confirmed by banker.

華南商業銀行                          謹 啟

For **HUA NAN COMMERCIAL BANK, LTD.**

111.3. 3×500×500箱（弘業）

FR-03-0203665

# EXHIBIT 3

Credit Note No. CN-22001

Return of Lidocaine Base

Delta Synthetic Co., Ltd.

### Exhibit 3. Credit Note No. CN-22001 (Returned Lidocaine Base).

Akorn will only accept palletized shipments
on heat treated wooden or plastic pallets.

**Bill to:**

## ◐AKORN

**Return To Vendor**

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 241362 | Doc Type: OG |
|---|---|
| Order Date: 11/14/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To:   DELTA SYNTHETIC CO LTD
      15 MINSHENG ST
      TUCHENG DISTRICT
      23679 NEW TAIPEI CITY
      Taiwan

Ship To:   HITECH PHARMACAL
           10 EDISON ST
           AMITYVILLE TFF
           AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 3.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | -857.3710 | KG | 40.6875 | -34,884.28 | USD | 11/18/22 | | |

NOTES / SPECIAL INSTRUCTIONS

Akorn lot # 52240747
3 pallets
Being picked up by DELTA
Supplier lot # 811-22001

**Order Total:**   -34,884.28

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**



**AKORN**

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

**Return To Vendor**

| PO #: 241362 | Doc Type: OG |
|---|---|
| Order Date: 11/14/22 | |
| Page: **2** of **2** | |
| Branch Plant: 810 | |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

Expiration Dating less than 12 months will be rejected.
Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.

Continuing Guarantee. The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf  The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn, and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS.    NET 30 DAYS          FREIGHT TERMS:                        SHIP VIA

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature:  Lisa Hupp  _____

Buyer Telephone:  _____

Buyer Fax :  _____

**Please confirm pricing and availability.**



**DELTA SYNTHETIC CO., LTD.**
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604     FAX: +886-2-2268-0895

立大化成工業股份有限公司
23679 新北市土城區民生街15號
TEL.: (02) 2268-5604   FAX: (02) 2268-0895

# CREDIT NOTE

To :            Akorn

Address :       5605 CenterPoint Court

                Gurnee, IL 60031

Attention :     Lisa Hupp

Date :          Nov. 15, 2022

Vat Number :

Invoice Number :        DT22031601

Credit Note Number :    CN-22001

Your Order Number :     PO 241362

## DESCRIPTION

| Description | Quantity | Unit Price | Amount Credited |
|---|---|---|---|
| Lidocaine | 857.371 kg | US$ 40.6875 | US$ 34,884.28 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Total** | US$ 34,884.28 |
|  |  | **Total Credit Due** | US$ 34,884.28 |

**Authorised By:**

Name :    Allen Chen          Signature :              Date :   Nov. 15, 2022

**ORIENT EXPRESS CONTAINER CO.,LTD.**

WEBSITE: WWW.OECGROUP.COM

**BILL OF LADING No.**    OERT718101L00099

SO Number : TPEOE2200100          Booking No.: 946623NYKEE

SHIPPER
AKORN OPERATING INC.
13 EDISON STREET
AMITYVILLE,, NY 11701

FOR DELIVERY OF GOODS PLEASE APPLY TO
OEC Freight Worldwide Co., Ltd.
7F, No.131, Sec.3, Nanking E. Road
Taipei 104 TAIWAN
TEL : 011886227172909
FAX : 011886227173370

CONSIGNEE    ( This B/L is not negotiable unless marked "To Order" or "To Order of..." here.)
DELTA
15, MINSHENG STREET, TUCHENG DISTRICT
NEW TAIPEI CITY, TAIWAN 23679
886-2-2268-6357

EXPORT REFERENCES

NOTIFY PARTY    (No responsibility shall attach to Carrier or to his Agent for failure to notify)
SAME AS CONSIGNEE

