

Steven C. Reingold
Phone: (617) 912-0940
Email: steven.reingold@saul.com
www.saul.com

***THIS LETTER AND ALL ENCLOSURES HAVE BEEN PREPARED FOR SETTLEMENT PURPOSES ONLY AND ARE PRIVILEGED AND INADMISSIBLE SETTLEMENT COMMUNICATIONS PURSUANT TO FEDERAL RULE OF EVIDENCE 408***

December 17, 2024

**Via First Class Mail**

Delta Synthetic Co.
c/o Zeng Xiong & Jay Liu
15, Minsheng St., Tucheng Dist.
New Taipei City Taiwan 23679

RE:      **Notice of Intended Litigation and Settlement Offer**
*In re: Akorn Holding Company LLC et al.*, **Case No. 23-10253 (KBO)**

Dear Mr. Zeng and Mr. Liu:

This firm represents George L. Miller, the duly appointed Chapter 7 trustee (the "**Chapter 7 Trustee**") for the estates of Akorn Holding Company LLC *et al.* (the "**Debtors**").[1] The Debtors filed voluntary Chapter 7 bankruptcy petitions on February 23, 2023 (the "**Petition Date**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On or about the Petition Date, the Office of the United States Trustee appointed George L. Miller as the Chapter 7 Trustee for the Debtors' estates.

As Chapter 7 Trustee for the Debtors' estates, the Chapter 7 Trustee has exclusive standing and authority to litigate, settle, abandon, and dismiss certain actions under Chapter 5 of Title 11 of the United States Code (the "**Bankruptcy Code**") to avoid and recover payments made to the Debtors' creditors prior to the Petition Date, for the benefit of the Debtors' creditors, as well as to object to claims asserted against the Debtors. The avoidance laws are intended to further the bankruptcy policy of equitable treatment among creditors and to prevent aggressive collection activities that often force a company into bankruptcy. Pursuant to Sections 547, 550, and 704 of the Bankruptcy Code, absent a valid defense, the Chapter 7 Trustee may avoid and recover all payments the Debtors made to their creditors during the ninety (90) days preceding the Petition Date (the "**Preference Period**").

---

[1]     The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers, are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' corporate headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

December 17, 2024
Page 2

In these cases, the Preference Period encompasses all transfers made between November 25, 2022 and the Petition Date. See 11 U.S.C. §§ 547(b), 547(g), 550. In addition, if the Court enters judgment in the Chapter 7 Trustee's favor, he is entitled to recover: (a) pre-judgment interest accruing as of the date of this letter and (b) post-judgment interest. 28 U.S.C. § 1961(a); see, e.g., In re Meridian Auto. Sys.-Composites Operations, Inc., 372 B.R. 710, 725 (Bankr. D. Del. 2007) ("Prejudgment interest accrues from the date of demand."); Peltz v. Worldnet Corp., 280 B.R. 573, 602 (Bankr. D. Del. 2002) ("The allowance of post-judgment interest under 28 U.S.C. § 1961 is mandatory for any money judgment.").

### The Basis of the Chapter 7 Trustee's Claim

According to the Debtors' records, Delta Synthetic Co. received not less than $275,065.72 during the Preference Period from the Debtors (the "**Transfers**"). Please review the enclosed Statement of Account (***Exhibit A***) listing checks and/or wire transfers issued to you by the Debtors within the Preference Period. If you did not receive one or more of these checks and/or wire transfers, please notify us immediately.

### Potential Defenses to the Preference Claim

In certain cases, there may be a defense to liability with respect to a preference claim based on various exceptions under 11 U.S.C. § 547(c). Two of the most common affirmative defenses to preference actions are listed below.

**Subsequent New Value**: One common defense to preference liability is the "subsequent new value" defense codified in Section 547(c)(4) of the Bankruptcy Code. If you believe that you provided goods or services to the Debtors after receipt of the first Transfer made to you during the Preference Period, and that you were not credited for such goods or services, please contact us, at the email address below, within thirty (30) days of the date of this letter, and provide all relevant invoices and delivery receipts (or comparable evidence) for our review.

**Ordinary Course of Business**: A second common exception is the ordinary course of business defense under Section 547(c)(2) of the Bankruptcy Code. If you believe you qualify for this defense, please send us your analysis (in Excel format, if possible), along with your vendor historical ledger of invoices and payments between the Debtors and you for the Preference Period and the 15-month period prior to the Petition Date. Please include the following fields in your spreadsheet: Invoice No., Invoice Date, Term, Invoice Amount, Amount Paid, Check No., and Check Receipt Date, within thirty (30) days of this letter, so that the Chapter 7 Trustee may evaluate whether your past business practices with the Debtors has any impact on your potential liability.

### The Court May Disallow Your Claim Unless the Transfers Are Returned to the Debtors' Estates

Section 502(d) of the Bankruptcy Code provides that the Court shall disallow any claims of a party that fails to return an avoidable transfer. This means that if you assert an existing claim against the Debtors' estates and/or the Chapter 7 Trustee, your claim may not be paid unless your

December 17, 2024
Page 3

liability for the Transfers is resolved. The Chapter 7 Trustee expressly reserves the right to object to your proof of claim, which could result in you being precluded from receiving any distributions on account of your claim.

### Settlement Offer

We understand that accepting the requirement under bankruptcy laws to return payments made during the Preference Period can be challenging. It is undoubtedly difficult to reconcile the fact that the law mandates the return of payments received for ostensibly legitimate obligations owed to your company. However, under the Bankruptcy Code, the Chapter 7 Trustee is obligated to pursue the avoidance and recovery of such payments for equitable distribution in accordance with the priority of claims outlined in the Bankruptcy Code.

In an effort to minimize the time and expense of litigation, the Chapter 7 Trustee has authorized us to convey to you a settlement offer (the "**Settlement Offer**") based on the following calculation:

| | |
|---|---|
| Payments Received in Preference Period from Debtors ("**Preference Claim**"): | $275,065.72 |
| Settlement Discount: | $41,259.86 |
| Settlement Offer of 85% of Preference Claim: | $233,805.86 |

The Settlement Offer will remain open through January 15, 2025 (the "**Response Date**"). If you decide to accept the Settlement Offer, please complete and return the *enclosed settlement form* along with your payment by the Response Date. Detailed instructions for settlement and payment are set forth on the enclosed Settlement Offer and Acceptance Form.

The Chapter 7 Trustee reserves all rights and remedies with respect to the matters set forth herein, including the right to pursue litigation (i) to avoid and recover the full amount of the Transfers and/or (ii) on other grounds not expressly identified in this letter, in the event this matter is not resolved by agreement of the parties.

If you have any questions or comments, or believe there are defenses to liability, please do not hesitate to send an email to me at our designated email address at Akorn.Preference@saul.com, which should be the quickest means to obtain a response from our office. We look forward to discussing this matter with you and hope that we can work together to resolve the Chapter 7 Trustee's claims without the need for litigation.

Very truly yours,

*/s/ Steven C. Reingold*
Steven C. Reingold

Enclosures:     Statement of Account (*Exhibit A*)
                Settlement Offer and Acceptance Form

## SETTLEMENT OFFER AND ACCEPTANCE FORM

I/We have read the letter and enclosures that were sent on behalf of George L. Miller, the duly appointed Chapter 7 trustee (the "**Chapter 7 Trustee**") for the estates of Akorn Holding Company LLC *et al.* (the "**Debtors**"), Case No. 23-10253 (KBO), and they reflect accurately that I/we received transfer(s) in the amount of $275,065.72 during the ninety (90) day Preference Period (the "**Transfers**").

## OFFER

The Chapter 7 Trustee herein offers to settle and release the Debtors' estates' claims against Delta Synthetic Co. under Sections 547 through 550 of the Bankruptcy Code upon receipt and bank clearance of a settlement payment equal to $233,805.86 (the "**Settlement Amount**"), which is 85% of the amount of the Preference Claim. This offer requires that payment of the full Settlement Amount be received on or before January 15, 2025.

## ACCEPTANCE OF SETTLEMENT OFFER

Having considered the Settlement Offer and my/our rights and liabilities, I/we hereby accept the offer to settle the Transfers on the terms set forth above and enclose herewith a check payable to George L. Miller, Chapter 7 Trustee for the Settlement Amount of $233,805.86.

I/We waive my/our right(s) under Section 502(h) of the Bankruptcy Code to file a proof of claim (or to modify an existing proof of claim) for the Settlement Amount in the *Akorn Holding Company LLC, et al.* bankruptcy cases (the "**Bankruptcy Cases**"). Any existing claim in the Bankruptcy Cases shall remain unaffected by this settlement and shall not be allowed, disallowed, modified, or otherwise affected as a result.

Executed on this_____day of_____, 20___.

By:_____

Print:_____ Title:_____

Phone No.:_____

RETURN WITH CHECK FOR: $233,805.86 (U.S. $)
PAYABLE TO: George L. Miller, Chapter 7 Trustee
PRIOR TO: January 15, 2025
MAIL TO: George L. Miller
1628 John F Kennedy Blvd # 950
Philadelphia, PA 19103

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Delta Synthetic Co | 2/14/2023 | Wire | $ 275,065.72 |
| | | | | $ 275,065.72 |

# EXHIBIT 7

Response from Counsel for Delta

Dated January 24, 2025

Delta Synthetic Co., Ltd.

