Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

| Shipper:<br>DELTA SYNTHETIC CO., LTD.<br>NO.15, MIN-SHEN ST., TUCHENG DIST., NEW<br>TAIPEI CITY 236, TAIWAN (R.O.C.) | 2001 |
|---|---|

**SALEM LOGISTICS**
**SALEM LOGISTICS CO.,LTD**

BILL OF LADING

Consignee
HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

Notify Party (Complete name and address)
NTG AGL AIR & OCEAN
ALEXANDER COURT TWO 800 CALCON HOOK ROAD BAYS
203-205A SHARON HILL, PA 19079
ZAINAH NUNNALLY EMAIL: ZNU@NTGAIROCEAN.COM**

| Place of Receipt<br>KEELUNG, TAIWAN | Precarriage By | Excess Value Declaration.Refer to Clause 6(4)(B)+(C)on reverse side |
|---|---|---|
| Vessel & Voy. No<br>CALANDRA V.4E | Port of Loading<br>KAOHSIUNG, TAIWAN | Inland Routing(for the Merchant's reference only) |
| Port of Discharge<br>NEW YORK, NY | Place of Delivery<br>NEW YORK, NY | Final Destination(for the Merchant's reference only) |

Particulars furnished by the Merchant

| Container No. And Seal No<br>Marks & Nos | Quantity And<br>Kind of Packages | Description of Goods | Measurement (CBM)<br>Gross Weight (KGS) |
|---|---|---|---|
| SEE ATTACHED | 1X40'HQ<br>VVVVVVV | SAID TO CONTAIN 200 DRU<br>SHIPPER'S LOAD, COUNT & SEAL<br><br>SEE ATTACHED | 11,170.00(KGS)<br><br>65.0000(CBM) |

TGBU5934905/40'HQ/ZGLT352679/11,170.00KGS/65.000CBM/200 DRU/FCL-FCL

TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS)

'FREIGHT PREPAID' SVC TYPE:FCL-FCL
SAY TOTAL ONE (1) FORTY FEET HIGH CUBE CONTAINER ONLY

| FREIGHT & CHARGES | Revenue Tons | Rate | Prepaid | Collect |
|---|---|---|---|---|
| OCEAN FREIGHT | | | AS ARRANGED | |

**ORIGINAL B/L SURRENDERED**

| Service Type<br>FCL-FCL | Exchange Rate<br>US$1=NT$31.3950 | Prepaid at<br>TAIPEI, TAIWAN | Payable at |
|---|---|---|---|

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting the Bill of Lading, any local privileges and customs notwithstanding.

The particulars given above as stated by the shipper and the weight, measure, quantity condition contents and value of the Goods are unknown to the carrier.

In WITNESS whereof three original Bills of Lading has been signed if not otherwise stated before one of which to be completed the other(s) to be void. In case that the shipment is uncollected, abandoned or the consignee does not return the empty container to the Carrier, the Shipper shall be responsible for storage fee, demurrage, detention and all losses, costs, expenses incurred by the carrier as per the carrier/Ocean Carrier's tariff.

| Number of Original B(s)/L<br>THREE (3) | Place of B(s)/L Issue/Date<br>TAIPEI, TAIWAN NOV. 29,2022 | SALEM LOGISTICS CO., LTD |
|---|---|---|
| B/L No.<br>KELNYCNB347 | Laden on Board the Vessel<br>NOV. 29,2022 | |

For delivery of goods please apply to
BINEX LINE CORP. NEW YORK BRANCH
2 EXECUTIVE DR.SUITE #755 FORT LEE, NJ07047
T:201-662-7600 F:201-662-9088 PIC:MS.MIMI JI

**COPY NON-NEGOTIABLE**
By _____
AS CARRIER

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

## ATTACHMENT

VSL/VOY:  CALANDRA V.4E

SO:  2001                    B/L No :   KELNYCNB347

| MARKS AND NUMBER | DESCRIPTION OF PACKAGES AND GOODS |
|---|---|
| AKORN (HITECH PHARMACAL) GUAIFENESIN, LIDOCAINE BASE, LIDOCAINE HCL PO #: 225021, 223129, 223128 ITEM #: 2000453, 2005634, 2000477 LOT NO: SEE PACKING LIST DRUM NO.: SEE PACKING LIST GROSS WT.: 55.0 KGS/ 54.0 KGS TARE WT.: 5.0 KGS/ 4.0 KGS NET WT.: 50.0 KGS MADE IN TAIWAN ROC FOR MANUFACTURING, PROCESSING OR REPACKING | GUAIFENESIN LIDOCAINE BASE LIDOCAINE HCL HS CODE: 2909.49 HS CODE: 2924.29 200 DRUMS S.T.C. 20 PLTS "SHIPPER'S PALLET LOAD & COUNT" AMS NO:SLCT KELNYCNB347 MBL NO:ZIMU TPE8219190 **DIRECT: (610)345-2127 O: (610)461-7500 |

## Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

Payment Received for Delta Invoices (DT21102601 and DT21121101) on

 華 南 銀 行
HUA NAN BANK                第二聯

☐ 國際金融部
☐ 台北市重慶南路1段38號          ☐ 分 行：

匯入匯款通知書
Inward Remittance Advice
TBI-10178

DATE  **0001126**

```
01APR22  08:41:25          HUA-NAN Commercial Bank          Func PK166
MT S103                Single Customer Credit Transfer          Page 000001
- - - - - - - + - - - - - - - + - - - - - - - + - - - - - - - + - - - - - - - + - - - - - - - + - - - - - - - + - - - - - - - >
Basic Header        F 01 HNBKTWTPBXXX 0909 528395
Application Header  O 103 1213 220331 BOFAUS6SGXXX 1463 938046 220401 6765 N
                            *BANK OF AMERICA, N.A.
                            *SAN FRANCISCO,CA
User Header          Service Code     103:
                     Bank. Priority  113:
                     Msg User Ref.   108:2203310632597-04
                     Info. from CI   115:
                     Service Type    111:001
                     UETR            121:6c48eed7-1d09-4684-91a6-9acba71573ae

Sender's Reference   *20  : 2022033100632597
Bank Operation Code  *23 B : CRED
Value Date/Currency/ *32 A : Date:220331 Currency:USD Amount:281,515.00
Currency/Instructed   33 B :          Cur/Code:USD Amount:281,525.00
Ordering Customer    *50 K : /87656186OS
                            AKORN OPERATING COMPANY LLC
                            1925 W. FIELD COURT, STE 300
                            LAKE FOREST
                            60045 US IL
Ordering Institution  52 A : BOFAUS3N
                            *BANK OF AMERICA, N.A.
                            *NEW YORK,NY
Account With Institu  57 A : HNBKTWTP166
                            *HUA NAN COMMERCIAL BANK, LTD.
                            *TAIPEI
                            *PANCHIAO BRANCH
Beneficiary Customer  *59  : /168510000080
                            DELTA SYNTHETIC CO., LTD.

                            . TW
Remittance Informati  70  : /RFB/223VB6453POx2V41//Invoices DT2
                            1102601 DT 21121101
Details of Charges   *71 A : SHA
Sender's Charges      71 F : USDAmount:0.00
Sender's Charges      71 F : USDAmount:10.00
Trailer                    : MAC:00000000
                           : CHK:B75BR7D38AD5
                           : DLM:

SYSMSG>  Auth OK, key DIGEST, HNBKTWTP BOFAUS6S record
```

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收電行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中間行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收電銀行費用 |
| 32A | 生效日/幣別/ | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間備註 |
| | 銀行間清算金額 | 53a | 送訊行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號請攜帶與本行約定之印鑑章，私人請親自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報辦法」規定，收款人結售外匯金額達等值新臺幣五十萬元以上，應先填具
「外匯收支或交易申報書」辦理申報。

110.12.3×500×1,000張（弘業）

請銀行轉債你付新臺幣
PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE
敬商台端儘速將前來本行兌領本匯款，領款時請提示辨明文件，必要時必須具保，台端亦得
經由台端往來之銀行偵取此匯款，惟須台端往來之銀行能擔保台端之善意無誤。
Kindly call at this bank bringing with your positive means of identification for payment
at your earliest convenience. Guaranty might be required if deemed necessary.
Alternatively, collect this remittance through your bank, provided your signature is
confirmed by banker.

華南商業銀行          謹 啟

For HUA NAN COMMERCIAL BANK, LTD.

FR-03- 043496

Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

Payment Received on Delta Invoice (DT22031601) on June



**HUA NAN BANK**    第二聯

☐ 國際金融部
☐ 台北市重慶南路1段38號    ☐ 分 行：

匯入匯款通知書
Inward Remittance Advice

DATE  **0602117**

```
24JUN22  08:50:02          HUA-NAN Commercial Bank        Func PR160c
MT S103                Single Customer Credit Transfer     Page 000001
----------+---------------+--------------+--------------+-------------+---------+
Basic Header        F 01 HNBKTWTPBXXX 0243 010803
Application Header   0 103 1137 220623 BOFAUS6SGXXX 1594 537069 220624 0655 N
                              *BANK OF AMERICA, N.A.
                              *SAN FRANCISCO,CA

User Header          Service Code    163:
                     Bank. Priority  113:
                     Msg User Ref.   108:2206230430416-05
                     Info. from CI   115:
                     Service Type    111:001
                     UETR            121:3ec23806-4c30-4407-8103-822c4b798317

Sender's Reference      *20  : 2022062380430416
Bank Operation Code     *23 B : CRED
Value Date/Currency/    *32 A : Date:220623 Currency:USD Amount:108,490.00
Currency/Instructed      33 B :          Cur/Code:USD Amount:108,500.00
Ordering Customer       *50 K : /8765616603
                                AKORN OPERATING COMPANY LLC
                                1925 W. FIELD COURT, STE 300
                                LAKE FOREST
                                60045 US IL
Ordering Institution    52 A : BOFAUS3N
                                *BANK OF AMERICA, N.A.
                                *NEW YORK,NY
Account With Institu    57 A : HNBKTWTP160
                                *HUA NAN COMMERCIAL BANK, LTD.
                                *TAIPEI
                                *PANCHIAO BRANCH
Beneficiary Customer    *59  : /160510000080
                                DELTA SYNTHETIC CO., LTD.

                                . TW
Remittance Informati     70  : /RFB/226NAS129QT62468//Invoice DT22
                                031601
Details of Charges      *71 A : SHA
Sender's Charges         71 F : USDAmount:0.00
Sender's Charges         71 F : USDAmount:10.00
Trailer                       : MAC:00000000
                              : CHK:940BA481D853
                              : DLM:
----------+---------------+--------------+--------------+-------------+---------+
SYSMSG>  Auth OK, key DIGEST, HNBKTWTP BOFAUS6S record
```

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收電行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中間行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收電銀行費用 |
| 32A | 生效日/幣別/銀行間清算金額 | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間備註 |
|  |  | 53a | 送匯行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號請攜帶具本行約定之印鑑章，私人請親自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報法」規定，收款人如爲外匯金額達等額新臺幣五十萬元以上，應先填寫
「外匯收支或交易申報書」辦理申報。

被銀行請領持付新臺幣
PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE
敬請台端儘速前來本行洽領本匯款，倘領款時需提示辦明文件，必要時仍須具保。台端亦得
經由台端往來之銀行領取此匯款，惟用台端往來之銀行能擔保台端之簽章無誤。
Kindly call at this bank bringing with your positive means of identification for payment
at your earliest convenience. Guaranty might be required if deemed necessary.
Alternatively, collect this remittance through your bank, provided your signature is
confirmed by banker.

