# CROWE FOREIGN SERVICES

*Serving Process Around the World*

- Hague Service Convention
- Hague Evidence Convention
- Letter Rogatory
- Services by Agent
- Translation Services

www.ForeignServices.com

733 SW Vista Avenue
Portland, Oregon 97205
USA

Phone: (503) 222-3085
Fax: (503) 222-3950

Gary A. Crowe
President

Celeste Ingalls
Director of Operations
celeste@foreignservices.com

RECEIVED
2026 AUG 18 A 10: 31
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 17, 2026

SENT VIA FEDEX

Honorable Karen B. Owens
United States Bankruptcy Court, District of Delaware
824 North Market Street, 3rd Floor,
Wilmington, DE 19801

Re: Letter Rogatory – Taiwan (**Delta Synthetic Co., Ltd.**)

Dear Honorable Karen B. Owens,

Enclosed herewith is the original executed letter rogatory request received from the United States Department of State for service upon Delta Synthetic Co., Ltd. in Taiwan.

| | |
|---|---|
| Court: | United States Bankruptcy Court, District of Delaware |
| Case: | In re: Akorn Holding Company, LLC, et al.<br>George Miller, Chapter 7 Trustee v. Delta Synthetic Co., Ltd. |
| Case No.: | 23-10253 (KBO) |
| Adv. Proc. No.: | 25-50247 (KBO) |

Please contact me if you have any questions or concerns regarding this service.

Sincerely,

Natalie Sakamoto
Assistant to Celeste Ingalls
natalie@foreignservices.com

Enclosures

RECEIVED
2026 AUG 18 A 10:31
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Taiwan | ) | |
| City of Taipei | ) | |
| American Institute in Taiwan | ) | ss: |
| Taipei Office | ) | |

I, Timothy Riley, hereby depose and say as follows:

1. I am employed by the American Institute in Taiwan and am presently stationed at the American Institute in Taiwan, Taipei Office, Consular Section, American Citizen Services Unit.

2. In the absence of diplomatic relations, unofficial commercial, cultural and other relations between the people of the United States and the people of Taiwan are conducted by the American Institute in Taiwan, an unofficial organization funded by Congress.

3. The American Institute in Taiwan ("AIT"), a nonprofit entity incorporated under the laws of the District of Columbia, is authorized to assist and "... protect the interests of United States persons by performing acts such as are authorized to be performed outside the United States for consular purposes by such laws of the United States as the President may specify." See 22 U.S.C. 3305, 3306(a)(3). The judicial assistance acts of AIT personnel parallel the acts performed by U.S. consular officers under 28 U.S.C. 1781(a)(2). See 22 C.F.R. 92.54, 92.66.

4. Pursuant to Section 10(a) of the Taiwan Relations Act, 22 U.S.C. 3309(a), Taiwan Council for U.S. Affairs (TCUSA) is the instrumentality established by the people on Taiwan having the necessary authority under the laws of Taiwan to take actions on behalf of Taiwan in accordance with the Taiwan Relations Act (22 U.S.C. 3301 et seq. (Section 1-204, Ex. Or. No. 12143 of 6/22/79, 44 Fed Reg 37191.)

5. Officers of AIT follow the guidelines for performance of consular services set forth in 22 C.F.R. Part 92 and Volume 7 of the U.S. Department of State's Foreign Affairs Manual ("FAM"). 7 FAM Chapter 900 governs the performance of services related to international judicial assistance.

6. 22 U.S.C. 3306(b) provides that acts performed by authorized employees of AIT under 22 U.S.C. 3306 are valid, and of like force and effect within the United States, as if performed by any other person authorized under the laws of the United States to perform such acts.

7. Letters rogatory issued by a tribunal in the United States requesting international judicial assistance from Taiwan are transmitted, pursuant to 28 U.S.C. 1781(a)(2) to the foreign tribunal, officer, or agency to whom it is addressed through AIT. AIT transmits the request to TCUSA, which forwards it to the appropriate Taiwan authority in a position to assign the request to a tribunal for execution. The executed request is received by AIT from TCUSA and returned to the requesting tribunal in the United States.

8. On January 12, 2026, AIT received two sets of letters rogatory and accompanying documents requesting judicial assistance in the matter of Akorn Holding Company LLC, et al., v. Delta Synthetic Co., Ltd.; Case No.: 23-10253 (KBO), service upon Delta Synthetic Co., Ltd. On January 14, 2026, AIT transmitted these to TCUSA for action.

9. On July 28, 2026, AIT received a communication from TCUSA stating that the service has been effected on February 10, 2026, by the Taiwan New Taipei District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Timothy Riley
Consular Officer

Executed in Taipei, Taiwan
On July 28, 2026

The foregoing Unsworn Declaration Under Penalty of Perjury was executed in accordance with 28 U.S.C. 1746.

台灣美國事務委員會

***Taiwan Council for U.S. Affairs***

***133 Bo Ai Road Taipei City 100006, Taiwan, Republic of China***

***Tel: (02)2311-9212 Fax: (02)2382-2651***

2026 AUG 18 A 10:32
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ref No: TCUSA 1155801185

July 27, 2026

Mr. Christopher Rose
Chief, Consular Section
American Institute in Taiwan
Taipei Office
100 Jinhu Road, Neihu Dist.
Taipei City 11461

Dear Mr. Rose,

In reply to AIT/T's letter (AIT-0025-2026) dated January 14, 2026, concerning the transmittal of legal documents to Delta Synthetic Co., Ltd., requested by the United States Bankruptcy Court, District of Delaware, I am writing to inform you that the documents have been duly served.