FORWARDING AGENT REFERENCES

POINT AND COUNTRY OF ORIGIN OF GOODS
NEW YORK-US

| VESSEL AND VOYAGE NO. | PLACE OF RECEIPT | PORT OF LOADING |
|---|---|---|
| EVER FUTURE V010W | AMITYVILLE, NY | NEW YORK, NY |
| PORT OF DISCHARGE | PLACE OF DELIVERY | NUMBER OF ORIGINALS |
| KEELUNG, (TAIWAN) | KEELUNG, (TAIWAN) | ZERO(0) |

PARTICULARS FURNISHED BY THE SHIPPER    - NOT CHECKED BY CARRIER    - CARRIER NOT RESPONSIBLE    (see Clause 7)

| MARKS AND NUMBERS | NUMBER OF PACKAGES | DESCRIPTION OF Goods | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 3 PALLETS | SAID TO CONTAIN<br>3 PALLETS OF LIDOCAINE, USP BASE<br>HS CODE: 2924.29.5700<br><br>"FREIGHT COLLECT"<br>"EXPRESS B/L" | 925 KGS<br>2,039 LBS | 3.271 CBM<br>116 CFT |

CLEAN ON BOARD
DECEMBER 04, 2022

EVER FUTURE V010W
NEW YORK, NY

TYPE OF MOVE    DOOR/CFS

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

TOTAL NUMBER OF PACKAGES:    CARRIER'S RECEIPT: Total No. of packages received and acknowledged by carrier for the purpose of calculation of package
limitation of liability ( if applicable ):
( See Clause 20 )

Charges including Freight. Cargo shall not be delivered unless Charges are paid (see Clause 17)

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| **Freight Collect As Arranged.** | | | | |

RECEIVED for shipment as specified above in apparent good order and condition unless otherwise stated. The Goods to be delivered at above mentioned Port of Discharge or Place of Delivery, whichever applies. SUBJECT TO Terms and Contained on reverse side hereof, to which Merchant agrees by accepting this Bill of Lading

IN WITNESS WHEREOF original Bills of Lading this side have been signed, one of which being accomplished, the others to stand void, unless applicable law provides otherwise.

**ORIENT EXPRESS CONTAINER CO., LTD.**

| DECLARED VALUE FOR OCEAN TRANSPORTATION | DECLARED VALUE FOR INLAND TRANSPORTATION | AGENT FOR THE CARRIER |
|---|---|---|
| (Only applicable if declared value charges paid - see Clause 20 ) | (Only applicable if declared value charges paid - see Clause 20 ) | AS AGENT FOR,THE CARRIER, ORIENT EXPRESS CONTAINER CO., LTD. |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
| New York, NY, USA    12/04/2022 | 12/4/2022 | |

# OEC Group Chicago

OEC Logistics, Inc. EIN#11-3383302
555 Pierce Rd, Suite 210
OTI#15744NF
Itasca IL 60143
TEL : 630-625-7900 FAX : 630-625-7902

# SHIPPING    ADVICE

| | | | |
|---|---|---|---|
| **TO** | : AKORN OPERATING INC.<br>13 EDISON STREET<br>AMITYVILLE,, NY 11701 | **DATE** : 11/29/2022<br><br>**BY** : guandongW | |