# 【Titan】Respose to the Letter Re: Notice of Intended Litigation and Settlement Offer dated Dec. 17, 2024   External   D00126/M01 立大化成

✦

葉慶元 <yeh@titanlaw.com.tw>
寄給 steven.reingold、卓翊維、我

2025年1月24日 下午3:39

Dear Mr. Reingold,

We are writing this email on behalf of Delta Synthetic Corporation ("DSC") as its counsel to respond your mail dated December 17, 2024, representing George L. Miller, the Chapter 7 Trustee for the estates of Akorn Holding Company LLC *et al* ("Akorn").

The payment DSC received from Akorn was the result of genuine transactions, corresponding to the settlement of Akorn's purchase order nr. 222547, 225009, 225021, 223128, 223129 and 241362, earliest dated June 23, 2022. DSC do have affirmative reason to retain the payment.

We will provide you more details of the payment and corresponding transactions later within 15 days, as we will observe the Chinese New Year vacation from tomorrow.

Regards,

Dr. Ching-Yuan Yeh
Managing Partner
**Titan Attorneys-at-Law**
16F, 77 TunHua S. Rd., Sec. 2
Da'an Dist., Taipei 10682
R.O.C. (Taiwan)
Tel.: +886-2-2703-3366
yeh@titanlaw.com.tw
http://www.titanlaw.com.tw/en
Ref. No.: D00126/M01

 泰鼎法律事務所
TITAN ATTORNEYS AT LAW

台端如非本電子郵件之收件者，請於誤收此文件後，立即與本事務所聯絡，並請退回郵件後，刪除此電子檔。本電子文件可能含有依法受機密或特殊管制之資訊，切勿轉寄、散佈、複製或公開其內容。特此致謝。This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Your cooperation is greatly appreciated.

# EXHIBIT 8

Detailed Written Response from Delta

With Supporting Documentation

(February 14, 2025)

Delta Synthetic Co., Ltd.

6/3/6 上午11:08　泰鼎法律事務所 Mail - 【Titan】Respose to the Letter Re: Notice of Intended Litigation and Settlement Offer dated Dec. 17, …

Case 25-50247-KBO　Doc 8-2　Filed 03/26/26　Page 9 of 56



須安妤 <audrey.hsu@titanlaw.com.tw>

# 【Titan】Respose to the Letter Re: Notice of Intended Litigation and Settlement Offer dated Dec. 17, 2024

葉慶元 <yeh@titanlaw.com.tw>　　　　　　　　　　　　　2025年2月14日 下午4:13
收件者: "Reingold, Steven C." <steven.reingold@saul.com>
副本: "Topper, Paige" <paige.topper@saul.com>, "Meininger, Thomas Cav" <thomas.meininger@saul.com>, "Robbins, Emily R." <emily.robbins@saul.com>, Akorn.Preference@saul.com, 卓翊維 <yw.chuo@titanlaw.com.tw>, 須安妤 <audrey.hsu@titanlaw.com.tw>

Dear Mr. Reingold,


Regarding the payment of US$275,065.72 made by Akorn to Delta within 90 days prior to its bankruptcy, kindly find attached letter in PDF for detailed explanation, demonstrating that this payment is based on ordinary transaction. Supporting evidences are included as well.

Also, due to your request in previous letter, we separately provide the transaction records in attached Excel file, which is the same of Attachment 1 in PDF letter.


We believe our explanations and supporting evidences are solid to except the payment under 11 U.S.C. §547(c). We look forward for your response.


Regards,

Dr. Ching-Yuan Yeh
Managing Partner
**Titan Attorneys-at-Law**
16F, 77 TunHua S. Rd., Sec. 2
Da'an Dist., Taipei 10682
R.O.C. (Taiwan)
Tel.: +886-2-2703-3366
yeh@titanlaw.com.tw
http://www.titanlaw.com.tw/en
Ref. No.: D00126/M01
Attachment: 2



台端如非本電子郵件之收件者，請於誤收文件後，立即與本事務所聯絡，並請退回郵件後，刪除此電子檔。本電子文件可能含有依法受機密或特殊管制之資訊，切勿轉寄、散佈、複製或公開其內容。特此致謝。This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Your cooperation is greatly appreciated.


Reingold, Steven C. <steven.reingold@saul.com> 於 2025年1月24日 週五 下午8:25寫道：
[隱藏引用文字]

---

**2 個附件**

📄 **20250214 Attorney letter_Scanned.pdf**
　　12603K

📄 **Attachment 1_Business Transaction Between Akorn and Delta.xlsx**
　　14K



泰鼎法律事務所
TITAN ATTORNEYS-AT-LAW

Mr. Steven C. Reingold
Akorn.Preference@Saul.com
131 Dartmouth Street
Suite 501
Boston, MA 02116
USA

February 14, 2025

**Re:  Response to the Notice of Intended Litigation and Settlement Offer**

Dear Mr. Reingold:

We are writing this email on behalf of Delta Synthetic Co., Ltd. ("Delta") as its counsel to respond your mail dated December 17, 2024, representing George L. Miller, the Chapter 7 Trustee for the estates of Akorn Holding Company LLC ("Akorn") et al.

Regarding the settlement offer proposed in the letter for the preference claim related to Akorn's payment of $275,065.72 (the "Transfer") within 90 days prior to its bankruptcy (the "Preference Period"), our client Delta cannot agree with your settlement offer, based on Sec. 547(c)(2) of Chapter 5, Title 11 of U.S. Code (the "Bankruptcy Code").

Kindly note that the Transfer was made in the ordinary course of business and did not constitute preferential payments.   According to Section 547(c)(2) of the Bankruptcy Code, the trustee may not avoid the transfer which was in payment of a debt incurred by the debtor in the ordinary course of business or financial affairs of the debtor and the transferee, and such transfer was— (A) made in the ordinary course of business or financial affairs of the debtor and the transferee; or (B) made according to ordinary business terms.

Delta has been supplying product to Akorn and its affiliate Hi-Tech Pharmacal for many years through a U.S. distributor. When the U.S. distributor ceased their distribution business in 2021, Akorn began placing orders directly with Delta.

Delta has comprehensive documents to prove the transactions of Transfer

0682 台北市大安區敦化南路二段77號16樓
電話：(02)2703-3366 傳真：(02)2703-3353

1

16F, 77 TunHua S. Rd., Sec. 2,Da'an Dist.,
Taipei, 10682, R.O.C. (Taiwan)


泰鼎法律事務所
TITAN ATTORNEYS-AT-LAW

was indeed in the ordinary course of business. Below is a summary of the supporting attachments:

- **Attachment 1:** The Excel Document (and its PDF) lists all transactions between Akorn and Delta over a 15-month period, including 5 orders prior to Preference Period and the 5 orders of the Transfers, specifying the purchase order numbers, products, quantities, costs, shipment information, invoices, payment amounts, dates of payment and days past due from arrival date

- **Attachment 2:** Akorn's purchase orders and Delta's invoices, packing lists, and bills of lading for shipments from Delta to Akorn , and inward remittance message for Akorn payment from bank. (November 2021 – February 2023)

- **Attachment 3:** The credit note (CN-22001) issued for the return of 857.371 kg of Lidocaine.

- **Attachment 4:** The email correspondence between primary contacts of Akorn and Delta from January 18 to February 13, 2023, showing that Delta was still discussing order matters via email up until 10 days before Akorn declared bankruptcy. Delta demonstrates good faith in continuing business operations.

Per Attachment 1 and 2, Akorn placed 10 purchase orders with Delta within 15-month period prior to February 23, 2023 (the "Petition Date"). There were 5 purchase orders (222547, 225009, 225021, 223128, and 223129) placed within Preference Period. The product, quantity and the unit price of these 5 purchase orders were consistent with the purchase orders prior to Preference Period. It shows there are no difference and preference among them.

Delta issued 3 invoices (DT22071201, DT22111601 and DT22112301) against Akorn's 5 purchase orders (222547, 225009, 225021, 223128 and 223129) totaling $309,950.00. In addition, a credit note (CN-22001) in the amount of $34,884.24 was issued due to the return of 857.371 kg of Lidocaine Base (241362). Delta agreed to settle the corresponding amount for the credit note with the total amount of the above 3 invoices. Thus, the Transfer was the settlement result of ordinary course of business for invoices DT22071201, DT22111601 and DT22112301 and credit note CN-22001.



Furthermore, based on payment term mutually agreed and prescribed on Delta's invoices, Akorn was to wire the payment within 30 days after receiving goods (i.e. T/T 30 days, see attachment 2). However, payments against the invoices of the Transfer were belated, invoice DT22112301 was 9 days past due and invoices DT22071201 and DT22111601 were over 60 days past due. Previous payments were also belated; payment received on 4/1/2022 against invoices DT21102601 and DT21121101 were over 60 days past due and payment received against invoice DT22031601 on 6/24/2022 was 17 days past due. The payment terms of the Transfer follow standard business practices, and the payment delays of past payments further indicate that the Transfer was neither beneficial nor preferential to Delta.

In conclusion, Delta has affirmative reasons to retain the Transfer. The cited defenses establish that payments received are genuine transactions and part of the normal course of business. Delta did act in good faith without intent to undermine creditors' equity. There are no avoidable preferences with the Transfer. Hence, we respectfully request you need not to avoid and recover the Transfer from Delta.

Should you have any questions, or if you need more information regarding the transactions, please feel free to contact us.