華南商業銀行                                    謹 啓

**For HUA NAN COMMERCIAL BANK, LTD.**

110.12. 3×500×1,000 本（私業）

FR-03- 032996

## Attachment 2. Akorn PO, Delta Shipment, Invoice and Payment Record

Payment Received on Delta Invoices (DT22071201, DT22111601, and DT22112301) on February 15, 2023

華南銀行
HUA NAN BANK

第二聯

☐ 國際金融部
台北市重慶南路1段38號    ☐ 分 行：

匯入匯款通知書
Inward Remittance Advice

DATE **0000437.**

```
15FEB23  08:31:46        HUA-NAN Commercial Bank           Func PR160C
MT S103              Single Customer Credit Transfer        Page 000001
------------+------------+------------+------------+------------+----------
Basic Header       F 01 HNBKTWTPBXXX 0903 343852
Application Header  O 103 1143 230214 BOFAUS6SGXXX 1960 182653 230215 0655 N
                             *BANK OF AMERICA, N.A.
                             *SAN FRANCISCO,CA
User Header        Service Code    103:
                   Bank. Priority  113:
                   Msg User Ref.   108:2302140386377-04
                   Info. from CI   115:
                   Service Type    111:001
                   UETR            121:4cc46a72-c149-4377-985f-59b5eb184534
------------+------------+------------+------------+------------+----------
Sender's Reference    *20  : 2023021400386377
Bank Operation Code   *23 B : CRED
Value Date/Currency/  *32 A : Date:230214 Currency:USD Amount:275,055.72
Currency/Instructed    33 B :         Cur/Code:USD Amount:275,065.72
Ordering Customer     *50 K : /8765616603
                              AKORN OPERATING COMPANY LLC
                              1925 W. TIELD COURT, STE 300
                              LAKE FOREST
                              60045 US IL
Ordering Institution   52 A : BOFAUS3N
                              *BANK OF AMERICA, N.A.
                              *NEW YORK,NY
Account With Institu   57 A : HNBKTWTP160
                              *HUA NAN COMMERCIAL BANK, LTD.
                              *TAIPEI
                              *PANCHIAO BRANCH
Beneficiary Customer  *59  : /160510000080
                              DELTA SYNTHETIC CO., LTD.

                              . TW
Remittance Informati   70  : /RFB/232EC4526D3M2850//Invoice DT22
                              111601 DT22112301 DT22071201
Details of Charges    *71 A : SHA
Sender's Charges       71 F : USDAmount:0.00
Sender's Charges       71 F : USDAmount:10.00
Trailer                      MAC:00000000
                           : CHK:68C402C631D6
                           : DLM:

SYSMSG>  Auth OK, key DIGEST, HNBKTWTP BOFAUS6S record
```

| 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 | 欄位標示 | 欄 位 名 稱 |
|---|---|---|---|---|---|---|---|
| 20 | 送訊銀行之編號 | 33B | 幣別/原始匯款金額 | 54a | 收電行之存匯行 | 71A | 費用明細 |
| 23B | 銀行作業代碼 | 36 | 匯率 | 56a | 中間行 | 71F | 送訊銀行費用 |
| 23E | 指示代碼 | 50a | 匯款人 | 57a | 設帳行 | 71G | 收電銀行費用 |
| 32A | 生效日/幣別/銀行間清算金額 | 52a | 匯款行 | 59a | 收款人 | 72 | 銀行間備註 |
|  |  | 53a | 送訊行之存匯行 | 70 | 匯款資料 | 55a | 第三家清算銀行 |

※公司行號購單帶與本行約定之印鑑章，私人請攜自攜帶身分證及私章前來辦理。
※依中央銀行訂定之「外匯收支或交易申報辦法」規定，收款人結售外匯金額達等值新臺幣五十萬元以上，應先填寫「外匯收支或交易申報書」辦理申報。

按領行牌價折付新臺幣
**PAYABLE IN N.T. DOLLARS AT BANK'S BUYING RATE**
敬請台端攜還前來本行洽領本匯款，領款時應提示證明文件，必要時必須具保。台端亦得經由台端往來之銀行代收此匯款，惟需台端往來之銀行能擔保台端之簽章無誤。
Kindly call at this bank bringing with your positive means of identification for payment at your earliest convenience. Guaranty might be required if deemed necessary. Alternatively, collect this remittance through your bank, provided your signature is confirmed by banker.

華南商業銀行                     謹 啟

For **HUA NAN COMMERCIAL BANK, LTD.**

111.3. 3×500×500箱(私業)

FR-03-0203665

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬭AKORN

**Return To Vendor**

5605 Centerpoint Court
Gurnee, IL 60031
USD
Send Invoice by email to
accounts.payable@akorn.com

| | |
|---|---|
| **PO #: 241362** | **Doc Type: OG** |
| Order Date: 11/14/22 | |
| Page: **1** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

| Line # | Description | | QTY | UM | Price | Extended Price | Curr | Req Date | Req # | Requisitioner |
|--------|-------------|---|-----|----|----|----|------|------|------|------|
| | Akorn Item # | Mfg # | | | | | | | | |
| 3.000 | Lidocaine, USP Base 2005634 | (Delta Synthetic) | -857.3710 | KG | 40.6875 | -34,884.28 | USD | 11/18/22 | | |

NOTES / SPECIAL INSTRUCTIONS

**Order Total:** -34,884.28

Akorn lot # 52240747
3 pallets
Being picked up by DELTA
Supplier lot # 811-22001

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS
PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH
HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON
http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Case 25-50247-KBO   Doc 8-3   Filed 03/26/26   Page 7 of 26

Attachment 3. Credit Note (CN-22001)

Akorn will only accept palletized shipments on heat treated wooden or plastic pallets.