The letter from the Taiwan New Taipei District Court (新北院胤民慈 115 助 3 字第 43100 號) dated July 14, 2026, and the corresponding certificate of service, both of which TCUSA received on July 24, 2026, are enclosed.

Sincerely yours,

Leanne Kao
Chief, Administrative Division

Encl: a/s

# 臺灣新北地方法院 函

地　　址：236202新北市土城區金城路2段249號
傳　　真：(02)2260-2714
承 辦 人：慈股書記官
聯絡方式：(02)2261-6720轉1764

受文者：外交部條約法律司
發文日期：
發文字號：新北院胤民慈115助3字第 43100 號
速別：
密等及解密條件：
附件：如文

主旨：本院受理115年度助字第3號囑託送達事件，業已於民國115年2月10日遵囑送達相對人Delta Synthetic Co.,Ltd並予簽收辦畢。

說明：

一、依貴部115年6月2日外條法字第1150105108號函來函意旨辦理。

二、隨函檢附相對人Delta Synthetic Co.,Ltd送達證書正本一件，請查收。

正本：外交部條約法律司
副本：

院長蕭胤瑮

法官　羅羽媛　決行

# 臺灣新北地方法院送達證書

請於送達本證書交回台灣新北地方法院
236202新北市土城區金城路2段249號

| | |
|---|---|
| 應受送達人姓名地址 | 郵遞區號：<br>設No. 15, Minsheng St. , Tucheng District, New Taipei City 23679, Taiwan 1 Delta Synthetic Co.,Ltd<br>先生<br>女士 |
| 案號<br>案由 | 115年度助字第3號<br>囑託送達 |
| 送達文書 | 美國特拉華州區破產法院法律文書一件 |
| 送達人注意 | 一、依下述送達方法送達者，送達人應即將本送達證書，提出於法院附卷。<br>二、無法依下述送達方法送達者，送達人應作記載該事由之報告書，提出於法院附卷，並繳回應送達之文書。 |

內有證物，不得銷燬，如應寄存送達，退回原法院

**送達方法（由送達人在☐上劃∨選記）**

| | | |
|---|---|---|
| ☐已將文書付與應受送達人： | ☐本人 | （簽名蓋章或按指印） |
| ☐未獲會晤本人，已將文書交與有辨別事理能力之同居人或受僱人： | ☐同居人<br>☐受僱人 | （簽名蓋章或按指印）<br>※送達人應記明收領人之姓名（以正楷填記） |
| ☐應受送達之本人、同居人或受僱人，收領後拒絕或不能簽名、蓋章或按指印，由送達人記明其事由於右欄： | ※送達人填記： | |
| ☐應受送達之本人、同居人或受僱人，無法律上之理由拒絕收領，經送達人將文書留置於送達處所，以為送達： | ☐本　人<br>☐同居人（姓名）<br>☐受僱人（姓名） | 拒絕受領 |
| ☐未獲會晤本人亦無受領文書之同居人或受僱人，已將該送達文書：<br>☐應受送達之本人、同居人或受僱人，無法律上之理由拒絕受領，並有難達留置情事，已將該送達文書： | 寄存於下列之一處所，並作送達通知書兩份，一份黏貼於應受送達人住居所、事務所、營業所或其就業處所門首，另一份置於該送達處所信箱或其他適當位置，以為送達。（請擇一打∨）<br>☐寄存於　　警察派出所。<br>☐寄存於　　鄉(鎮市)區公所。<br>☐寄存於　　鄉(鎮市)區　　村(里)辦公處。 | |

114.06（套印） 699330 229027 32

| （由郵局收寄人員填寫） | 原寄郵局日戳 | 送達郵局日戳 |
|---|---|---|
| 郵件種類：<br>掛號號碼： | （由司法警察送達時免蓋） | 板橋 115.2.10-18 220（由司法警察送達時免蓋） |
| **送達處所** | **送達時間** | **送達人簽章** |
| ☑同上記載地址<br>☐改送：<br>（送達人務請填記） | 中華民國 115 年 2 月 10 日<br>午 10 時　分<br>（送達人務請填記） | 250　220 |

列印日期：115年2月6日　股別：慈股

此證書由送達人繳回

新北1民 32

TUE 08/18 07:42
824 N MARKET ST
PRIORITY OVERNIGHT
745-6524FL
ETP 1
SP PD 100 Y
19801 3024-95
WILMINGTON,DE

CELESTE INGALLS
CROWE FOREIGN SERVICES
733 SW VISTA AVE

PORTLAND, OR 97205
UNITED STATES US

ACTWGT: 0.50 LB
CAD: 255958804/INET4535

BILL SENDER

TO UNITED STATES BANKRUPTCY COURT
HONORABLE KAREN B. OWENS
824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON DE 19801
(302) 252-2900 REF: 36598
INV:
PO: DEPT:

58KJ6/C457/484B

FedEx Express

E

J261026012001uv

TUE - 18 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 0201 8758 9772 3575

XA ZWIA

19801
DE-US PHL

New envelopes are only for FedEx Express® shipments.
Reuse for any FedEx® shipment.

FedEx

pen.