**Ocean Export**

| | | | |
|---|---|---|---|
| **SHIPPER** | : AKORN OPERATING INC.<br>13 EDISON STREET<br>AMITYVILLE,, NY 11701 | **REF NO.** : TPEOE2200100<br>**MB/L NO.** :<br>**HB/L NO.** : OERT718101L00099<br>**VSL/VOY NO.:** EVER FUTURE V010W | |
| **CONSIGNEE** | : DELTA<br>15, MINSHENG STREET, TUCHENG DISTRICT<br>NEW TAIPEI CITY, TAIWAN 23679<br>886-2-2268-6357 | **PL.Of REC.** : AMITYVILLE, NY<br>**P.O.L.** : NEW YORK, NY<br>**P.O.D.** KEELUNG, (TAIWAN)<br>**PL.Of DEL.** : KEELUNG, (TAIWAN)<br>**FINAL DEST.** : KEELUNG, (TAIWAN) | ETD: **12/04/22**<br>ETA: **01/15/23** |
| **NOTIFY** | : SAME AS CONSIGNEE | **PKGS.** : 3 PALLETS<br>**KGS / LBS** : 925.00 KGS /    2,039 LBS<br>**CBM / CFT** : 3.271 CBM /    116 CFT | |
| **AGENT** | : OEC Freight Worldwide Co., Ltd.<br>7F, No.131, Sec.3, Nanking E. Road<br>Taipei 104 TAIWAN<br>General Inquiries<br>TEL:011886227172909<br>FAX:011886227173370 | **TERMS** : COLLECT<br>**CNTR NO.** : | |

**REMARK :**

We count on your prompt attention to this Shipping Advice.

# Comercial Invoice



**SHIPPER:**

| | |
|---|---|
| Company Name | Akorn Operating Inc. |
| Contact | Lisa Hupp |
| Address | 10 Edison Street |
| City, State, ZIP | Amityville, NY 11701 |
| Country | USA |
| Phone | 631-789-8228 ext 4745 |
| Fax | |
| Email | |
| Tax ID | 72-0717400 |

**SHIP TO:**

| | |
|---|---|
| Company Name | DELTA |
| Contact | Allen Chen |
| Address 1 | 15, Minsheng Street, Tucheng District |
| Address 2 | |
| City, State, Zip | New Taipei City, Taiwan 23679 |
| Country | |
| Phone | Tel: 886-2-2268-6357 |
| Fax | |
| Email | |

**SHIP VIA:**

**DATE**

**REMARKS:**

| PRODUCT CODE | DESCRIPTION OF ITEMS | Akorn Lot # / DELTA lot # | HS Code | Product Value (USD) |
|---|---|---|---|---|
| 2005634 | Lidocaine, USP Base | 52240747 / 811 22001 | 2924.29.5700 | 850kg x 34.50 / kg = $29,325 |
| | | | | |
| | | | | |

**SHIPPER'S TAX ID:**

72-0717400

**PREPARED BY:** *Lisa Hupp*

*Lisa Hupp, Buyer tel: 631-789-8228 ext 4745*

## Packing List  AKORN

**SHIPPER:**

| | |
|---|---|
| Company Name | Akorn Operating Inc. |
| Contact | Lisa Hupp |
| Address | 10 Edison Street |
| City State ZIP | Amityville, NY 11701 |
| Country | USA |
| Phone | 631-789-8228 ext 4745 |
| Fax | |
| Email | |
| Tax ID | 72-0717400 |

**SHIP TO:**

| | |
|---|---|
| Company Name | DELTA |
| Contact | Allen Chen |
| Address 1 | 15, Minsheng Street, Tucheng District |
| Address 2 | |
| City State Zip | New Taipei City, Taiwan 23679 |
| Country | |
| Phone | Tel: 886-2-2268-6357 |
| Fax | |
| Email | |

**SHIP VIA:**    **DATE**    **REMARKS:**

| PRODUCT CODE | DESCRIPTION OF ITEMS | Akorn Lot # / DELTA lot # | ITEM QUANTITY | Pallet/weight info |
|---|---|---|---|---|
| 2005634 | Lidocaine, USP Base | 52240747 / 811 22001 | 17 drums x 50kg = 850kg | 3 skids @ 40x48x34. Total weight is: 925.371kg. |
| | | | | |
| | | | | |

**SHIPPER S TAX ID:**

72-0717400

**PREPARED BY:**    *Lisa Hupp*

# EXHIBIT 4

Historical Payment Records

Demonstrating Prior Late Payment History

Delta Synthetic Co., Ltd.