Sincerely yours,

Dr. Ching-Yuan Yeh
Managing Partner

# Attachment 1. Business Transaction Between Akorn and Delta

| Akorn Purchase Orders | | | | | | Delta Shipments and Invoices[1] | | | | | | Akorn Payment | | | |
| Akorn PO number | Product | Quanity (kg) | US$/kg | Total Cost | PO Amount | Shipment Cost | Delta Invoice Number | ETD | ETA | Arrival Date | Invoice Amount[2] | Payment Amount[3] | Payment - Invoice | Payment Date | Days Past Due from Arrival Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO 212108 | Lidocaine HCl | 4,500 | $ 33.00 | $ 148,500.00 | US$148,500.00 | US$19,800.00 | DT21102601 | 2021/11/10 | 2021/12/18 | 2021/12/18 | US$268,925.00 | US$281,515.00 | -US$10.00 | 2022/4/1 | 74 |
| PO 213958 | Lidocaine | 1,250 | $ 34.50 | $ 43,125.00 | US$43,125.00 | | | | | | | | | | |
| PO 214140 | Guaifenesin | 5,000 | $ 11.50 | $ 57,500.00 | US$57,500.00 | | | | | | | | | | |
| PO 216774 | Lidocaine | 200 | $ 34.50 | $ 6,900.00 | US$6,900.00 | US$5,700.00 | DT21121101 | 2021/12/11 | 2021/12/12 | 2021/12/12 | US$12,600.00 | | | | 80 |
| PO 219662 | Guaifenesin | 3,500 | $ 11.50 | $ 40,250.00 | US$92,000.00 | US$16,500.00 | DT22031601 | 2022/3/26 | 2022/4/26 | 2022/5/8 | US$108,500.00 | US$108,490.00 | -US$10.00 | 2022/6/24 | 17 |
| | Lidocaine | 1,500 | $ 34.50 | $ 51,750.00 | | | | | | | | | | | |
| PO 222547 | Guaifenesin | 5,000 | $ 11.50 | $ 57,500.00 | US$57,500.00 | US$10,000.00 | DT22071201 | 2022/7/22 | 2022/8/23 | 2022/9/12 | US$67,500.00 | US$275,055.72 | -US$10.00 | 2023/2/15 | 126 |
| PO 225009 | Lidocaine | 200 | $ 34.50 | $ 6,900.00 | US$6,900.00 | US$2,800.00 | DT22111601 | 2022/11/16 | 2022/11/16 | 2022/11/16 | US$9,700.00 | | | | 61 |
| PO 225021 | Guaifenesin | 5,000 | $ 11.50 | $ 57,500.00 | US$57,500.00 | US$6,500.00 | DT22112301 | 2022/11/29 | 2023/1/4 | 2023/1/7 | US$232,750.00 | | | | 9 |
| PO 223128 | Lidocaine HCl | 2,500 | $ 33.00 | $ 82,500.00 | US$82,500.00 | | | | | | | | | | |
| PO 223129 | Lidocaine | 2,500 | $ 34.50 | $ 86,250.00 | US$86,250.00 | | | | | | | | | | |
| PO 241362 (return of 850 kg LCB) | Lidocaine | 857.37 | $ -40.6875 | $ -34884.28256 | -US$34,884.28 | NA | CN-22001 | 2022/11/15 | 2023/1/30 | | -US$34,884.28 | | | | |

Note:

[1] Delta and Akorn have mutually agreed to consolidate multiple purchase orders into a single shipment to mitigate the rising and unpredictable shipping costs during the pandemic

[2] Invoice Amount = PO Amount + Shipment Cost

[3] Bank charge US$10.00 for each wire transfer. Therefore the payment received was US$10.00 less than the invoice amount

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

# Orders and Consolidated Shipment
# (Invoice, Packing List, Bill of Lading)
# for

## Akorn
PO # 212108

(Date: 6/8/21)

**Lidocaine HCl 4,500 kg**

PO # 213958

(Date: 8/6/21)

**Lidocaine 1,250 kg**

PO # 214140

(Date: 8/13/21)

**Guaifenesin 5,000 kg**

## Delta
Invoice DT21102601

(Date: 10/26/2021)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⚫AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
USD
Send Invoice by email to
accounts.payable@akorn.com

# Purchase Order

| PO #: 212108 | Doc Type: OP |
|---|---|
| Order Date: 06/08/21 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | LIDOCAINE HCL, USP 2000477 | Delta Synthetic | 4,500.00 | KG | 33.0000 | 148,500.00 | USD | 1/14/22 | | |

NOTES / SPECIAL INSTRUCTIONS
Mfr: Delta Syntetica, Taiwan Packed 50 kgs/drum, 1 lot required.
This must be mfrd to the process submitted to FDA for approval; not the modified process.
2/8/2017 Emailed Hi-Tech specs, Rev 7.  Material must meet current specs.
·Lidocaine HCl: US$ 33.00/kg

| Order Total: | 148,500.00 |
|---|---|

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◯AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| | |
|---|---|
| **PO #: 212108** | **Doc Type: OP** |
| Order Date: 06/08/21 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS (Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    Advance          FREIGHT TERMS:          SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ L.H _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

**shipping cost TBD will be added**

Case 25-50247-KBO    Doc 8-2    Filed 03/26/26    Page 16 of 56

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◯AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 213958 | Doc Type: OP |
| Order Date: 08/06/21 | |
| Page: **1** of **1** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 1,250.00 | KG | 34.5000 | 43,125.00 | USD | 1/4/22 | | |

NOTES / SPECIAL INSTRUCTIONS
Lidocaine, USP (base)
Mfr:  Delta Synthetic, Taiwan.
·Lidocaine: US$ 34.50/kg

| | |
|---|---|
| **Order Total:** | 43,125.00 |

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS (Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee:  The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf.   The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received.  This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS          FREIGHT TERMS:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

SHIP VIA:

Authorized Signature: _____ *L.H* _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

shipping cost TBD will be added

Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 17 of 56

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⟡ AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

# Purchase Order

| | |
|---|---|
| PO #: 214140 | Doc Type: OP |
| Order Date: 08/13/21 | |
| Page: **1** of **1** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description — Akorn Item # / Mfg # | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|
| 1.000 | GUAIFENESIN, USP  2000453 | 5,000.00 | KG | 11.5000 | 57,500.00 | USD | 1/7/22 | | |

NOTES / SPECIAL INSTRUCTIONS
Delta API
Rev 12

**Order Total:** 57,500.00

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS          FREIGHT TERMS:                    SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ L.H _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

shipping cost TBD will be added

Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 18 of 56

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record



# DELTA SYNTHETIC CO., LTD.

15. MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## INVOICE

**No.:** DT21102601
**Date:** 10/26/2021

| **Order No.:** | |
|---|---|
| PO 212108 | |
| PO 213958 | |
| PO 214140 | |

| **Ship-to:** | **Vessel:** | EVER FORWARD V.1122-006E |
|---|---|---|
| **HITECH PHARMACAL** 10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701 | **From:** | TAIWAN, KEELUNG |
| **Invoice to:** | **To:** | USA, NY |
| **Akorn** 1925 West Field Court Suite 300, Lake Forest, IL 60045 | **ETD:** 11/10/2021   **ETA:** 12/18/2021 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin | 5,000 KG | USD 11.50 | USD 57,500.00 |
| Lidocaine Base | 1,250 KG | USD 34.50 | USD 43,125.00 |
| Lidocaine HCl | 4,500 KG | USD 33.00 | USD 148,500.00 |
| Shipping | | | USD 19,800.00 |
| Total: | | | USD 268,925.00 |

| **Marks** |
|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL PO #: 214140, 213958, 212108 ITEM #: 2000453, 2005634, 2000477 LOT NO: SEE DETAILS DRUM NO.: SEE DETAILS GROSS WT.: 55.0 KGS/ 54.0 KGS TARE WT.: 5.0 KGS/ 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING |

Signed by:

| **Condition Of Sale(Including Payment terms):** | **Banking Details:** |
|---|---|
| Payment term: T/T 30 days  CIF NY | HUA NAN COMMERCIAL BANK LTD. PANCHIAO BRANCH NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., NEW TAIPEI CITY, TAIWAN, R.O.C. A/C NO.: 160510000080 SWIFT CODE: HNBKTWTP160 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record



## DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604     FAX: +886-2-2268-0895

### PACKING LIST

**No.:** DT21102601
**Date:** 10/26/2021

| Order No.: |
| --- |
| PO 212108 |
| PO 213958 |
| PO 214140 |

**Ship-to:**

HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Invoice to:**

Akorn
1925 West Field Court
Suite 300, Lake Forest, IL 60045

**Vessel:** EVER FORWARD V.1122-006E

**From:** TAIWAN, KEELUNG

**To:** USA, NY

**ETD:** 11/10/2021  **ETA:** 12/18/2021

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
| --- | --- | --- | --- | --- | --- |
| 01 | Guaifenesin | 2909.49.0500 | 5000 KG | 5000 KG | 5500 KG |
|  | Lidocaine Base | 2924.29.5700 | 1250 KG | 1250 KG | 1350 KG |
|  | Lidocaine HCl | 2924.29.5700 | 4500 KG | 4500 KG | 4950 KG |

Guaifenesin, Lidocaine HCl
DRUM SIZE: 47CM(D) x 67.5CM(H)
N.W.: 50KGS
G.W.: 55KGS