**Bill to:**

# ⬤AKORN

5605 Centerpoint Court
Gurnee, IL 60031
Phone:631.789.8228
Send Invoice by email to
accounts.payable@akorn.com

## Return To Vendor

| PO #: 241362 | Doc Type: OG |
|---|---|
| Order Date: 11/14/22 | |
| Page: **2** of **2** | |
| Branch Plant: | 810 |

To: DELTA SYNTHETIC CO LTD
15 MINSHENG ST
TUCHENG DISTRICT
23679 NEW TAIPEI CITY
Taiwan

Ship To: HITECH PHARMACAL
10 EDISON ST
AMITYVILLE TFF
AMITYVILLE NY 11701

**Expiration Dating less than 12 months will be rejected.**
**Certificate of Analysis or Certificate of Compliance and MSDS**
**(Material Safety Data Sheet) MUST be attached with shipment.**

Continuing Guarantee: The vendor/supplier, by shipment against this purchase order, guarantees on a continuing basis, that the subject material is manufactured to and meets associated Akorn specifications. The acceptance of the purchase order also confirms their acceptance of the terms and compliance with the Quality Agreement set forth on http://www.Akorn.com/documents/akorn_quality_agreement.pdf. The vendor/supplier agrees not to make changes in the material formulation, or manufacturing process or manufacturing location, without prior written notice of intent to Akorn; and agrees and guarantees not to implement such change(s) which may have significant impact upon Akorn product or processes - unless or until written pre-authorization from Akorn is received. This continuing guarantee by the vendor/supplier is assurance from the vendor/supplier that written vendor/supplier acceptance of Akorn specification requirements will precede the manufacture and supply of subject material to Akorn.

PAYMENT TERMS: NET 30 DAYS    FREIGHT TERMS:    SHIP VIA:

**TERMS AND CONDITIONS**

ALL GOODS ARE SUBJECT TO INSPECTION ON ARRIVAL
VENDOR CASH DISCOUNT TERMS BEGIN WITH DATE MERCHANDISE RECEIVED AND INSPECTED IN OUR WAREHOUSE
BUYER MUST BE NOTIFIED OF ANY PRICE VARIANCE TO STATED PURCHASE ORDER PRICE
BUYER RESERVES THE RIGHT TO CANCEL ANY PURCHASE ORDER THAT IS PAST DUE UNLESS NOTIFIED BY SELLER IN WRITING. THIS PURCHASE ORDER IS EXPRESSLY LIMITED TO, AND EXPRESSLY CONDITIONAL ON, SELLER'S ACCEPTANCE OF TERMS SET FORTH HEREIN AND PURCHASE ORDER TERMS AND CONDITIONS SET FORTH ON http://www.akorn.com/documents/akorn_po_termsandconditions.pdf. BUYER OBJECTS TO ANY DIFFERENT OR ADDITIONAL TERMS.

Authorized Signature: Lisa Hupp _____

Buyer Telephone: _____

Buyer Fax : _____

**Please confirm pricing and availability.**

Attachment 3. Credit Note (CN-22001)



## DELTA SYNTHETIC CO., LTD.
15, MINSHENG ST., TUCHENG DIST.,
NEW TAIPEI CITY 23679, TAIWAN (R.O.C.)
TEL: +886-2-2268-5604      FAX: +886-2-2268-0895

立大化成工業股份有限公司
23679 新北市土城區民生街15號
TEL: (02) 2268-5604   FAX: (02) 2268-0895

# CREDIT NOTE

| | | | |
|---|---|---|---|
| **To :** | Akorn | **Date :** | Nov. 15, 2022 |
| **Address :** | 5605 CenterPoint Court | **Vat Number :** | |
| | Gurnee, IL 60031 | **Invoice Number :** | DT22031601 |
| | | **Credit Note Number :** | CN-22001 |
| **Attention :** | Lisa Hupp | **Your Order Number :** | PO 241362 |

## DESCRIPTION

| Description | Quantity | Unit Price | Amount Credited |
|---|---|---|---|
| Lidocaine | 857.371 kg | US$ 40.6875 | US$ 34,884.28 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total** | US$ 34,884.28 |
| | | **Total Credit Due** | US$ 34,884.28 |

**Authorised By:**

Name :  Allen Chen          Signature :          Date :  Nov. 15, 2022

Attachment 3. Credit Note (CN-22001)

| ORIENT EXPRESS CONTAINER CO.,LTD. | BILL OF LADING No.   OERT718101L00099 |
|---|---|
| WEBSITE: WWW.OECGROUP.COM | SO Number : TPEOE2200100          Booking No.: 946623NYKEE |

| SHIPPER | FOR DELIVERY OF GOODS PLEASE APPLY TO |
|---|---|
| AKORN OPERATING INC.<br>13 EDISON STREET<br>AMITYVILLE,, NY 11701 | OEC Freight Worldwide Co., Ltd.<br>7F, No.131, Sec.3, Nanking E. Road<br>Taipei 104 TAIWAN<br>TEL : 011886227172909<br>FAX : 011886227173370 |

| CONSIGNEE   ( This B/L is not negotiable unless marked "To Order" or "To Order of.. " here.) | |
|---|---|
| DELTA<br>15, MINSHENG STREET, TUCHENG DISTRICT<br>NEW TAIPEI CITY, TAIWAN 23679<br>886-2-2268-6357 | EXPORT REFERENCES |

| NOTIFY PARTY    (No responsibility shall attach to Carrier or to his Agent for failure to notify) | |
|---|---|
| SAME AS CONSIGNEE | FORWARDING AGENT REFERENCES |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>NEW YORK-US |

| VESSEL AND VOYAGE NO.<br>EVER FUTURE V010W | PLACE OF RECEIPT<br>AMITYVILLE, NY | PORT OF LOADING<br>NEW YORK, NY |
|---|---|---|
| PORT OF DISCHARGE<br>KEELUNG, (TAIWAN) | PLACE OF DELIVERY<br>KEELUNG, (TAIWAN) | NUMBER OF ORIGINALS<br>ZERO(0) |