Attachment 4. Payment Received for Delta Invoices (DT21102601 and DT21121101) on April 1, 2022, which was over 70 days past due.



華南銀行 HUA NAN BANK

第二聯

匯入匯款通知書
Inward Remittance Advice
JBI>10178⊥

DATE **0001126**

```
01APR22  08:41:25          HUA-NAN Commercial Bank          Func PR106C
MT S103                    Single Customer Credit Transfer   Page 00001
- - - - - - - + - - - - - - - - + - - - - - - - - + - - - - - - - - + - - - - - - - - + - - - - - - - +
Basic Header        F 01 HNBKTWTPBXXX 0009 528395
Application Header   O 103 1213 220331 BOFAUS6SGXXX 1463 938040 220401 0765 N
                          *BANK OF AMERICA, N.A.
                          *SAN FRANCISCO,CA
User Header          Service Code    103.
                     Bank. Priority  113:
                     Msg User Ref.   108:2203310632597-04
                     Info. from CI   115:
                     Service Type    111:001
                     UETR            121:6c48eed7-1c09-4684-9105-9acba71571ae
Sender's Reference    *20   : 2022032100663259T
Bank Operation Code   *23 B : CRED
Value Date/Currency/  *32 A : Date:220331 Currency:USD Amount:281,515.00
Currency/Instructed    33 B :          Cur/Code:USD Amount:281,525.00
Ordering Customer     *50 K : /8765616603
                              AKORN OPERATING COMPANY LLC
                              1925 W. FIELD COURT, STE 300
                              LAKE FOREST
                              60045 US IL
Ordering Institution   52 A : BOFAUS3N
                              *BANK OF AMERICA, N.A.
                              *NEW YORK,NY
Account With Institu   57 A : HNBKTWTPI58
                              *HUA NAN COMMERCIAL BANK, LTD.
                              *TAIPEI
                              *PANCHIAO BRANCH
Beneficiary Customer  *59   : /1605100000080
                              DELTA SYNTHETIC CO., LTD.

                              , TN
Remittance Informati   70   : /RFB/223VB0453POX2V41//Invoices DT2
                              1102601 DT 21121101
Details of Charges    *71 A : SHA
Sender's Charges       71 F : USDAmount:0.00
Sender's Charges       71 F : USDAmount:10.00
Trailer                     : MAC:00000000
                            : CHK:B75BR7D33AD5
                            : DLM:

SYSMSG> Auth OK, key DIGEST, HNBKTWTP BOFAUS6S record
```

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收電行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中匯行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收電銀行費用 |
| 32A | 生效日/幣別/ | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間附註 |
|  | 銀行間清算金額 | 53a | 送訊行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號請攜帶與本行約定之印鑑章，私人請親自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報辦法」規定，收款人結售外匯金額達等值新臺幣五十萬元以上，應先填寫「外匯收支或交易申報書」辦理申報。

110.12.3×500×1,000箱(弘業)

接銀行降價折付新臺幣
PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE
敬請台端攜帶前來本行洽辦本匯款，請繳時親提示脅明文件，必要時仍須具保，台端亦得經由台端往來之銀行集取此匯款，惟需台端往來之銀行能擔保台端之簽章無誤。
Kindly call at this bank bringing with you positive means of identification for payment at your earliest convenience. Guaranty might be required if deemed necessary. Alternatively, collect this remittance through your bank, provided your signature is confirmed by banker.

華南商業銀行                    謹 啓

For HUA NAN COMMERCIAL BANK, LTD.