Lidocaine Base
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
| --- | --- | --- | --- | --- | --- | --- |
| Products | | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Guaifenesin | | 22 Drums | 211-21067 | 110 KG | 1100 KG | 1210 KG |
|  | | 78 Drums | 211-21068 | 390 KG | 3900 KG | 4290 KG |
| Lidocaine Base | | 5 Drums | 811-21108 | 20 KG | 250 KG | 270 KG |
|  | | 20 Drums | 811-21127 | 80 KG | 1000 KG | 1080 KG |
| Lidocaine HCl | | 26 Drums | 812-21052 | 130 KG | 1300 KG | 1430 KG |
|  | | 26 Drums | 812-21053 | 130 KG | 1300 KG | 1430 KG |
|  | | 26 Drums | 812-21054 | 130 KG | 1300 KG | 1430 KG |
|  | | 12 Drums | 812-21055 | 60 KG | 600 KG | 660 KG |
|  | Subtotal | | | 1050 KG | 10750 KG | 11800 KG |
|  | 24 Pallets | | | 11 KG | | 264 KG |
|  | Total | | | | | 12064 KG |

| Marks |
| --- |
| AKORN (HITECH PHARMACAL) |
| GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL |
| PO #: 214140, 213958, 212108 |
| ITEM #: 2000453, 2005634, 2000477 |
| LOT NO: SEE DETAILS |
| DRUM NO.: SEE DETAILS |
| GROSS WT.: 55.0 KGS/ 54.0 KGS |
| TARE WT.: 5.0 KGS/ 4.0 KGS |
| NET WT.: 50.0 KGS |
| MADE IN TAIWAN ROC |
| FOR MANUFACTURING, |
| PROCESSING OR REPACKING |

Signed by:

| Condition Of Sale(Including Payment terms): | Banking Details: |
| --- | --- |
| Payment term: T/T 30 days | HUA NAN COMMERCIAL BANK LTD. |
|  | PANCHIAO BRANCH |
|  | NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., |
|  | NEW TAIPEI CITY, TAIWAN, R.O.C. |
| CIF NY | A/C NO.: 160510000080 |
|  | SWIFT CODE: HNBKTWTP160 |

## Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

**Shipper**
DELTA SYNTHETIC CO., LTD.
15 MINSHENG ST., TUCHENG DISTRICT,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-22686357 FAX: +886-2-22680895

**Consignee**
HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Notify address**
ARIES GLOBAL LOGISTICS, INC - PHL
800 CALCON HOOK RD. ALEXANDER COURT TWO
BAYS 203-205A, SHARON HILL, PA 19079
EMAIL:(IMPORTS): PHL.IMPORT@ARIESGL.COM *

**BILL OF LADING**

**B.L. NO.** TPTPENYC2111001

**CASTLE INTERNATIONAL CO., LTD.**

4F-1, NO. 81, SEC. 2, CHANG AN E. RD.
TAIPEI, TAIWAN.
TEL:02-25152868(REP.)   FAX:02-25093591/2
0914

| Pre-carriage by | Place of receipt by pre-carrier TAIPEI, TAIWAN | For delivery please apply to: OCEANIC TRANSPORT LLC |
| --- | --- | --- |
| Vessel EVER FORWARD   V-1122-006E | Port of loading KAOHSIUNG, TAIWAN | 14906 S. FIGUEROA ST GARDENA, CA 90248 |
| Port of discharge NEW YORK, NY | Place of delivery by on - carrier NEW YORK, USA | TEL:310-817-8028 FAX:310-817-8029 ATTN:MR.JOHN CELL:626-786-7728 |

| Marks and Nos. SEE ATTACHED | Number and Kind of packages: description of goods | Gross weight | Measurement |
| --- | --- | --- | --- |
| | 1X40'HC   SAID TO CONTAIN 215 DRUMS VVVVVVV   SHIPPER'S LOAD, COUNT & SEAL | 12,064.00(KGS) VVVVVVVVVVVVVV | 65.0000(CBM) VVVVVVVVVVVVV |

TGBU4016546/40'HC/EMCJJS2881/12,064.00KGS/65.000CBM/215 DRUMS/FCL-FCL

SEE ATTACHED

**\*\*SURRENDERED BILL OF LADING\*\***

M/V VSL:
EVER FORWARD
M/V VOY:   V-1122-006E
ON BOARD:   NOV. 10,2021
PORT OF LOADING:
KAOHSIUNG, TAIWAN

'FREIGHT PREPAID'   SVC TYPE:FCL-FCL
SAY TOTAL ONE (1) FORTY FEET HIGH CUBE CONTAINER ONLY

**Freight details, charges etc.**
OCEAN FREIGHT           AS ARRANGED

Excess Value Declaration: Refer to Clause 6(4)(B+(C) on reverse side

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.

**JURISDICTION AND LAW CLAUSE**
The contract evidenced by or contained in this Bill of Lading is governed by the law of R.O.C. and any claim or dispute arising hereunder or in connection herewith shall be determined by the Courts in R.O.C. and no other Court.
* All business is transacted only in accordance with the Taiwan Freight Forwarders Association Standard Trading Conditions.
Copy will be furnished upon request or may be inspected at our office: 9Fl, No. 54 Sung Chiang Rd. Taipei, Taiwan, R.O.C.

The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

In WITNESS whereof one (1) original Bill of Lading has been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void.

| * Applicable only when document used as Through Bill of Lading | Freight payable at TAIPEI, TAIWAN | Place and date of issue TAIPEI, TAIWAN  NOV. 10,2021 |
| --- | --- | --- |
| **COPY** | Number of Original Bs L NIL(0) | Castle Int'l Co., Ltd. By _____ As Carrier |

## ATTACHMENT

Page: 1

**VSL/VOY:**EVER FORWARD  V-1122-006E

**SO:** 0914                                    **B/L No :** TPTPENYC2111001

| MARKS AND NUMBER | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL PO #: 214140, 213958, 212108 ITEM #: 2000453, 2005634, 2000477 LOT NO: SEE DETAILS DRUM NO.: SEE DETAILS GROSS WT.: 55.0 KGS/ 54.0 KGS TARE WT.: 5.0 KGS/ 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING | (215 DRUMS=24PLTS) GUAIFENESIN / LIDOCAINE BASE / LIDOCAINE HCL C.C.CODE: 2909.49. / 2924.29. * ZAINAH NUNNALLY O: (610)461-7500   F: (610)461-7505   DIRECT: (610)345-2127,   EMAIL:ZAINAH.NUNNALLY@ARIESGL.COM |



Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 216774

(Date: 11/10/2021)

**Lidocaine 200 kg**

Air Shipping

Delta

Invoice DT21121101

(Date: 12/11/2021)

D>1191

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⚫AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

**Purchase Order**   D>1191

| | |
|---|---|
| PO #: 216774 | Doc Type: OP |
| Order Date: 11/10/21 | |
| Page: 1 of 1 | |
| Branch Plant: | 810 |

To:   DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:   HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 200.00 | KG | 34.5000 | 6,900.00 | USD | 12/17/21 | | |

| | | |
|---|---|---|
| NOTES / SPECIAL INSTRUCTIONS | Order Total: | 6,900.00 |

NOTES / SPECIAL INSTRUCTIONS
Lidocaine base
Ship Air Freight
Lidocaine Base: EXW Price USD 34.50/kg
Air shipping cost for 200kg: USD 5700

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS (Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf.   The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:   NET 30 DAYS        FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ L.H _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 24 of 56

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

 # DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## INVOICE

**No.:** DT21121101
**Date:** 12/11/2021

| **Order No.:** PO 216774 | |
|---|---|
| **Ship-to:**<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:** JL804/ TPE-NRT DEC. 11 15:55-20:00<br>JL8006/ NRT-JFK DEC. 12 11:05-09:50 |
| | **From:** TAIWAN, TAIPEI |
| **Invoice to:**<br><br>**Akorn**<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **To:** USA, NY |
| | **ETD:** 12/11/2021   **ETA:** 12/12/2021 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Lidocaine Base | 200 KG | USD 34.50 | USD 6,900.00 |
| Shipping | | | USD 5,700.00 |
| | | Total: | USD 12,600.00 |

**Marks**

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 216774
ITEM #: 2005634
LOT NO: 811-21182
DRUM NO.: 1-4
GROSS WT.: 54.0 KGS
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by:

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days<br><br>CIP Air NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT21121101
**Date:** 12/11/2021

| **Order No.:** | |
|---|---|
| PO 216774 | |

| **Ship-to:**<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:** | JL804/ TPE-NRT DEC. 11 15:55-20:00<br>JL8006/ NRT-JFK DEC. 12 11:05-09:50 |
|---|---|---|
| | **From:** | TAIWAN, TAIPEI |
| **Invoice to:**<br><br>Akorn<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **To:** | USA, NY |
| | **ETD:** 12/11/2021  **ETA:** 12/12/2021 | |

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Lidocaine Base | 2924.29.5700 | 200 KG | 200 KG | 220 KG |

Lidocaine Base
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|---|
| Products | Drums | Lot. No. | | Tare WT. | Net WT. | Gross WT. |
| Lidocaine Base | 4 Drums | 211-21182 | | 20 KG | 200 KG | 220 KG |
| **Subtotal** | | | | 20 KG | 200 KG | 220 KG |
| | 1 Pallets | | | 5 KG | | 5 KG |
| **Total** | | | | | | 225 KG |

### Marks

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 216774
ITEM #: 2005634
LOT NO: 811-21182
DRUM NO.: 1-4
GROSS WT.: 54.0 KGS
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| **Condition Of Sale(Including Payment terms):** | **Banking Details:** |
|---|---|
| Payment term: T/T 30 days<br><br>CIP Air NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

## Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

**OPL-086260**

| 131 | TPE | 85202401 |
|---|---|---|

| Shipper's Name and Address | Shipper's account Number | Not negotiable |
|---|---|---|
| DELTA SYNTHETIC CO., LTD.<br>15,MINSHEN ST.,TUCHENG DIST.,NEW TAIPEI CITY 23679,<br>TAIWAN<br>TEL:886-2-22685604 FAX:886-2-22680895 | | **Air Waybill\***<br>(Air Consignment note)<br>Issued by |

**曜捷連通有限公司**
**ORIENTAL POWER LOGISTICS CO., LTD.**
台北市南京東路二段90號20F
20F., NO.90, SEC. 2, NANJING E. RD., TAIPEI, TAIWAN
TEL: (02)25235168   FAX: (02)25618021
航空貨運承攬業許可渥貨字第 2257號

| Consignee's Name and Address | Consignee's account Number |
|---|---|
| HITECH PHARMACAL<br>10 EDISON ST, AMITYVILLE TFF, AMITYVILLE NY 11701<br>ATTN:LISA HUPP TEL:6317898228ext4745 | |

Copies 1 2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**

**ORIENTAL POWER LOGISTICS CO., LTD.**

| Agent's IATA Code | Account No. | Accounting Information<br>"FREIGHT PREPAID" |
|---|---|---|

**Airport of Departure (Addr of first Carrier) and requested Routing**
TPE, TAIWAN

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NRT | JL 804/DEC. 11,2021 | | JFK | JL | | | TWD | | PP PP | PP | N.V.D. | N.C.V. |

| Airport of Destination | Flight/Date For Carrier Use only / Flight Date | Amount of Insurance | INSURANCE |
|---|---|---|---|
| NEW YORK NY. | JL 8006/12 | NIL | If shipper requests insurance in accordance with conditions on reverse hereof indicate amount to be insured in figures in box marked amount of insurance. |

**Handling Information**
"NOT RESTRICTED"

| No. of Pieces RCP | Gross Weight | Kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl.Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1<br>PLT | AKORN (HITECH PHARMACAL)<br>LIDOCAINE BASE<br>PO #: 216774<br>ITEM #: 2005634<br>LOT NO: 811-21182<br>DRUM NO.: 1-4<br>GROSS WT.: 54.0 KGS<br>TARE WT.: 4.0 KGS<br>NET WT.: 50.0 KGS<br>MADE IN TAIWAN ROC<br>FOR MANUFACTURING,<br>PROCESSING OR REPACKING | | | | | AS ARRANGED | LIDOCAINE BASE |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | Insurance Charge | Cartage Charge | Disbursement Fee |

| Valuation Charge |
|---|

| Tax |
|---|

| Total other Charges Due Agent |
|---|

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International AirTransport Association's Restricted Articles Regulations.

| Total other Charges Due Carrier |
|---|

ORIENTAL POWER LOGISTICS CO., LTD.
AS AGENT FOR THE CARRIER OF JAPAN AIRLINES

Signature of Shipper or his Agent

| Total prepaid | Total collect |
|---|---|
| AS ARRANGED | |

| Currency Conversion Rates | cc charges in Dest. Currency |
|---|---|

| DEC.11.2021 | TAIPEI | MAYHSIAO |
|---|---|---|
| Executed on (Date) | at (Place) | Signature of Issuing Carrier or its Agent |

| For Carriers Use only at Destination | Charges at Destination | Total collect Charges |
|---|---|---|

**OPL-086260**

COPY 6  INVOICE  DUPIATE

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 219662

(Date: 2/28/2022)

**Guaifenesin, 3,500 kg**

**Lidocaine, 1,500 kg**

Delta

Invoice DT22031601

(Date: 3/16/2022)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

# Purchase Order

1925 West Field Court
Suite 300
Lake Forest, IL 60045
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: **219662** Doc Type: **OP** |
| Order Date: 02/28/22 |
| Page: **1** of **2** |
| Branch Plant: 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
| | Akorn Item # | Mfg # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 | GUAIFENESIN, USP 2000453 | | 3,500.00 | KG | 11.5000 | 40,250.00 | USD | 5/31/22 | | |
| 2.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 1,500.00 | KG | 34.5000 | 51,750.00 | USD | 5/31/22 | | |

**Order Total:** 92,000.00

NOTES / SPECIAL INSTRUCTIONS
Delta Synthetic Taiwan
Bringing these two API's on a 20ft Container from TAIWAN

·Guaifenesin (Akorn item # 2000453): US$11.50/kg (70 drums) - 1 lot
·Lidocaine Base (Akorn item #2005634): US$ 34.50/kg (30 drums) - 2 lots

-----------------------------------------

Please send CoA's in advance
Please send packing list and invoice directly
to the broker, Aries at Zainah Nunnally <zainah.nunnally@ariesgl.com>

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 30 of 56

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| | |
|---|---|
| **PO #: 219662** | **Doc Type: OP** |
| Order Date: 02/28/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:   HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee:  The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf.  The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received.  This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS          FREIGHT TERMS:          SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____ _L.H_ _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

shipping cost TBD will be added

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

 **DELTA SYNTHETIC CO., LTD.**
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604      FAX: +886-2-2268-0895

## INVOICE

**No.:** DT22031601
**Date:** 03/16/2022

| Order No.: PO 219662 | | |
|---|---|---|

| Ship-to:<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:** YM WIND V.021E | |
| | **From:** TAIWAN, KEELUNG | |
| Invoice to:<br><br>**Akorn**<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **To:** USA, NY | |
| | **ETD:** 3/26/2022   **ETA:** 4/26/2022 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin | 3,500 KG | USD 11.50 | USD 40,250.00 |
| Lidocaine Base | 1,500 KG | USD 34.50 | USD 51,750.00 |
| Shipping | | | USD 16,500.00 |
| Total: | | | USD 108,500.00 |

| **Marks** |
|---|
| AKORN (HITECH PHARMACAL)<br>GUAIFENESIN, LIDOCAINE BASE<br>PO #: 219662<br>ITEM #: 2000453, 2005634<br>LOT NO: SEE PACKING LIST<br>DRUM NO.: SEE PACKING LIST<br>GROSS WT.: 55.0 KGS/ 54.0 KGS<br>TARE WT.: 5.0 KGS/ 4.0 KGS<br>NET WT.: 50.0 KGS<br>MADE IN TAIWAN ROC<br>FOR MANUFACTURING,<br>PROCESSING OR REPACKING |

Signed by:

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

 **DELTA SYNTHETIC CO., LTD.**
15. MINSHENG ST.. TUCHENG DIST..
NEW TAIPEI CITY 23679. TAIWAN (R.O.C.)
TEL: +886-2-2268-5604       FAX: +886-2-2268-0895

# PACKING LIST

**No.:** DT22031601
**Date:** 03/16/2022

| Order No.: | |
|---|---|
| PO 219662 | |

| Ship-to: | | Vessel: | YM WIND V.021E |
|---|---|---|---|
| **HITECH PHARMACAL**
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701 | | **From:** | TAIWAN, KEELUNG |
| **Invoice to:** | | **To:** | USA, NY |
| **Akorn**
925 West Field Court
Suite 300, Lake Forest, IL 60045 | | **ETD:** 3/26/2022  **ETA:** 4/26/2022 | |

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Guaifenesin | 2909.49.0500 | 3500 KG | 3500 KG | 3850 KG |
| | Lidocaine Base | 2924.29.5700 | 1500 KG | 1500 KG | 1620 KG |

Guaifenesin
DRUM SIZE: 47CM(D) x 67.5CM(H)
N.W.: 50KGS
G.W.: 55KGS

Lidocaine Base
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|
| Products | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Guaifenesin | 70 Drums | 211-22019 | 350 KG | 3500 KG | 3850 KG |
| Lidocaine Base | 20 Drums | 811-22001 | 80 KG | 1000 KG | 1080 KG |
| | 10 Drums | 811-22002 | 40 KG | 500 KG | 540 KG |
| **Subtotal** | | | 470 KG | 5000 KG | 5470 KG |
| 10 Pallets | | | 11 KG | | 110 KG |
| **Total** | | | | | 5580 KG |

| Marks | |
|---|---|
| AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE
PO #: 219662
ITEM #: 2000453, 2005634
LOT NO: SEE PACKING LIST
DRUM NO.: SEE PACKING LIST
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING | Signed by: _____ |

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days

CIF NY | HUA NAN COMMERCIAL BANK LTD.
PANCHIAO BRANCH
NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,
NEW TAIPEI CITY, TAIWAN, R.O.C.
A/C NO.: 160510000080
SWIFT CODE: HNBKTWTP160 |

## Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

See website for large version of reverse | 提单背面的放大版请看网站 | 提單背面的放大版請看網站 |

 **ORIENT EXPRESS CONTAINER CO., LTD.**

WEBSITE : WWW.OECGROUP.COM

**BILL OF LADING          COPY**

**B/L Number:** OERT101702L00818

**SO Number：** 0022

**SHIPPER**
DELTA SYNTHETIC CO., LTD.
NO.15, MINSHENG ST., TUCHENG DIST., NEW TAIPEI CITY
23679, TAIWAN

**FOR DELIVERY OF GOODS PLEASE APPLY TO**
OEC FREIGHT (NY) INC.
133-33 BROOKVILLE BLVD, SUITE 306, ROSEDALE, NEW YORK 11422
UNITED STATES TEL:7185277171 FAX:7185277077

**CONSIGNEE** ( This B/L is not negotiable unless marked "To Order" or "To Order of..." here )
HITECH PHARMACAL
10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701