PARTICULARS FURNISHED BY THE SHIPPER       - NOT CHECKED BY CARRIER       - CARRIER NOT RESPONSIBLE    (see Clause 7)

| MARKS AND NUMBERS | NUMBER OF PACKAGES | DESCRIPTION OF Goods | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 3 PALLETS | SAID TO CONTAIN<br>3 PALLETS OF LIDOCAINE, USP BASE<br>HS CODE: 2924.29.5700<br><br>"FREIGHT COLLECT"<br>"EXPRESS B/L"<br><br><br><br><br><br>TYPE OF MOVE:   DOOR/CFS | 925 KGS<br>2,039 LBS<br><br><br><br><br>CLEAN ON BOARD<br>DECEMBER 04, 2022<br><br>EVER FUTURE V010W<br>NEW YORK, NY | 3.271 CBM<br>116 CFT |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| TOTAL NUMBER OF PACKAGES:<br>limitation of liability ( if applicable ):<br>( See Clause 20 ) | CARRIER'S RECEIPT:  Total No. of packages received and acknowledged by carrier for the purpose of calculation of package |
|---|---|

Charges including Freight: Cargo shall not be delivered unless Charges are paid (see Clause 17)

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| **Freight Collect As Arranged.** | | | | |

RECEIVED for shipment as specified above in apparent good order and condition unless otherwise stated.  The Goods to be delivered at above mentioned Port of Discharge or Place of Delivery, whichever applies, SUBJECT TO Terms and Contained on reverse side hereof, to which Merchant agrees by accepting this Bill of Lading

IN WITNESS WHEREOF original Bills of Lading this side have been signed, one of which being accomplished, the others to stand void, unless applicable law provides otherwise.

**ORIENT EXPRESS CONTAINER CO., LTD.**

| DECLARED VALUE FOR OCEAN TRANSPORTATION<br>(Only applicable if declared value charges paid - see Clause 20 ) | DECLARED VALUE FOR INLAND TRANSPORTATION<br>(Only applicable if declared value charges paid - see Clause 20 ) | AGENT FOR THE CARRIER |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>New York, NY, USA     12/04/2022 | SHIPPED ON BOARD DATE<br>12/4/2022 | AS AGENT FOR,THE CARRIER, ORIENT EXPRESS CONTAINER CO., LTD. |

Attachment 3. Credit Note (CN-22001)

## OEC Group Chicago

OEC Logistics, Inc. EIN#11-3383302
555 Pierce Rd, Suite 210
OTI#15744NF
Itasca IL 60143
TEL : 630-625-7900 FAX : 630-625-7902

# SHIPPING    ADVICE

| | | | | |
|---|---|---|---|---|
| **TO** | : AKORN OPERATING INC.<br>13 EDISON STREET<br>AMITYVILLE,, NY 11701 | | **DATE** : 11/29/2022<br><br>**BY**    : guandongW | |

**Ocean Export**

| | | | |
|---|---|---|---|
| **SHIPPER** | : AKORN OPERATING INC.<br>13 EDISON STREET<br>AMITYVILLE,, NY 11701 | **REF NO.** : TPEOE2200100<br>**MB/L NO.** :<br>**HB/L NO.** : OERT718101L00099<br>**VSL/VOY NO.**: EVER FUTURE V010W | |
| **CONSIGNEE** | : DELTA<br>15, MINSHENG STREET, TUCHENG DISTRICT<br>NEW TAIPEI CITY, TAIWAN 23679<br>886-2-2268-6357 | **PL.Of REC.** : AMITYVILLE, NY<br>**P.O.L.** : NEW YORK, NY<br>**P.O.D.**   KEELUNG, (TAIWAN)<br>**PL.Of DEL.** : KEELUNG, (TAIWAN)<br>**FINAL DEST.** : KEELUNG, (TAIWAN) | **ETD: 12/04/22**<br>**ETA: 01/15/23** |
| **NOTIFY** | : SAME AS CONSIGNEE | **PKGS.**      :        3 PALLETS<br>**KGS / LBS**  :    925.00 KGS /<br>**CBM / CFT**  :     3.271 CBM / | 2,039 LBS<br>116 CFT |
| **AGENT** | : OEC Freight Worldwide Co., Ltd.<br>7F, No.131, Sec.3, Nanking E. Road<br>Taipei 104 TAIWAN<br>General Inquiries<br>TEL:011886227172909<br>FAX:011886227173370 | **TERMS**     : COLLECT<br>**CNTR NO.**  : | |

**REMARK :**

We count on your prompt attention to this Shipping Advice.

Attachment 3. Credit Note (CN-22001)

## Comercial Invoice                                                          ○AKORN

**SHIPPER:**

| | |
|---|---|
| Company Name | Akorn Operating Inc. |
| Contact | Lisa Hupp |
| Address | 10 Edison Street |
| City, State, ZIP | Amityville, NY 11701 |
| Country | USA |
| Phone | 631-789-8228 ext 4745 |
| Fax | |
| Email | lisa.hupp@akorn.com |
| Tax ID | 72-0717400 |

**SHIP TO:**

| | |
|---|---|
| Company Name | DELTA |
| Contact | Allen Chen |
| Address 1 | 15, Minsheng Street, Tucheng District |
| Address 2 | |
| City, State, Zip | New Taipei City, Taiwan 23679 |
| Country | |
| Phone | Tel: 886-2-2268-6357 |
| Fax | |
| Email | |