FR-03- 043496

<span style="color:red">Attachment 4. Payment Received for Delta Invoices (DT22031601) on June 24, 2022, which was over 17 days past due.</span>



華南銀行
HUA NAN BANK

第二聯

□ 國際金融部
台北市重慶南路1段38號    □ 分 行：

匯入匯款通知書
Inward Remittance Advice
71-343

DATE   **0002117**
Func PR160C
Page 000001

24JUN22  08:50:02
MT S103

HUA-NAN Commercial Bank
Single Customer Credit Transfer

```
Basic Header        F 01 HNBKTWTPBXXX 0243 010803
Application Header   0 103 1137 220623 BOFAUS6SGXXX 1594 537069 220624 0655 N
                             *BANK OF AMERICA, N.A.
                             *SAN FRANCISCO,CA

User Header         Service Code     103:
                    Bank. Priority   113:
                    Msg User Ref.    108:2206230430416-05
                    Info. from CI    115:
                    Service Type     111:001
                    UETR             121:3ec23806-4c30-4407-8103-822c4b798317

Sender's Reference   *20  : 2022062300430416
Bank Operation Code  *23 B : CRED
Value Date/Currency/ *32 A : Date:220623 Currency:USD Amount:108,490.00
Currency/Instructed   33 B :              Cur/Code:USD Amount:108,500.00
Ordering Customer    *50 K : /8765616683
                             AKORN OPERATING COMPANY LLC
                             1925 W. FIELD COURT, STE 300
                             LAKE FOREST
                             60045 US IL
Ordering Institution  52 A : BOFAUS3N
                             *BANK OF AMERICA, N.A.
                             *NEW YORK,NY
Account With Institu  57 A : HNBKTWTP160
                             *HUA NAN COMMERCIAL BANK, LTD.
                             *TAIPEI
                             *PANCHIAO BRANCH
Beneficiary Customer *59  : /160510000080
                             DELTA SYNTHETIC CO., LTD.

                             . TW
Remittance Informati  70  : /RFB/226NAS129QT62468//Invoice DT22
                             031601
Details of Charges   *71 A : SHA
Sender's Charges      71 F : USDAmount:0.00
Sender's Charges      71 F : USDAmount:10.00
Trailer                   : MAC:00000000
                          : CHK:940BA481D853
                          : DLM:

SYSMSG>  Auth OK, key DIGEST, HNBKTWTP BOFAUS6S record
```

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收電行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中間行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收電銀行費用 |
| 32A | 生效日／幣別／ | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間備註 |
|  | 銀行間清算金額 | 53a | 送訊行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號請攜帶與本行約定之印鑑章，私人請親自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報辦法」規定，收款人結售外匯金額達等值新臺幣五十萬元以上，應先填寫「外匯收支交易申報書」辦理申報。

按銀行慣例折付新臺幣
PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE
敬請台端儘速前來本行洽報本匯款，提款時請提示兩明文件，必要時仍須具保，台端亦得經由台端往來之銀行領取此匯款，惟需台端往來之銀行能擔保台端之簽章無誤。
Kindly call at this bank bringing with your positive means of identification for payment at your earliest convenience. Guaranty might be required if deemed necessary. Alternatively, collect this remittance through your bank, provided your signature is confirmed by banker.

華南商業銀行                            謹 啟

For HUA NAN COMMERCIAL BANK, LTD.

110.12.3×500×1,000本 (弘業)

FR-03- 032996

# EXHIBIT 5

Email Correspondence Between Akorn and Delta

(January 18 – February 13, 2023)

Delta Synthetic Co., Ltd.



**Shih-Fong Chen <shih-fong.chen@deltas.com.tw>**

## Guaifenesin Demand
13 messages

**Lisa Hupp** <Lisa.Hupp@akorn.com>　　　　　　　　　　Wed, Jan 18, 2023 at 9:16 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>, Allen Chen <Allen.Chen@deltas.com.tw>

Hello Shih-Fong & Allen, just wanted to let you know I will need additional 5,000kg of Guaifenesin towards beg of Q3. Please reserve this qty for me. Thanks!!