**NOTIFY PARTY** ( No responsibility shall attach to Carrier or to his Agent for failure to notify )
ARIES GLOBAL LOGISTICS, INC - PHL
800 CALCON HOOK RD. ALEXANDER COURT TWO BAYS
203-205A, SHARON HILL, PA 19079 ZAINAH NUNNALLY ***

| VESSEL AND VOYAGE NO. (see Clause 13 & 14) | PLACE OF RECEIPT (Through Transportation ONLY - see Clause 1 & 5) | PORT OF LOADING |
|---|---|---|
| YM WIND V.021E | KEELUNG, TAIWAN | KAOHSIUNG, TAIWAN |

| PORT OF DISCHARGE | PLACE OF DELIVERY (Through Transportation ONLY - see Clause 1 & 5) | NUMBER OF ORIGINAL B/L |
|---|---|---|
| NEW YORK, NY | NEW YORK, NY | ZERO(0) |

PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE ( see Clause 7 )

| Container Numbers. Seal Numbers and Marks | No of Packages or Shipping Units | Description of Goods | Gross Cargo Weight | Measurement |
|---|---|---|---|---|
| SEE ATTACHED | 1X20ST | SHIPPER'S LOAD & COUNT<br>10 PALLETS<br>SEE ATTACHED | | |
| | | 100 DRUMS ON 10 PALLETS<br><br>"FREIGHT PREPAID"<br>SVC TYPE: CY/CY<br>SAY TOTAL:  ONE 20ST CONTAINER ONLY. | Total : 5580.000 KGS | 18.500 CBM |

**TOTAL NUMBER OF PACKAGES :**   1 x 20ST
limitation of liability ( if applicable ) :
( See Clause 20 )

**CARRIER'S RECEIPT :** Total No. of packages received and acknowledged by carrier for the purpose of calculation of package

Charges including Freight : Cargo shall not be delivered unless Charges are paid (see Clause 17)

RECEIVED for shipment as specified above in apparent good order and condition unless otherwise stated. The Goods to be delivered at above mentioned Port of Discharge or Place of Delivery, whichever applies, SUBJECT TO Terms and Conditions contained on reverse side hereof, to which Merchant agrees by accepting this Bill of Lading.

IN WITNESS WHERE OF the number of original Bills of Lading on this side have been signed, one of which being accomplished. The other to stand void, unless applicable law provides otherwise.

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | | | AS ARRANGED | |

**ORIENT EXPRESS CONTAINER CO., LTD.**

| DECLARED VALUE FOR OCEAN TRANSPORTATION<br>( Only applicable if declared value charges paid - see Clause 20 )<br>NONE | DECLARED VALUE FOR INLAND TRANSPORTATION<br>( Only applicable if declared value charges paid - see Clause 21 )<br>NONE | AS AGENTS FOR THE CARRIER<br>OEC FREIGHT WORLDWIDE CO., LTD. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>TAIPEI, TAIWAN / MAR.26.2022 | SHIPPED ON BOARD DATE<br>MAR.26.2022 | |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

**BL NO  :    OERT101702L00818**

**VESSEL :    YM WIND**

**VOY    :    021E**

**CONTAINER:**

**SEGU2057489 / TW287523A/20ST/CY/CY/10 PALLETS/5,580.000K/18.500CBM**

| | |
|---|---|
| **MARKS:** | **DESCRIPTION:** |
| **AKORN (HITECH PHARMACAL)** | **GUAIFENESIN** |
| **GUAIFENESIN, LIDOCAINE BASE** | **LIDOCAINE BASE** |
| **PO #: 219662** | |
| **ITEM #: 2000453, 2005634** | **HS CODE:** |
| **LOT NO: 211-22019** | **2909.49.0500** |
| **811-22001, 811-22002** | **2924.29.5700** |
| **DRUM NO.: 1-70, 1-30** | |
| **GROSS WT.: 55.0 KGS/ 54.0 KGS** | **\*\*\*EMAIL: ZAINAH.NUNNALLY@ARIESGL.COM** |
| **TARE WT.: 5.0 KGS/ 4.0 KGS** | **TEL: (610)345-2127** |
| **NET WT.: 50.0 KGS** | |
| **MADE IN TAIWAN ROC** | |
| **FOR MANUFACTURING,** | |
| **PROCESSING OR REPACKING** | |

**<<END OF ATTACH OF HBL OERT101702L00818>>**

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 222547

(Date: 6/23/2022)

**Guaifenesin 5,000 kg**

Delta

Invoice DT22071201

(Date: 7/12/2022)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◯AKORN

**Purchase Order**

1925 West Field Court
Suite 300
Lake Forest, IL 60045
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 222547 | Doc Type: OP |
|---|---|
| Order Date: 06/23/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | | Mfg # | | | | | | | | |
| 1.000 | GUAIFENESIN, USP 2000453 | | | 5000.0000 | KG | 11.5000 | 57,500.00 | USD | 9/23/22 | | |

**NOTES / SPECIAL INSTRUCTIONS**

Please send CoA's in advance

Please send packing list and invoice directly

to the broker, Aries at Zainah Nunnally

| | |
|---|---|
| Order Total: | 57,500.00 |

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

1925 West Field Court
Suite 300
Lake Forest, IL 60045
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 222547 | Doc Type: OP |
|---|---|
| Order Date: 06/23/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.
Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS          FREIGHT TERMS:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

SHIP VIA:

Authorized Signature: _____ *LH* _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added



Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 37 of 56

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record



# DELTA SYNTHETIC CO., LTD.

15, MINSHENG ST., TUCHENG DIST..
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604     FAX: +886-2-2268-0895

# INVOICE

**No.:** DT22071201
**Date:** 07/12/2022

| Order No.: PO 222547 | | |
|---|---|---|
| **Ship-to:**<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:** | EVER LEGION V.0005-047E |
| | **From:** | TAIWAN, KEELUNG |
| **Invoice to:**<br><br>**Akorn**<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **To:** | USA, NY |
| | **ETD:** 7/22/2022   **ETA:** 8/23/2022 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin<br>Shipping | 5,000 KG | USD 11.50 | USD 57,500.00<br>USD 10,000.00 |
| Total: | | | USD 67,500.00 |

**Marks**

AKORN (HITECH PHARMACAL)
GUAIFENESIN
PO #: 222547
ITEM #: 2000453
LOT NO: 211-22124, 211-22125
DRUM NO.: 1-33, 34-100
GROSS WT.: 55.0 KGS
TARE WT.: 5.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT22071201
**Date:** 07/12/2022

| **Order No.:** PO 222547 | | | |
|---|---|---|---|

| **Ship-to:**<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:** EVER LEGION V.0005-047E |
|---|---|
| | **From:** TAIWAN, KEELUNG |
| **Invoice to:**<br><br>**Akorn**<br>1925 West Field Court<br>Suite 300, Lake Forest, IL 60045 | **To:** USA, NY |
| | **ETD:** 7/22/2022   **ETA:** 8/23/2022 |

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Guaifenesin | 2909.49.0500 | 5000 KG | 5000 KG | 5500 KG |

Guaifenesin
DRUM SIZE: 47CM(D) x 67.5CM(H)
N.W.: 50KGS
G.W.: 55KGS

| Details | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|
| Products | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Guaifenesin | 33 Drums | 211-22124 | 165 KG | 1650 KG | 1815 KG |
| | 67 Drums | 211-22125 | 335 KG | 3350 KG | 3685 KG |
| **Subtotal** | | | 500 KG | 5000 KG | 5500 KG |
| 10 Pallets | | | 11 KG | | 110 KG |
| **Total** | | | | | 5610 KG |

### Marks

AKORN (HITECH PHARMACAL)
GUAIFENESIN
PO #: 222547
ITEM #: 2000453
LOT NO: 211-22124, 211-22125
DRUM NO.: 1-33, 34-100
GROSS WT.: 55.0 KGS
TARE WT.: 5.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by:

| **Condition Of Sale(Including Payment terms):** | **Banking Details:** |
|---|---|
| Payment term: T/T 30 days<br><br>CIF NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

| Shipper | | | |
|---|---|---|---|
| DELTA SYNTHETIC CO., LTD.<br>NO.15, MIN-SHEN ST., TUCHENG DIST., NEW<br>TAIPEI CITY 236, TAIWAN (R.O.C.) | | **LOGISTICS**<br>**SALEM**<br>*SALEM LOGISTICS CO..LTD* | 1216 |

| Consignee | |
|---|---|
| HITECH PHARMACAL<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | BILL OF LADING |

Notify Party (Complete name and address)
ARIES GLOBAL LOGISTICS, INC - PHL
800 CALCON HOOK RD. ALEXANDER COURT TWO BAYS
203-205A SHARON HILL, PA 19079 DIRECT:
(610)345-2127, EMAIL: ZAINAH.NUNNALLY@ARIESGL.COM

| Place of Receipt | Precarriage By | Excess Value Declaration:Refer to Clause 6(4)(B)+(C)on reverse side |
|---|---|---|
| TAIPEI, TAIWAN | | |
| Vessel & Voy. No | Port of Loading | Inland Routing(for the Merchant's reference only) |
| EVER LEGION V.0005-047E | KAOHSIUNG, TAIWAN | |
| Port of Discharge | Place of Delivery | Final Destination(for the Merchant's reference only) |
| NEW YORK, NY | NEW YORK, NY | |

Particulars furnished by the Merchant

| Container No. And Seal No Marks & Nos | Quantity And Kind of Packages | Description of Goods | Measurement (CBM) Gross Weight (KGS) |
|---|---|---|---|
| SEE ATTACHED | 1X20'<br>VVVVV | SAID TO CONTAIN 100 DRUMS<br>SHIPPER'S LOAD, COUNT & SEAL<br><br>SEE ATTACHED | 5,610.00(KGS)<br><br><br>25.0000(CBM) |
| TRHU3709663/20'/EMCLPF5361/5,610.00KGS/25.000CBM/100 DRUMS/FCL-FCL | | | |

| TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS) | 'FREIGHT PREPAID' SVC TYPE:FCL-FCL<br>SAY TOTAL ONE (1) TWENTY FEET CONTAINER ONLY | | |
|---|---|---|---|

| FREIGHT & CHARGES | Revenue Tons | Rate | Prepaid | Collect |
|---|---|---|---|---|
| OCEAN FREIGHT | | | AS ARRANGED | |

**SURRENDERED IN TAIWAN**

| Service Type | Exchange Rate | Prepaid at | Payable at |
|---|---|---|---|
| FCL-FCL | US$1=NT$30.1900 | TAIPEI, TAIWAN | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting the Bill of Lading, any local privileges and customs notwithstanding.