**SHIP VIA:**

**DATE**
11/15/2022

**REMARKS:**
Return PO # 241362

| PRODUCT CODE | DESCRIPTION OF ITEMS | Akorn Lot # / DELTA lot # | HS Code | Product Value (USD) |
|---|---|---|---|---|
| 2005634 | Lidocaine, USP Base | 52240747 / 811-22001 | 2924.29.5700 | 850kg x 34.50/kg = $29,325 |
| | | | | |
| | | | | |

**SHIPPER'S TAX ID:**

72-0717400

**PREPARED BY:**   *Lisa Hupp*

Lisa Hupp - Buyer tel. 631-789-8228 ext 4745

Attachment 3. Credit Note (CN-22001)

## Packing List                                                                OAKORN

**SHIPPER:**

| | |
|---|---|
| Company Name | Akorn Operating Inc. |
| Contact | Lisa Hupp |
| Address | 10 Edison Street |
| City, State, ZIP | Amityville, NY 11701 |
| Country | USA |
| Phone | 631-789-8228 ext 4745 |
| Fax | |
| Email | lisa.hupp@akorn.com |
| Tax ID | 72-0717400 |

**SHIP TO:**

| | |
|---|---|
| Company Name | DELTA |
| Contact | Allen Chen |
| Address 1 | 15, Minsheng Street, Tucheng District |
| Address 2 | |
| City, State, Zip | New Taipei City, Taiwan 23679 |
| Country | |
| Phone | Tel: 886-2-2268-6357 |
| Fax | |
| Email | |

**SHIP VIA:**

**DATE**
11/15/2022

**REMARKS:**
Return PO # 241362

| PRODUCT CODE | DESCRIPTION OF ITEMS | Akorn Lot # / DELTA lot # | ITEM QUANTITY | Pallet/weight info |
|---|---|---|---|---|
| 2005634 | Lidocaine, USP Base | 52240747 / 811-22001 | 17 drums x 50kg = 850kg | 3 skids @ 40x48x34. Total weight is: 925.371kg. |
| | | | | |
| | | | | |

**SHIPPER'S TAX ID:**

72-0717400

**PREPARED BY:**    *Lisa Hupp*

*Lisa Hupp - Buyer tel. 631-789-8228 ext 4745*

Attachment 4. Email Communication between Contacts of Akorn and Delta

立大化成工業股份有限公司 Mail - Guaifenesin Demand                  https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...



**Shih-Fong Chen <shih-fong.chen@deltas.com.tw>**

## Guaifenesin Demand
13 messages

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                                    Wed, Jan 18, 2023 at 9:16 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>, Allen Chen <Allen.Chen@deltas.com.tw>

Hello Shih-Fong & Allen, just wanted to let you know I will need additional 5,000kg of Guaifenesin towards beg of Q3. Please reserve this qty for me. Thanks!!

**Lisa Hupp** | Purchasing | Akorn Pharmaceuticals

P 631.789.8228 ext 4745 | lisa.hupp@akorn.com

369 Bayview Avenue | Amityville, NY 11701 | akorn.com

**A D V A N C I N G   T H E   N E W   V I S I O N**

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

---

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>                      Wed, Jan 18, 2023 at 9:55 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Dear Lisa:

No problem at all. We need more advance notice on your demand on Lidocaine and Lidocaine HCl as the demands for themi are extremely high and the capacity is quite full already.

We will check with you in early April.

I assume you are able to use Lidocaine as FDA has released it.

Shih-Fong
[Quoted text hidden]
--
**Shih-Fong Chen, Ph.D.**
**Advisor**
**Delta Synthetic Co., Ltd.**

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                                    Wed, Jan 18, 2023 at 10:00 AM

## Attachment 4. Email Communication between Contacts of Akorn and Delta

立大化成工業股份有限公司 Mail - Guaifenesin Demand       https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...

To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

No problem, I will let you know about Lidocaine as well. Yes, it's all good with the release, thanks for all your help with that one!!!

**Lisa Hupp** | Purchasing | Akorn Pharmaceuticals

P 631.789.8228 ext 4745 | lisa.hupp@akorn.com

369 Bayview Avenue | Amityville, NY 11701 | akorn.com

## ADVANCING THE NEW VISION

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

**From:** Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
**Sent:** Wednesday, January 18, 2023 9:55 AM
**To:** Lisa Hupp <Lisa.Hupp@akorn.com>
**Cc:** Allen Chen <Allen.Chen@deltas.com.tw>
**Subject:** Re: Guaifenesin Demand

---

**\*\*\*\* EXTERNAL EMAIL:** This email originated from outside of Akorn. Do not click links or open attachments unless you recognize the sender email address and know the content is safe. \*\*\*\*

---

[Quoted text hidden]

---

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>                    Wed, Jan 18, 2023 at 10:09 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Dear Lisa:

It was a relief when the compliance office approved as it is so unclear what he meant "independent laboratory test results"?. I have reached out to John C. Harner and he said before FDA release the shipment, we have to keep everything as it.  FDA will need to be present when samples are taken for analysis.  We are so fortunate that he accepted our CofA and the inspection report.

I will ask Allen to provide

- Bill of Lading
- Invoice
- Packing List
- CofA
- Copy of Labels on every lot we ship,

**Attachment 4. Email Communication between Contacts of Akorn and Delta**

立大化成工業股份有限公司 Mail - Guaifenesin Demand                    https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...

- EUL from Akorn

To facilitate the FDA release.  Labels are quite important for the Lidocaine and Lidocaine HCl.

SFC

[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                                   Thu, Jan 19, 2023 at 10:39 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Got it. Thanks.


Regarding future demand of Lidocaine's, this is what my system shows as of now:


- Need additional 2,500kg towards Q3 --- Lidocaine HCL
- Need additional 2,5000 towards Q4 – Lidocaine base


I know we combine these to make it convenient for container/transit purposes, we can review the best way to handle the transportation.