Lisa Hupp | Purchasing | Akorn Pharmaceuticals

P 631.789.8228 ext 4745 | lisa.hupp@akorn.com

369 Bayview Avenue | Amityville, NY 11701 | akorn.com

A D V A N C I N G　T H E　N E W　V I S I O N

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>　　　　Wed, Jan 18, 2023 at 9:55 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Dear Lisa:

No problem at all. We need more advance notice on your demand on Lidocaine and Lidocaine HCl as the demands for themi are extremely high and the capacity is quite full already.

We will check with you in early April.

I assume you are able to use Lidocaine as FDA has released it.

Shih-Fong
[Quoted text hidden]
--
**Shih-Fong Chen, Ph.D.**
**Advisor**
**Delta Synthetic Co., Ltd.**

**Lisa Hupp** <Lisa.Hupp@akorn.com>　　　　　　　　　　Wed, Jan 18, 2023 at 10:00 AM

立大化成工業股份有限公司 Mail - Guaifenesin Demand    https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search

To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

No problem, I will let you know about Lidocaine as well. Yes, it's all good with the release, thanks for all your help with that one!!!

Lisa Hupp  |  Purchasing  |  Akorn Pharmaceuticals

P 631.789.8228 ext 4745  |  lisa.hupp@akorn.com

369 Bayview Avenue  |  Amityville, NY 11701  |  akorn.com

ADVANCING THE NEW VISION

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

**From:** Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
**Sent:** Wednesday, January 18, 2023 9:55 AM
**To:** Lisa Hupp <Lisa.Hupp@akorn.com>
**Cc:** Allen Chen <Allen.Chen@deltas.com.tw>
**Subject:** Re: Guaifenesin Demand

**** EXTERNAL EMAIL: This email originated from outside of Akorn. Do not click links or open attachments unless you recognize the sender email address and know the content is safe. ****

[Quoted text hidden]

---

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>                    Wed, Jan 18, 2023 at 10:09 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Dear Lisa:

It was a relief when the compliance office approved as it is so unclear what he meant "independent laboratory test results"?. I have reached out to John C. Harner and he said before FDA release the shipment, we have to keep everything as it.  FDA will need to be present when samples are taken for analysis.  We are so fortunate that he accepted our CofA and the inspection report.

I will ask Allen to provide

- Bill of Lading
- Invoice
- Packing List
- CofA
- Copy of Labels on every lot we ship,

- EUL from Akorn

To facilitate the FDA release.  Labels are quite important for the Lidocaine and Lidocaine HCl.

SFC

[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>        Thu, Jan 19, 2023 at 10:39 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Got it. Thanks.

Regarding future demand of Lidocaine's, this is what my system shows as of now:

- Need additional 2,500kg towards Q3 --- Lidocaine HCL
- Need additional 2,5000 towards Q4 – Lidocaine base

I know we combine these to make it convenient for container/transit purposes, we can review the best way to handle the transportation.

Thanks.

[Quoted text hidden]

---

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>        Thu, Jan 19, 2023 at 11:11 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Dear Lisa:

For the Lidocaine Base, I think you have one extra 0.  You mean you need 2,500 kg and not 2,5000 (25,000 kg) toward Q4.  Allen has told me that the shipping cost has dropped recently and may continue to drop.  If that is the case, we may have more options in the future.  If you have a reasonable warehouse space, we can work with you so that you have continued supply of all three API for the production.

I will ask Allen to put these quantities ready to be shipped together.

Shih-Fong
[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>        Thu, Jan 19, 2023 at 11:30 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Yes, I put an extra zero ☺ it should be 2,500 for both.

Ok, let me know!

Thanks

[Quoted text hidden]

---

**Allen Chen** <Allen.Chen@deltas.com.tw>                           Sun, Jan 29, 2023 at 8:39 PM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>

Hi Lisa,

I would suggest shipping the quantities below together in Q3 as the same we did the last shipment.
We will reserve these quantities for you.