The particulars given above as stated by the shipper and the weight, measure, quantity condition contents and value of the Goods are unknown to the carrier.

In WITNESS whereof three original Bills of Lading has been signed if not otherwise stated before one of which to be completed the other(s) to be void. In case that the shipment is uncollected, abandoned or the consignee does not return the empty container to the Carrier, the Shipper shall be responsible for storage fee, demurrage, detention and all losses, costs, expenses incurred by the carrier as per the carrier/Ocean Carrier's tariff.

| Number of Original B(s)/L | Place of B(s)/L Issue/Date | SALEM LOGISTICS CO., LTD |
|---|---|---|
| THREE (3) | TAIPEI, TAIWAN  JUL. 27,2022 | |
| B/L No. | Laden on Board the Vessel | |
| TPENYCN7355 | JUL. 27,2022 | |

For delivery of goods please apply to
BINEX LINE CORP. NEW YORK BRANCH
2 EXECUTIVE DR.SUITE #755 FORT LEE, NJ07047
T:201-662-7600 F:201-662-9088 PIC:MS.MIMI JI

**COPY NON-NEGOTIABLE**

By ——————————
AS CARRIER

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

## ATTACHMENT

VSL/VOY:   EVER LEGION V.0005-047E

SO:  1216                                    B/L No :   TPENYCN7355

| MARKS AND NUMBER | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN PO #: 222547 ITEM #: 2000453 LOT NO: 211-22124, 211-22125 DRUM NO.: 1-33, 34-100 GROSS WT.: 55.0 KGS TARE WT.: 5.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING | GUAIFENESIN HS CODE: 2909.49 100 DRUMS S.T.C. 10 PLTS "SHIPPER'S PALLET LOAD & COUNT" AMS NO:SLCT TPENYCN7355 MBL NO:EGLV 003201881417 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

# Order and Shipment
# (Invoice, Packing List, Bill of Lading)
# for

Akorn

PO # 225009

(Date: 11/01/2022)

**Lidocaine 200 kg**

(Air Shipment)

Delta

Invoice DT22111601

(Date: 11/16/2022)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

**Purchase Order**

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

| PO #: 225009 | Doc Type: OP |
| Order Date: 11/01/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
| | Akorn Item # | Mfg # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 200.0000 | KG | 34.5000 | 6,900.00 | USD | 12/2/22 | | |

NOTES / SPECIAL INSTRUCTIONS

**Order Total:** 6,900.00

Mfr: Delta Syntetica, Taiwan Packed 50 kgs/drum, 1 lot required.
This must be mfrd to the process submitted to FDA for approval; not the modified process.
Material must meet current specs.

Please ship via AIR freight ASAP

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◯AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 225009 | Doc Type: OP |
|---|---|
| Order Date: 11/01/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS (Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS         FREIGHT TERMS:                   SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: ____Lisa Hupp_____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added

Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 44 of 56

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

 **DELTA SYNTHETIC CO., LTD.**

15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL.: +886-2-2268-5604      FAX: +886-2-2268-0895

## INVOICE

**No.:** DT22111601
**Date:** 11/16/2022

| **Order No.:** PO 225009 | |
|---|---|
| **Ship-to:**<br><br>**HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | **Vessel:**   CI 5322 TPE 16Nov 02:30-JFK 16Nov 05:40 |
| | **From:**   TAIWAN, TAIPEI |
| **Invoice to:**<br><br>**Akorn**<br>5605 Centerpoint Court<br>Gurnee, IL 60031 | **To:**   USA, NY |
| | **ETD:**   11/16/2022   **ETA:**   11/16/2022 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Lidocaine | 200 KG | USD 34.50 | USD 6,900.00 |
| Shipping | | | USD 2,800.00 |
| Total: | | | USD 9,700.00 |

### Marks

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 225009
ITEM #: 2005634
LOT NO: 811-22180
DRUM NO.: 1-4
GROSS WT.: 54.0 KGS
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by:

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| **Payment term: T/T 30 days**<br><br>**CIP Air NY** | **HUA NAN COMMERCIAL BANK LTD.**<br>**PANCHIAO BRANCH**<br>**NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,**<br>**NEW TAIPEI CITY, TAIWAN, R.O.C.**<br>**A/C NO.: 160510000080**<br>**SWIFT CODE: HNBKTWTP160** |



Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

 **DELTA SYNTHETIC CO., LTD.**
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604    FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT22111601
**Date:** 11/16/2022

| Order No.: | |
|---|---|
| PO 225009 | |

| Ship-to: | Vessel: | CI 5322 TPE 16Nov 02:30-JFK 16Nov 05:40 |
|---|---|---|
| **HITECH PHARMACAL**<br>10 EDISON ST<br>AMITYVILLE TFF<br>AMITYVILLE NY 11701 | From: | TAIWAN, TAIPEI |

| Invoice to: | To: | USA, NY |
|---|---|---|
| **Akorn**<br>5605 Centerpoint Court<br>Gurnee, IL 60031 | ETD: 11/16/2022  ETA: 11/16/2022 | |

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Lidocaine | 2924.29.5700 | 200 KG | 200 KG | 216 KG |

Lidocaine
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|
| Products | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Lidocaine | 4 Drums | 811-22180 | 16 KG | 200 KG | 216 KG |
| **Subtotal** | | | 16 KG | 200 KG | 216 KG |
| 1 Pallets | | | 6 KG | | 6 KG |
| **Total** | | | | | 222 KG |

### Marks

AKORN (HITECH PHARMACAL)
LIDOCAINE BASE
PO #: 225009
ITEM #: 2005634
LOT NO: 811-22180
DRUM NO.: 1-4
GROSS WT.: 54.0 KGS
TARE WT.: 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days<br><br>CIP Air NY | HUA NAN COMMERCIAL BANK LTD.<br>PANCHIAO BRANCH<br>NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,<br>NEW TAIPEI CITY, TAIWAN, R.O.C.<br>A/C NO.: 160510000080<br>SWIFT CODE: HNBKTWTP160 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

**OPL-089647**

297 TPE 85448915

| Shipper's Name and Address | Shipper's account Number |
|---|---|
| DELTA SYNTHETIC CO., LTD. NO.15, MINSHEN ST., TUCHENG DIST., NEW TAIPEI CITY 23679, TAIWAN TEL:886-2-22685604 FAX:886-2-22680895 | |

Not negotiable
**Air Waybill\***
(Air Consignment note)
Issued by

**曜捷運通股份有限公司**
**ORIENTAL POWER LOGISTICS CO., LTD.**
台北市中正區衡陽路 51 號 3 樓
**3F., NO. 51, HENGYANG RD., TAIPEI CITY, TAIWAN**
T E L: (02)25235168 F A X: (02)25618021
航空貨運承攬業許可證貨字第 2257 號

| Consignee's Name and Address | Consignee's account Number |
|---|---|
| HITECH PHARMACAL 10 EDISON ST, AMITYVILLE TFF, AMITYVILLE NY 11701 ATTN:LISA HUPP TEL:6317898228ext4745 | |

Copies 1.2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN OF THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

**ORIENTAL POWER LOGISTICS CO., LTD.**

| Agent's IATA Code | Account No. | Accounting Information |
|---|---|---|
| | | "FREIGHT PREPAID" |

Airport of Departure (Addr. of first Carrier) and requested Routing
TPE, TAIWAN

| to | By first Carrier Routing and Destination | to | by | to | by | Currency | CHGS | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | CI 5322/NOV. 16,2022 | | | | | TWD | PP PP | PPD COLL | PPD COLL | N.V.D. | N.C.V. |

| Airport of Destination | Flight/Date For Carrier Use only Flight/Date | Amount of Insurance |
|---|---|---|
| NEW YORK NY. | | NIL |

INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof indicate amount to be insured in figures in box marked amount of insurance.

Handling Information
NOTIFY: ARIES GLOBAL LOGISTICS, INC - PHL
800 CALCON HOOK RD. ALEXANDER COURT TWO BAYS 203-205A, SHARON HILL, PA 19079
ATTN:ZAINAH NUNNALLY DIRECT: (610)345-2127 EMAIL: ZAINAH.NUNNALLY@ARIESGL.COM

| No. of Pieces RCP | Gross Weight | Kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 PLT | 225 K | N | | 225K | | AS ARRANGED | LIDOCAINE BASE |
| | AKORN (HITECH PHARMACAL) LIDOCAINE BASE PO #: 225009 ITEM #: 2005634 LOT NO: 811-22130 DRUM NO.: 1-4 GROSS WT.: 54.0 K TARE WT.: 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN FOR MANUFACTURING PROCESSING OR REPACKING | | | | | | DIM: L:82xW:82xH:83CM/1 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | Insurance Charge \| Cartage Charge \| Disbursement Fee |

Valuation Charge

Tax

Total other Charges Due Agent

Total other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described herein and is in proper condition for carriage by air according to the International AirTransport Association's Restricted Articles Regulations.