Thanks.

[Quoted text hidden]

---

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>                     Thu, Jan 19, 2023 at 11:11 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Dear Lisa:

For the Lidocaine Base, I think you have one extra 0.  You mean you need 2,500 kg and not 2,5000 (25,000 kg) toward Q4.  Allen has told me that the shipping cost has dropped recently and may continue to drop.  If that is the case, we may have more options in the future.  If you have a reasonable warehouse space, we can work with you so that you have continued supply of all three API for the production.

I will ask Allen to put these quantities ready to be shipped together.

Shih-Fong
[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                                   Thu, Jan 19, 2023 at 11:30 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>
Cc: Allen Chen <Allen.Chen@deltas.com.tw>

Yes, I put an extra zero ☺ it should be 2,500 for both.

## Attachment 4. Email Communication between Contacts of Akorn and Delta

立大化成工業股份有限公司 Mail - Guaifenesin Demand          https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...

Ok, let me know!

Thanks

[Quoted text hidden]

---

**Allen Chen** <Allen.Chen@deltas.com.tw>                                    Sun, Jan 29, 2023 at 8:39 PM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>

Hi Lisa,

I would suggest shipping the quantities below together in Q3 as the same we did the last shipment.
We will reserve these quantities for you.

- 5,000 kg Guaifenesin
- 2,500 Kg Lidocaine
- 2,500 Kg Lidocaine HCl

Best regards,

陳伯倫 / Allen Chen
Business Development Manager

Delta Synthetic Co., Ltd
Tel : +886 2 22686357 ext. 333
Fax : +886 2 22680895
allen.chen@deltas.com.tw
www.deltas.com.tw

Lisa Hupp <Lisa.Hupp@akorn.com> 於 2023年1月20日 週五 上午12:30寫道：
[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                                          Thu, Feb 2, 2023 at 1:30 PM
To: Allen Chen <Allen.Chen@deltas.com.tw>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>

This works. Thank you very much.

**Lisa Hupp** | Purchasing | Akorn Pharmaceuticals

P 631.789.8228 ext 4745 | lisa.hupp@akorn.com

369 Bayview Avenue | Amityville, NY 11701 | akorn.com

## Attachment 4. Email Communication between Contacts of Akorn and Delta

立大化成工業股份有限公司 Mail - Guaifenesin Demand        https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...

**A D V A N C I N G   T H E   N E W   V I S I O N**

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

[Quoted text hidden]

---

**Lisa Hupp** <Lisa.Hupp@akorn.com>                                    Fri, Feb 10, 2023 at 8:56 AM
To: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>, Allen Chen <Allen.Chen@deltas.com.tw>

Hello – I am actually going to need the Guaifenesin in Q2 instead of Q3, can we ship the 5,000kg of Guaifenesin in a small container by itself?

**Lisa Hupp** | Purchasing | Akorn Pharmaceuticals

P 631.789.8228 ext 4745  |  lisa.hupp@akorn.com

369 Bayview Avenue  |  Amityville, NY 11701  |  akorn.com

**A D V A N C I N G   T H E   N E W   V I S I O N**

This communication is for the sole use of the intended recipient and may contain private, confidential and/or privileged information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this transmission in error, please notify the sender or Akorn immediately and delete the message and all copies and attachments.

**From:** Allen Chen <Allen.Chen@deltas.com.tw>
**Sent:** Sunday, January 29, 2023 8:39 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Allen Chen** <Allen.Chen@deltas.com.tw>                               Mon, Feb 13, 2023 at 1:52 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>

Hi Lisa,

Yes, we are able to ship 5,000 kg in a 20ft container. Please let us know the expected delivery date. We will reserve the quantity in advance. Many thanks.

Best regards,

## Attachment 4. Email Communication between Contacts of Akorn and Delta

立大化成工業股份有限公司 Mail - Guaifenesin Demand          https://mail.google.com/mail/u/1/?ik=b3359845d6&view=pt&search=a...

陳伯倫 / Allen Chen
Business Development Manager

Delta Synthetic Co., Ltd
Tel : +886 2 22686357 ext. 333
Fax : +886 2 22680895
allen.chen@deltas.com.tw
www.deltas.com.tw

Lisa Hupp <Lisa.Hupp@akorn.com> 於 2023年2月10日 週五 下午9:57寫道：
[Quoted text hidden]

---

**Allen Chen** <Allen.Chen@deltas.com.tw>                                    Mon, Apr 10, 2023 at 4:13 AM
To: Lisa Hupp <Lisa.Hupp@akorn.com>
Cc: Shih-Fong Chen <shih-fong.chen@deltas.com.tw>, Victor Chie <victor.chie@deltas.com.tw>

Hi Lisa,

Hope you are doing well.

I would like to follow up on the quantities you requested below. Please help us to confirm. Many thanks!

- 5,000 kg Guaifenesin
- 2,500 Kg Lidocaine
- 2,500 Kg Lidocaine HCl

Best regards,

陳伯倫 / Allen Chen
Business Development Manager

Delta Synthetic Co., Ltd
Tel : +886 2 22686357 ext. 333
Fax : +886 2 22680895
allen.chen@deltas.com.tw
www.deltas.com.tw

Allen Chen <Allen.Chen@deltas.com.tw> 於 2023年2月13日 週一 下午2:52寫道：
[Quoted text hidden]

---

**Shih-Fong Chen** <shih-fong.chen@deltas.com.tw>                            Mon, Apr 10, 2023 at 9:43 AM
To: Allen Chen <Allen.Chen@deltas.com.tw>, Jay Liu <jay.liu@deltas.com.tw>, Victor Chie <victor.chie@deltas.com.tw>

Dear Allen:

I was surprised to see you sent this email. Is it possible that you have prepared this email and had set a schedule to

## Attachment 4. Email Communication between Contacts of Akorn and Delta

send automatically.