- 5,000 kg Guaifenesin
- 2,500 Kg Lidocaine
- 2,500 Kg Lidocaine HCl

Best regards,

陳伯倫 / Allen Chen
Business Development Manager

Delta Synthetic Co., Ltd
Tel : +886 2 22686357 ext. 333
Fax : +886 2 22680895
allen.chen@deltas.com.tw
www.deltas.com.tw

Lisa Hupp <Lisa.Hupp@akorn.com> 於 2023年1月20日 週五 上午12:30寫道：
[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                                 Thu, Feb 2, 2023 at 1:30 PM
To: Allen Chen <Allen.Chen@deltas.com.tw>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>

This works. Thank you very much.

**Lisa Hupp** | Purchasing | Akorn Pharmaceuticals

P 631.789.8228 ext 4745 | lisa.hupp@akorn.com

369 Bayview Avenue | Amityville, NY 11701 | akorn.com

化成工業股份有限公司 Mail - Guaifenesin Demand                    https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...

A D V A N C I N G   T H E   N E W   V I S I O N

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                    Fri, Feb 10, 2023 at 8:56 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>, Allen Chen <Allen.Chen@deltas.com.tw>

Hello – I am actually going to need the Guaifenesin in Q2 instead of Q3, can we ship the 5,000kg of Guaifenesin in a small container by itself?

Lisa Hupp  |  Purchasing  |  Akorn Pharmaceuticals

P 631.789.8228 ext 4745  |  lisa.hupp@akorn.com

369 Bayview Avenue  |  Amityville, NY 11701  |  akorn.com

A D V A N C I N G   T H E   N E W   V I S I O N

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

**From:** Allen Chen <Allen.Chen@deltas.com.tw>
**Sent:** Sunday, January 29, 2023 8:39 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Allen Chen** <Allen.Chen@deltas.com.tw>                    Mon, Feb 13, 2023 at 1:52 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>

Hi Lisa,

Yes, we are able to ship 5,000 kg in a 20ft container. Please let us know the expected delivery date. We will reserve the quantity in advance. Many thanks.

Best regards,

立大化成工業股份有限公司 Mail - Guaifenesin Demand          https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search

陳伯倫 / Allen Chen
Business Development Manager

Delta Synthetic Co., Ltd
Tel : +886 2 22686357 ext. 333
Fax : +886 2 22680895
allen.chen@deltas.com.tw
www.deltas.com.tw

Lisa Hupp <Lisa.Hupp@akorn.com> 於 2023年2月10日 週五 下午9:57寫道：
[Quoted text hidden]

---

**Allen Chen** <Allen.Chen@deltas.com.tw>                           Mon, Apr 10, 2023 at 4:13 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>, Victor Chie <victor.chie@deltas.com.tw>

Hi Lisa,

Hope you are doing well.

I would like to follow up on the quantities you requested below. Please help us to confirm. Many thanks!

- 5,000 kg Guaifenesin
- 2,500 Kg Lidocaine
- 2,500 Kg Lidocaine HCl

Best regards,

陳伯倫 / Allen Chen
Business Development Manager

Delta Synthetic Co., Ltd
Tel : +886 2 22686357 ext. 333
Fax : +886 2 22680895
allen.chen@deltas.com.tw
www.deltas.com.tw

Allen Chen <Allen.Chen@deltas.com.tw> 於 2023年2月13日 週一 下午2:52寫道：
[Quoted text hidden]

---

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>                   Mon, Apr 10, 2023 at 9:43 AM
To: Allen Chen <Allen.Chen@deltas.com.tw>, Jay Liu <jay.liu@deltas.com.tw>, Victor Chie <victor.chie@deltas.com.tw>

Dear Allen:

I was surprised to see you sent this email. Is it possible that you have prepared this email and had set a schedule to

化成工業股份有限公司 Mail - Guaifenesin Demand                    https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...

send automatically.

Sadly, I don't think we can revive Akorn.

Shih-Fong
[Quoted text hidden]

# EXHIBIT 6

Trustee Demand Letter

Dated December 17, 2024

Delta Synthetic Co., Ltd.