ORIENTAL POWER LOGISTICS CO., LTD.
AS AGENT FOR THE CARRIER OF CHINA AIRLINES

Signature of Shipper or his Agent

| Total prepaid | Total collect |
|---|---|
| AS ARRANGED | |

| Currency Conversion Rates | cc charges in Dest. Currency |
|---|---|

NOV.16.2022  TAIPEI  ERICCHIANG

| Executed on | (Date) | at | (Place) | Signature of Issuing Carrier or its Agent |

| For Carriers Use only at Destination | Charges at Destination | Total collect Charges |
|---|---|---|

**OPL- 089647**

3  ORIGINAL - FOR THE SHIPPER

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

# Orders and Consolidated Shipment (Invoice, Packing List, Bill of Lading) for

Akorn

PO # 223128

(Date: 7/25/2022)

**Lidocaine HCl 2,500 kg**

PO # 223129

(Date: 7/25/2022)

**Lidocaine 2,500 kg**

PO # 225021

(Date: 11/01/2022)

**Guaifenesin 5,000 kg**

Delta

Invoice DT22112301

(Date: 11/23/2022)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⊙AKORN

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

# Purchase Order

| PO #: 223128 | Doc Type: OP |
|---|---|
| Order Date: 07/25/22 | |
| Page: 1 of 2 | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | LIDOCAINE HCL, USP 2000477 | Delta Synthetic | 2500.0000 | KG | 33.0000 | 82,500.00 | USD | 2/3/23 | | |

NOTES / SPECIAL INSTRUCTIONS

**Order Total:** 82,500.00

Mfr: Delta Syntetica, Taiwan Packed 50 kgs/drum, 1 lot required.
This must be mfrd to the process submitted to FDA for approval; not the modified process.
Material must meet current specs.

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◯AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| | |
|---|---|
| PO #: 223128 | Doc Type: OP |
| Order Date: 07/25/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:    NET 30 DAYS          FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature:  _Lisa Hupp_____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added

Case 25-50247-KBO    Doc 8-2    Filed 03/26/26    Page 50 of 56

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

## ◯AKORN

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 223129 | Doc Type: OP |
|---|---|
| Order Date: 07/25/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | 2500.0000 | KG | 34.5000 | 86,250.00 | USD | 2/3/23 | | |

NOTES / SPECIAL INSTRUCTIONS

**Order Total:** 86,250.00

Mfr: Delta Syntetica, Taiwan Packed 50 kgs/drum, 1 lot required.
This must be mfrd to the process submitted to FDA for approval; not the modified process.
Material must meet current specs.

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**



# AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

# Purchase Order

| | |
|---|---|
| **PO #: 223129** | **Doc Type: OP** |
| Order Date: 07/25/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.
Certificate of Analysis or Certificate of Compliance and MSDS
(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee:  The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications.  The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf.  The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received.  This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:  NET 30 DAYS          FREIGHT TERMS:          SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: __Lisa Hupp_____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added

Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 52 of 56

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬭AKORN

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 225021 | Doc Type: OP |
|---|---|
| Order Date: 11/01/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To:  DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To:  HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

Case 25-50247-KBO  Doc 8-2  Filed 03/26/26  Page 53 of 56

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|---|---|---|---|---|---|---|---|---|---|---|
| | Akorn Item # | Mfg # | | | | | | | | |
| 1.000 | GUAIFENESIN, USP 2000453 | | 5000.0000 | KG | 11.5000 | 57,500.00 | USD | 2/10/23 | | |

NOTES / SPECIAL INSTRUCTIONS

**Order Total:** 57,500.00

Delta Synthetic Taiwan

1 lot is preferred

Please send CoA's in advance

Please send packing list and invoice directly

to the broker, Aries at Zainah Nunnally

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ◯AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Purchase Order

| PO #: 225021 | Doc Type: OP |
|---|---|
| Order Date: 11/01/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS (Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS:  NET 30 DAYS          FREIGHT TERMS:

SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING.  THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Shipping cost TBD and added

Case 25-50247-KBO   Doc 8-2   Filed 03/26/26   Page 54 of 56

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## INVOICE

No.: DT22112301
Date: 11/23/2022

| Order No.: | | | |
|---|---|---|---|
| PO 225021 | | | |
| PO 223129 | | | |
| PO 223128 | | | |

| Ship-to: | Vessel: | CALANDRA V.4E |
|---|---|---|
| **HITECH PHARMACAL** 10 EDISON ST AMITYVILLE TFF AMITYVILLE NY 11701 | **From:** | TAIWAN, KEELUNG |
| Invoice to: | **To:** | USA, NY |
| **Akorn** 5605 Centerpoint Court Gurnee, IL 60031 | **ETD:** 11/29/2022 | **ETA:** 1/4/2023 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Guaifenesin | 5,000 KG | USD 11.50 | USD 57,500.00 |
| Lidocaine Base | 2,500 KG | USD 34.50 | USD 86,250.00 |
| Lidocaine HCl | 2,500 KG | USD 33.00 | USD 82,500.00 |
| Shipping | | | USD 6,500.00 |
| Total: | | | USD 232,750.00 |

| Marks |
|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL PO #: 225021, 223129, 223128 ITEM #: 2000453, 2005634, 2000477 LOT NO: SEE PACKING LIST DRUM NO.: SEE PACKING LIST GROSS WT.: 55.0 KGS/ 54.0 KGS TARE WT.: 5.0 KGS/ 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING |

Signed by:

| Condition Of Sale(Including Payment terms): | Banking Details: |
|---|---|
| Payment term: T/T 30 days  CIF NY | HUA NAN COMMERCIAL BANK LTD. PANCHIAO BRANCH NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST., NEW TAIPEI CITY, TAIWAN, R.O.C. A/C NO.: 160510000080 SWIFT CODE: HNBKTWTP160 |

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record



# DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

## PACKING LIST

**No.:** DT22112301
**Date:** 11/23/2022

**Order No.:**
PO 225021
PO 223129
PO 223128

**Ship-to:**

**HITECH PHARMACAL**
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Invoice to:**

Akorn
1605 Centerpoint Court
Gurnee, IL 60031

**Vessel:** CALANDRA V.4E

**From:** TAIWAN, KEELUNG

**To:** USA, NY

**ETD:** 11/29/2022   **ETA:** 1/4/2023

| Packing No. | Description | HS Code | Quantity | Net WT. | Gross WT. |
|---|---|---|---|---|---|
| 01 | Guaifenesin | 2909.49.0500 | 5000 KG | 5000 KG | 5500 KG |
| | Lidocaine Base | 2924.29.5700 | 2500 KG | 2500 KG | 2700 KG |
| | Lidocaine HCl | 2924.29.5700 | 2500 KG | 2500 KG | 2750 KG |

Guaifenesin/Lidocaine HCl
DRUM SIZE: 47CM(D) x 67.5CM(H)
N.W.: 50KGS
G.W.: 55KGS

Lidocaine Base
DRUM SIZE: 41CM(D) x 71CM(H)
N.W.: 50KGS
G.W.: 54KGS

| Details | | | Unit(KGS) | Unit(KGS) | Unit(KGS) |
|---|---|---|---|---|---|
| Products | Drums | Lot. No. | Tare WT. | Net WT. | Gross WT. |
| Guaifenesin | 8 Drums | 211-22187 | 40 KG | 400 KG | 440 KG |
| | 92 Drums | 211-22188 | 460 KG | 4600 KG | 5060 KG |
| Lidocaine Base | 20 Drums | 811-22178 | 80 KG | 1000 KG | 1080 KG |
| | 20 Drums | 811-22179 | 80 KG | 1000 KG | 1080 KG |
| | 10 Drums | 811-22180 | 40 KG | 500 KG | 540 KG |
| Lidocaine HCl | 26 Drums | 812-22058 | 130 KG | 1300 KG | 1430 KG |
| | 24 Drums | 812-22059 | 120 KG | 1200 KG | 1320 KG |
| **Subtotal** | | | 950 KG | 10000 KG | 10950 KG |
| 20 Pallets | | | 11 KG | | 220 KG |
| **Total** | | | | | 11170 KG |

### Marks

AKORN (HITECH PHARMACAL)
GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL
PO #: 225021, 223129, 223128
ITEM #: 2000453, 2005634, 2000477
LOT NO: SEE PACKING LIST
DRUM NO.: SEE PACKING LIST
GROSS WT.: 55.0 KGS/ 54.0 KGS
TARE WT.: 5.0 KGS/ 4.0 KGS
NET WT.: 50.0 KGS
MADE IN TAIWAN ROC
FOR MANUFACTURING,
PROCESSING OR REPACKING

Signed by: _____

**Condition Of Sale(Including Payment terms):**

Payment term: T/T 30 days

CIF NY

**Banking Details:**

HUA NAN COMMERCIAL BANK LTD.
PANCHIAO BRANCH
NO. 73 CHUNG HSIAO ROAD, PANCHIAO DIST.,
NEW TAIPEI CITY, TAIWAN, R.O.C.
A/C NO.: 160510000080
SWIFT CODE: HNBKTWTP160