Sadly, I don't think we can revive Akorn.

Shih-Fong
[Quoted text hidden]

# EXHIBIT 9

Settlement Proposal from Plaintiff

Dated February 18, 2025

Delta Synthetic Co., Ltd.

2026/3/6 上午11:14　　　【Titan】Response to the Letter Re: Notice of Intended Litigation and Settlement Offer dated Dec. 4 , 2024 - audrey.hsu@tit...

Case 25-50247-KBO    Doc 8-3    Filed 03/26/26    Page 21 of 26

**Reingold, Steven C.** <steven.reingold@saul.com>　　　　　　　　　　　　　2025年2月18日 上午6:59

寄給 Paige、 Thomas、 Emily、 Akorn.Preference、 Evan、 葉慶元、 卓翊維、 我

We have reviewed the information you provided and have concluded that with the exception of the payment in the amount of $9,700 for invoice number DT22111601, none of the amount transferred from Akorn to Delta is subject to the ordinary course of business defense.  Delta's obligation to Akorn is therefore $265,365.72.  In the interest of resolving Akorn's claims without the need for engaging in protracted litigation, however, we can recommend to the Trustee that the claims be settled in exchange for a payment equal to 75% of Delta's obligation, which is $199,024.29.

Please advise us as to Delta's response.


**Steven C. Reingold**
Partner
**SAUL EWING LLP** | Boston
Office: (617) 912-0940    Cell: (617) 838-1311

# EXHIBIT 10

Delta's Rejection of Settlement Proposal

Dated February 21, 2025

Delta Synthetic Co., Ltd.



須安妤 <audrey.hsu@titanlaw.com.tw>

---

## 【Titan】Respose to the Letter Re: Notice of Intended Litigation and Settlement Offer dated Dec. 17, 2024

---

葉慶元 <yeh@titanlaw.com.tw>　　　　　　　　　　　　　　　　2025年2月21日 下午3:54

收件者: "Reingold, Steven C." <steven.reingold@saul.com>

副本: "Topper, Paige" <paige.topper@saul.com>, "Meininger, Thomas Cav" <thomas.meininger@saul.com>, "Robbins, Emily R." <emily.robbins@saul.com>, "Akorn.Preference" <Akorn.Preference@saul.com>, 卓翊維 <yw.chuo@titanlaw.com.tw>, 須安妤 <audrey.hsu@titanlaw.com.tw>, "Miller, Evan T." <evan.miller@saul.com>

Dear Mr. Reingold,

Thank you for the quick response. However, we respectfully declined the settlement proposal.

Regards,

Dr. Ching-Yuan Yeh
Managing Partner
**Titan Attorneys-at-Law**
16F, 77 TunHua S. Rd., Sec. 2
Da'an Dist., Taipei 10682
R.O.C. (Taiwan)
Tel.: +886-2-2703-3366
yeh@titanlaw.com.tw
http://www.titanlaw.com.tw/en
Ref. No.: D00126/M01

台端如非本電子郵件之收件者，請於誤收此文件後，立即與本事務所聯絡，並請退回郵件後，刪除此電子檔。本電子文件可能含有依法受機密或特殊管制之資訊，切勿轉寄、散佈、複製或公開其內容。特此致謝。This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Your cooperation is greatly appreciated.

Reingold, Steven C. <steven.reingold@saul.com> 於 2025年2月18日 週二 上午6:59寫道：
[隱藏引用文字]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

## In re: Akorn Holding Company LLC, et al.

Chapter 7

Adv. Proc. No. 25-50247 (KBO)

George L. Miller, Chapter 7 Trustee
Plaintiff,

v.

Delta Synthetic Co., Ltd.
Defendant.



貼郵票處

POSTAL ADMINIST
TAIWAN, REPUBLIC O

EG023683682TW

**CHUNGHWA POST**
TAIWAN (R.O.C)

國際快捷郵件
EXPRESS MAIL SERVICE

From(Sender)
Lisa Chen
Titan Attorneys-at-Law
16F, 77 TunHua S. Rd., Sec. 2 Taipei City

Postcode: 106414
Country: TAIWAN(R.O.C.)

Contract No.:

Tel No.:

Tel No.: 027033366

To(Addressee)
Stephen L. Grant
Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor

WILMINGTON
Delaware
19801 · U.S.A.

Tel No.: (302)252-2900

Tax ID:

Gift □ Documents ■ Commercial Sample □ Returned Goods □ Sales of Goods □ Others Please specify

IOSS VAT No.

| Detailed description of contents | QTY | Weight(kg) | Value (TWD) | HS tariff No. | Country of origin |
|---|---|---|---|---|---|
| 1. document | 1 | 1.000 | 0.00 | | TW |

Total Value (TWD) 0.00

Postage郵資
營業郵資券 ___ 元TWD
自備郵資券 ___ 元TWD
自備郵票 ___ 元TWD

□ Please refer to the CN23 for more contents.

Total weight(Kg)      Dimension in CM      Vol. weight(kg)      Amount Insured(TWD)
40.0 X 3.0 X 30.0

I certify that the particulars given in the customs declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal regulations.

中華郵政股份有限公司 Chunghwa Post
Date and Sender's signature 寄件人簽章及日期:

PROOF OF DELIVERY

Date Stamp日戳

Case 25-50247-KBO   Doc 8-3   Filed 06/26/26   Page 26 of 26

**DELTA SYNTHETIC CO., LTD**

Address: No. 15, Minsheng St., Tucheng District, New Taipei City, 23679 Taiwan

Email: jay.liu@deltas.com.tw

Telephone: +886-2-22686357

# 824 Market Street,
# Wilmington, DE 1

Case No. 23-10253(KBO)

Adv. Proc. No. 25-50247 (KI